

**3008 CAMPBELL CIR**
**LAS VEGAS, NV 89107-3214**

**Document Contents**

- Profile Cover Sheet
- Property History Page
- Property Comparables (Detailed)
- Property Comparables (Summary)
- Neighborhood
- Plat Map



**Provided By**
**Cheryl Yanez**
700 Flower Street, Suite 800
Los Angeles, CA 90017
Cheryl.Yanez@ctt.com

**Courtesy of Chicago Title**
**Offered by Chicago Title**
All Information produced is deemed reliable but is not guaranteed.



 Profile Report　　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago Title

|  |  |
|---|---|
| **Primary Owner:** | TARKANIAN DANIEL & A REV FAM TR; TARKANIAN DANIEL J & AMY M TRS |
| **Secondary Owner:** |  |
| **Mail Address:** | 3008 CAMPBELL CIR<br>LAS VEGAS, NV 89107-3214 |
| **Site Address:** | 3008 CAMPBELL CIR<br>LAS VEGAS, NV 89107-3214 |
| **APN:** | 139-32-212-004 |
| **Housing Tract Number:** |  |
| **Lot Number:** |  |
| **Legal Description:** | **District:** LV<br>**Subdivision:** RANCHO NEVADA EST UNIT 4<br>**Map Ref:** PB B0015 P0046<br>**Sec / Twnship / Range:** PART OF SE4 NW4 S32 T20S R61E<br>**Legal Brief Description:** DIST:LV CITY:LAS VEGAS SUBD:RANCHO NEVADA EST UNIT 4 SEC/TWN/RNG/MER:PART OF SE4 NW4 S32 T20S R61E PLAT BOOK 15 PAGE 46 LOT 4 BLOCK 1 & VAC RD MAP REF:PB B0015 P0046<br>**City / Muni / Twp:** LAS VEGAS |

### Property Details

| | | | | | |
|---|---|---|---|---|---|
| **Bedrooms:** | 6 | **Year Built:** | 1976 | **Square Feet:** | 4,234 |
| **Bathrooms:** | 5 | **Garage:** | Attached 2 | **Lot Size:** | 23,522 SF |
| **Total Rooms:** | 10 | **Fireplace:** | 2 | **Number of Units:** | 0 |
| **Zoning:** |  | **Pool:** | H | **Use Code:** | Single Family Residential |
| **No of Stories:** | 1 | | | | |
| **Building Style:** | | | | | |

### Sale Information

| | | | | |
|---|---|---|---|---|
| **Transfer Date:** | 05/08/2006 | **Seller:** | TARKANIAN, DANIEL J; TARKANIAN, AMY M | |
| **Transfer Value:** | $0.00 | **Document#:** | | **Cost/Sq Feet:** |
| **Title Company:** | NONE AVAILABLE | | | |

### Assessment and Taxes

| | | | | | |
|---|---|---|---|---|---|
| **Assessed Value:** | $134,750.00 | **Percent Improvement:** | 73.51% | **Homeowner Exemption:** | |
| **Land Value:** | $35,700.00 | **Tax Amount:** | $4,875.52 | **Tax Rate Area:** | 200 |
| **Improvement Value:** | $99,050.00 | **Tax Account ID:** | | **Tax Status:** | Current |
| **Market Improvement Value:** | | **Market Land Value:** | | **Market Value:** | |
| **Tax Year:** | 2011 | | | | |

**Courtesy of Chicago Title**
**Offered by Chicago Title**
All Information produced is deemed reliable but is not guaranteed.



 Property History  **Chicago Title**

**TARKANIAN DANIEL & A REV FAM TR; TARKANIAN DANIEL J & AMY M TRS**
**3008 CAMPBELL CIR, LAS VEGAS, NV 89107-3214**
**APN: 139-32-212-004   CLARK COUNTY**

**Prior Transfer - 05/08/2006**

| | | | |
|---|---|---|---|
| **Recording Date:** | 05/08/2006 | **Document#:** | BK-PG: 20060508-0002143 |
| **Price:** | $0.00 | **Document Type:** | Intrafamily Transfer or Dissolution |
| **First TD:** | $0.00 | **Type of Sale:** | Transfer Tax on doc. indicated as EXEMPT |
| **Lender Name:** | | | |
| **Buyer Name:** | TARKANIAN, DANIEL J; TARKANIAN, AMY M | **Buyer Vesting:** | Revocable Trust |
| **Seller Name:** | TARKANIAN, DANIEL J; TARKANIAN, AMY M | | |
| **Legal Description:** | **Lot Number:** 4<br>**Block:** 1<br>**Subdivision:** RANCHO NEVADA ESTATES UNIT 4<br>**Map Ref:** MB15 PG46 | | |

**Prior Transfer - 05/08/2006**

| | | | |
|---|---|---|---|
| **Recording Date:** | 05/08/2006 | **Document#:** | BK-PG: 20060508-0002142 |
| **Price:** | $0.00 | **Document Type:** | Intrafamily Transfer or Dissolution |
| **First TD:** | $0.00 | **Type of Sale:** | Transfer Tax on doc. indicated as EXEMPT |
| **Lender Name:** | | | |
| **Buyer Name:** | TARKANIAN, DANIEL J; TARKANIAN, AMY M | **Buyer Vesting:** | Community Property(Marital Community) |
| **Seller Name:** | TARKANIAN, DANNY | | |
| **Legal Description:** | **Lot Number:** 4<br>**Block:** 1<br>**Subdivision:** RANCHO NEVADA ESTATES UNIT 4<br>**Map Ref:** MB15 PG46 | | |

**Prior Transfer - 06/10/2005**

| | | | |
|---|---|---|---|
| **Recording Date:** | 06/10/2005 | **Document#:** | BK-PG: 20050610-0003855 |
| **Price:** | $810,000.00 | **Document Type:** | BS |
| **First TD:** | $648,000.00 | **Type of Sale:** | Full Amount on Deed |
| **First TD Doc:** | 20050610/0003857 | | |
| **Lender Name:** | GREENPOINT MORTGAGE FUNDING INC | | |
| **Buyer Name:** | TARKANIAN, DANNY | **Buyer Vesting:** | Married Man as his sole and separate property |
| **Seller Name:** | PETERSEN, MELISSA F | | |
| **Legal Description:** | **Lot Number:** 4<br>**Block:** 1<br>**Subdivision:** RANCHO NEVADA ESTATES UNIT 4<br>**Map Ref:** MB15 PG46 | | |
| **Adjustable Rate Index:** | Libor | | |
| **Rate Change Frequency:** | Six months or Semi-annually | | |

Courtesy of Chicago Title
Offered by Chicago Title
All Information produced is deemed reliable but is not guaranteed.



 **Property History**                                                     **Chicago Title**

### Prior Transfer - 06/10/2005

| | | | |
|---|---|---|---|
| **Recording Date:** | 06/10/2005 | **Document#:** | BK-PG: 20050610-0003856 |
| **Price:** | $0.00 | **Document Type:** | Intrafamily Transfer or Dissolution |
| **First TD:** | $0.00 | **Type of Sale:** | Transfer Tax on doc. indicated as EXEMPT |
| **Lender Name:** | | | |
| **Buyer Name:** | TARKANIAN, DANNY | **Buyer Vesting:** | Married Man as his sole and separate property |
| **Seller Name:** | TARKANIAN, AMY | | |
| **Legal Description:** | **Lot Number:** 4<br>**Block:** 1<br>**Subdivision:** RANCHO NEVADA ESTATES UNIT 4<br>**Map Ref:** MB15 PG46 | | |

### Prior Transfer - 04/13/2004

| | | | |
|---|---|---|---|
| **Recording Date:** | 04/13/2004 | **Document#:** | BK-PG: 20040413-0003309 |
| **Price:** | $430,000.00 | **Document Type:** | BS |
| **First TD:** | $330,000.00 | **Type of Sale:** | Full Amount on Deed |
| **First TD Doc:** | 20040413/0003310 | | |
| **Lender Name:** | RELIANCE MORTGAGE | | |
| **Buyer Name:** | PETERSEN, MELISSA F | **Buyer Vesting:** | N/A |
| **Seller Name:** | JOHNSTON, BERRY E; JOHNSTON, JOANN | | |
| **Legal Description:** | **Lot Number:** 4<br>**Block:** 1<br>**Subdivision:** RANCHO NEVADA ESTATE<br>**Unit:** 4<br>**Map Ref:** MB15 PG46 | | |

**Courtesy of Chicago Title**
**Offered by Chicago Title**
All Information produced is deemed reliable but is not guaranteed.



 **Comparable Sales Data**                                      **Chicago Title** 

**Area Sales Analysis**

| | | | |
|---|---|---|---|
| **Total Area Sales** | 19 | **Median # of Bedrooms** | 3 |
| **Median Lot Size** | 23,087 | **Median # of Baths** | 3 |
| **Median Living Area** | 3,880 | **Median Year Built** | 1966 |
| **Price Range - 2 Yrs** | $65,000.00 to $660,000.00 | **Age Range** | 24 to 59 |
| **Median Value** | $375,000.00 | **Median Age** | 47 |

**Courtesy of Chicago Title**
**Offered by Chicago Title**
All Information produced is deemed reliable but is not guaranteed.



 Comparable Sales Data                                          Chicago Title 

**TARKANIAN DANIEL & A REV FAM TR; TARKANIAN DANIEL J & AMY M TRS**
**3008 CAMPBELL CIR, LAS VEGAS, NV 89107-3214**
**APN: 139-32-212-004 - CLARK COUNTY**

| # | Address | Date | Price | $/SF | Bld/Area | RM/BR/Bth | YB | Lot | Pool | Proxim. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 204 DESERT VIEW ST | 08/02/2013 | $450,000.00 | $115.00 | 3880 | 10/4/3 | 1982 | 13504 | Pool/Spa | .27 |

| | | | |
|---|---|---|---|
| **Site Address** | LAS VEGAS, NV 89107-2355 | **APN** | 139-32-510-002 |
| **Doc Type** | BS | **Document #** | 201308020002783 |
| **Price Code** | V | **Use Code** | Single Family Residential |
| **Buyer Name** | BEEMAN, MOSES - RIGAU, PAUL | **Seller Name** | MUNIER, JOSPEH W - PAREDES BATES, MARIETTA G |
| **Loan Amount** | | **Lender Name** | |
| **Legal** | **Lot Number**: 24 | | **Unit**: 3 |
| | **Map Ref**: MB24 PG76 | | |
| | **Subdivision Name**: RANCHO BEL AIR | | |

| # | Address | Date | Price | $/SF | Bld/Area | RM/BR/Bth | YB | Lot | Pool | Proxim. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 3100 CONNERS DR | 07/12/2013 | $535,000.00 | $162.00 | 3287 | 7/3/3 | 1966 | 28750 | Heated | .10 |

| | | | |
|---|---|---|---|
| **Site Address** | LAS VEGAS, NV 89107-3226 | **APN** | 139-32-211-036 |
| **Doc Type** | BS | **Document #** | 201307120001859 |
| **Price Code** | V | **Use Code** | Single Family Residential |
| **Buyer Name** | WARSAW, JOSHUA | **Seller Name** | ROBINS, DAVID M - ROBINS, ANNA M |
| **Loan Amount** | | **Lender Name** | |
| **Legal** | **Lot Number**: 1 | | **Unit**: 1 |
| | **Map Ref**: MB10 PG57 | | |
| | **Subdivision Name**: AMENDED RANCHO NEVADA ESTATES | | |

| # | Address | Date | Price | $/SF | Bld/Area | RM/BR/Bth | YB | Lot | Pool | Proxim. |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 412 MACARTHUR WAY | 06/24/2013 | $595,000.00 | $127.00 | 4668 | 10/5/3 | 1966 | 23087 | Pool/Spa | .27 |

| | | | |
|---|---|---|---|
| **Site Address** | LAS VEGAS, NV 89107-3232 | **APN** | 139-32-211-015 |
| **Doc Type** | BS | **Document #** | 201306240002982 |
| **Price Code** | V | **Use Code** | Single Family Residential |
| **Buyer Name** | LIN, ALICE | **Seller Name** | STOCKHAM, ROBERT L - WIESNER, KARI L |
| **Loan Amount** | | **Lender Name** | |
| **Legal** | **Lot Number**: 15 | | **Unit**: 1 |
| | **Map Ref**: MB10 PG57 | | |
| | **Subdivision Name**: AMENDED RANCHO NEVADA ESTATES | | |

**Courtesy of Chicago Title**
**Offered by Chicago Title**
All Information produced is deemed reliable but is not guaranteed.



**Comparable Sales Data**                                                                **Chicago Title**

| | Address | Date | Price | $/SF | Bld/Area | RM/BR/Bth | YB | Lot | Pool | Proxim. |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 508 CAMPBELL DR | 06/18/2013 | $375,000.00 | $124.00 | 3004 | 9/4/2 | 1974 | 23522 | Heated | .31 |

| | | | | |
|---|---|---|---|---|
| **Site Address** | LAS VEGAS, NV 89107-4402 | | **APN** | 139-32-311-018 |
| **Doc Type** | BS | | **Document #** | 201306180003013 |
| **Price Code** | V | | **Use Code** | Single Family Residential |
| **Buyer Name** | LOPER, STEVEN - SMITH, KATIE | | **Seller Name** | SILVER LIEGE DEVELOPMENT LLC |
| **Loan Amount** | | | **Lender Name** | |

**Legal**
  **Lot Number**: 12
  **Map Ref**: MB16 PG5
  **Subdivision Name**: RANCHO PALOMINO

| | Address | Date | Price | $/SF | Bld/Area | RM/BR/Bth | YB | Lot | Pool | Proxim. |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 2812 CAMEO CIR | 06/06/2013 | $360,000.00 | $83.00 | 4329 | 6/3/4 | 1966 | 23958 | Heated | .06 |

| | | | | |
|---|---|---|---|---|
| **Site Address** | LAS VEGAS, NV 89107-3213 | | **APN** | 139-32-110-028 |
| **Doc Type** | BS | | **Document #** | 201306060002033 |
| **Price Code** | V | | **Use Code** | Single Family Residential |
| **Buyer Name** | CURTIS, WENDY | | **Seller Name** | FEDERAL NATIONAL MORTGAGE ASSOCIATION |
| **Loan Amount** | | | **Lender Name** | |

**Legal**
  **Lot Number**: 23                                           **Unit**: 2
  **Map Ref**: MB10 PG77
  **City/Muni/Twp**: LAS VEGAS
  **Subdivision Name**: RANCHO NEVADA ESTATES

| | Address | Date | Price | $/SF | Bld/Area | RM/BR/Bth | YB | Lot | Pool | Proxim. |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 200 CANYON DR | 05/06/2013 | $577,000.00 | $146.00 | 3943 | 8/4/2 | 1968 | 26136 | Heated | .21 |

| | | | | |
|---|---|---|---|---|
| **Site Address** | LAS VEGAS, NV 89107-3222 | | **APN** | 139-32-110-008 |
| **Doc Type** | BS | | **Document #** | 201305060003017 |
| **Price Code** | V | | **Use Code** | Single Family Residential |
| **Buyer Name** | DIAMANT, ZAFRIR - DIAMANT, JOSEPHINE | | **Seller Name** | MCGARRY, KRIS ANN ENGELSTAD |
| **Loan Amount** | | | **Lender Name** | |

**Legal**
  **Lot Number**: 40                                           **Unit**: 2
  **Map Ref**: MB10 PG77
  **Subdivision Name**: RANCHO NEVADA ESTATES

**Courtesy of Chicago Title**
**Offered by Chicago Title**
All Information produced is deemed reliable but is not guaranteed.



**Comparable Sales Data**                                                        **Chicago Title**

|   | Address | Date | Price | $/SF | Bld/Area | RM/BR/Bth | YB | Lot | Pool | Proxim. |
|---|---------|------|-------|------|----------|-----------|----|-----|------|---------|
| 7 | 125 ROSEMARY LN | 05/03/2013 | $580,000.00 | $87.00 | 6663 | 12/6/5 | 1968 | 30492 | Pool/Spa | .23 |

| **Site Address** | LAS VEGAS, NV 89107-3234 | **APN** | 139-32-111-004 |
|---|---|---|---|
| **Doc Type** | BS | **Document #** | 201305030000478 |
| **Price Code** | V | **Use Code** | Single Family Residential |
| **Buyer Name** | MICHAELS, BRENT DAMON | **Seller Name** | HEFFNER, VAN V - HEFFNER, JOAN C |
| **Loan Amount** | | **Lender Name** | |

**Legal**   **Lot Number**: 4     **Unit**: 3
**Map Ref:** MB10 PG100
**Subdivision Name:** RANCHO NEVADA ESTATES

|   | Address | Date | Price | $/SF | Bld/Area | RM/BR/Bth | YB | Lot | Pool | Proxim. |
|---|---------|------|-------|------|----------|-----------|----|-----|------|---------|
| 8 | 104 NARCISSUS LN | 04/29/2013 | $118,500.00 | $85.00 | 1390 | 6/4/2 | 1964 | 6534 | Pool/Spa | .39 |

| **Site Address** | LAS VEGAS, NV 89107-2327 | **APN** | 139-29-812-027 |
|---|---|---|---|
| **Doc Type** | BS | **Document #** | 201304290001895 |
| **Price Code** | V | **Use Code** | Single Family Residential |
| **Buyer Name** | HAYNES, DAVID | **Seller Name** | LEXI HOLDINGS LLC |
| **Loan Amount** | | **Lender Name** | |

**Legal**   **Lot Number**: 55     **Unit**: 8
**Map Ref:** MB8 PG65
**Subdivision Name:** TWIN LAKES VILLAGE

|   | Address | Date | Price | $/SF | Bld/Area | RM/BR/Bth | YB | Lot | Pool | Proxim. |
|---|---------|------|-------|------|----------|-----------|----|-----|------|---------|
| 9 | 209 DESERT VIEW ST | 04/26/2013 | $398,000.00 | $95.00 | 4160 | 7/3/3 | 1985 | 16117 | Pool/Spa | .26 |

| **Site Address** | LAS VEGAS, NV 89107-2356 | **APN** | 139-32-512-021 |
|---|---|---|---|
| **Doc Type** | BS | **Document #** | 201304260002252 |
| **Price Code** | V | **Use Code** | Single Family Residential |
| **Buyer Name** | FERGUSON, JOHN P | **Seller Name** | LAUGHLIN, JAMES R - LAUGHLIN, MARLA |
| **Loan Amount** | | **Lender Name** | |

**Legal**   **Lot Number**: 23     **Unit**: 4
**Map Ref:** MB25 PG6
**Subdivision Name:** RANCHO BEL AIR

**Courtesy of Chicago Title**
**Offered by Chicago Title**
All Information produced is deemed reliable but is not guaranteed.



### Comparable Sales Data  Chicago Title

| | Address | Date | Price | $/SF | Bld/Area | RM/BR/Bth | YB | Lot | Pool | Proxim. |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 701 KENNY WAY | 03/29/2013 | $255,000.00 | $88.00 | 2888 | 8/3/2 | 1974 | 22216 | Yes | .39 |

**Site Address**  LAS VEGAS, NV 89107-4427         **APN**  139-32-311-005
**Doc Type**  BS                                    **Document #**  201303290004324
**Price Code**  V                                   **Use Code**  Single Family Residential
**Buyer Name**  KASPER, PAULINE M                   **Seller Name**  ANDERSON, J PAUL - J PAUL ANDERSON FAMILY TRUST,
**Loan Amount**                                     **Lender Name**
**Legal**   Lot Number: 7
           Map Ref: MB16 PG5
           City/Muni/Twp: LAS VERGAS
           Subdivision Name: RANCHO PALOMINO

| | Address | Date | Price | $/SF | Bld/Area | RM/BR/Bth | YB | Lot | Pool | Proxim. |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 2727 ALTA DR | 02/28/2013 | $432,000.00 | $89.00 | 4807 | 8/3/3 | 1966 | 38333 | Heated | .32 |

**Site Address**  LAS VEGAS, NV 89107-4621         **APN**  139-32-304-009
**Doc Type**  BS                                    **Document #**  201302280003364
**Price Code**  V                                   **Use Code**  Single Family Residential
**Buyer Name**  KUB, TINA M                         **Seller Name**  RESOURCES GROUP LLC
**Loan Amount**                                     **Lender Name**
**Legal**

| | Address | Date | Price | $/SF | Bld/Area | RM/BR/Bth | YB | Lot | Pool | Proxim. |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 200 STONEWOOD CT | 02/28/2013 | $375,000.00 | $121.00 | 3078 | 8/3/2 | 1967 | 29185 | Heated | .15 |

**Site Address**  LAS VEGAS, NV 89107-3250         **APN**  139-32-110-040
**Doc Type**  BS                                    **Document #**  201302280003014
**Price Code**  V                                   **Use Code**  Single Family Residential
**Buyer Name**  ONEILL, RYAN B                      **Seller Name**  BARTLETT, DAVID D - BARTLETT, MARY BETH
**Loan Amount**                                     **Lender Name**
**Legal**   Lot Number: 11                          **Unit**: 2
           Map Ref: MB10 PG77
           Subdivision Name: RANCHO NEVEDA ESTATES

**Courtesy of Chicago Title**
**Offered by Chicago Title**
All Information produced is deemed reliable but is not guaranteed.



## Comparable Sales Data — Chicago Title

| | Address | Date | Price | $/SF | Bld/Area | RM/BR/Bth | YB | Lot | Pool | Proxim. |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 217 ROSEMARY LN | 02/07/2013 | $660,000.00 | $180.00 | 3652 | 7/3/3 | 1966 | 23087 | Yes | .15 |

**Site Address:** LAS VEGAS, NV 89107-3235  
**APN:** 139-32-110-022  
**Doc Type:** BS  
**Document #:** 201302070001947  
**Price Code:** V  
**Use Code:** Single Family Residential  
**Buyer Name:** CECCHI, EDWARD - HOLDRIDGE, REGAN  
**Seller Name:** LAMBROSE, JOHN C - LAMBROSE, LAURA W  
**Loan Amount:**  
**Lender Name:**  
**Legal**  
  **Lot Number:** 2  
  **Unit:** 2  
  **Map Ref:** MB10 PG77  
  **Subdivision Name:** RANCHO NEVADA ESTATES

| | Address | Date | Price | $/SF | Bld/Area | RM/BR/Bth | YB | Lot | Pool | Proxim. |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 101 NARCISSUS LN | 01/15/2013 | $65,000.00 | $42.00 | 1522 | 6/3/2 | 1964 | 7841 | Yes | .35 |

**Site Address:** LAS VEGAS, NV 89107-2340  
**APN:** 139-29-812-016  
**Doc Type:** BS  
**Document #:** 201301150002246  
**Price Code:** V  
**Use Code:** Single Family Residential  
**Buyer Name:** PEREZ, GILBERTO  
**Seller Name:** RIVERA, VICTOR  
**Loan Amount:**  
**Lender Name:**  
**Legal**  
  **Lot Number:** 66  
  **Unit:** 8  
  **Map Ref:** MB8 PG65  
  **Subdivision Name:** TWIN LAKES VILLAGE

| | Address | Date | Price | $/SF | Bld/Area | RM/BR/Bth | YB | Lot | Pool | Proxim. |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 2805 CAMEO CIR | 12/13/2012 | $330,000.00 | $77.00 | 4269 | 7/3/2 | 1966 | 23087 | Yes | .09 |

**Site Address:** LAS VEGAS, NV 89107-3213  
**APN:** 139-32-110-025  
**Doc Type:** BS  
**Document #:** 201212130002638  
**Price Code:** V  
**Use Code:** Single Family Residential  
**Buyer Name:** DELAPASSE, JACOB - DELAPASSE, PAULA A  
**Seller Name:** MCCARTHY, WILLIAM P - MCCARTHY, ALYSON K  
**Loan Amount:**  
**Lender Name:**  
**Legal**  
  **Lot Number:** 26  
  **Map Ref:** MB10 PG77  
  **Subdivision Name:** RANCH NEVADA ESTATES

**Courtesy of Chicago Title**  
**Offered by Chicago Title**  
All Information produced is deemed reliable but is not guaranteed.



## Comparable Sales Data — Chicago Title

| # | Address | Date | Price | $/SF | Bld/Area | RM/BR/Bth | YB | Lot | Pool | Proxim. |
|---|---------|------|-------|------|----------|-----------|----|----|------|---------|
| 16 | 208 DESERT VIEW ST | 12/06/2012 | $575,000.00 | $135.00 | 4244 | 7/4/3 | 1989 | 13504 | Pool/Spa | .26 |

- **Site Address:** LAS VEGAS, NV 89107-2355
- **APN:** 139-32-510-001
- **Doc Type:** BS
- **Document #:** 201212060002995
- **Price Code:** V
- **Use Code:** Single Family Residential
- **Buyer Name:** KIRTON, CHARLES R - KIRTON, JANET
- **Seller Name:** DARIAS, ALICIA - DARIAS LIVING TRUST,
- **Loan Amount:**
- **Lender Name:**
- **Legal:**
  - **Lot Number:** 26
  - **Unit:** 4
  - **Map Ref:** MB25 PG6
  - **Subdivision Name:** THE RANCHO BEL AIRE

| # | Address | Date | Price | $/SF | Bld/Area | RM/BR/Bth | YB | Lot | Pool | Proxim. |
|---|---------|------|-------|------|----------|-----------|----|----|------|---------|
| 17 | 3108 CONNERS DR | 11/21/2012 | $325,000.00 | $93.00 | 3487 | 9/4/3 | 1966 | 24394 | Yes | .15 |

- **Site Address:** LAS VEGAS, NV 89107-3226
- **APN:** 139-32-211-034
- **Doc Type:** BS
- **Document #:** 201211210002141
- **Price Code:** V
- **Use Code:** Single Family Residential
- **Buyer Name:** GAUGHAN, WILLAI MB
- **Seller Name:** PETO, JEANNE HAM - PETO FAMILY TRUST,
- **Loan Amount:**
- **Lender Name:**
- **Legal:**
  - **Lot Number:** 3
  - **Map Ref:** MB10 PG57
  - **Subdivision Name:** RANCHO NEVADA ESTATES NO 1

| # | Address | Date | Price | $/SF | Bld/Area | RM/BR/Bth | YB | Lot | Pool | Proxim. |
|---|---------|------|-------|------|----------|-----------|----|----|------|---------|
| 18 | 605 LACY LN | 10/19/2012 | $182,000.00 | $93.00 | 1953 | 6/2/2 | 1954 | 20473 | | .38 |

- **Site Address:** LAS VEGAS, NV 89107-4453
- **APN:** 139-32-310-003
- **Doc Type:** BS
- **Document #:** 201210190002207
- **Price Code:** V
- **Use Code:** Single Family Residential
- **Buyer Name:** ARJOMAND, FAROOQ M
- **Seller Name:** SEDDIGHZADEH, SIAMAK
- **Loan Amount:**
- **Lender Name:**
- **Legal:**
  - **Lot Number:** 3
  - **Tract Number:** 1
  - **Map Ref:** MB3 PG23
  - **Subdivision Name:** MOUNTAIN VIEW

**Courtesy of Chicago Title**
**Offered by Chicago Title**
All Information produced is deemed reliable but is not guaranteed.



 **Comparable Sales Data**                                              **Chicago Title** 

|    | Address | Date | Price | $/SF | Bld/Area | RM/BR/Bth | YB | Lot | Pool | Proxim. |
|----|---------|------|-------|------|----------|-----------|----|-----|------|---------|
| **19** | **2804 BROWN CIR** | **09/18/2012** | **$277,500.00** | **$61.00** | **4480** | **8/4/3** | **1963** | **23087** | **Heated** | **.12** |

| | | | |
|---|---|---|---|
| **Site Address** | LAS VEGAS, NV 89107-3212 | **APN** | 139-32-214-009 |
| **Doc Type** | BS | **Document #** | 201209180001947 |
| **Price Code** | V | **Use Code** | Single Family Residential |
| **Buyer Name** | DOLDER, THOMAS B | **Seller Name** | C AND C VAUGHN LIVING TRUST |
| **Loan Amount** | | **Lender Name** | |
| **Legal** | **Lot Number**: 9 | | |
| | **Map Ref:** MB8 PG73 | | |
| | **Subdivision Name:** RANCHO ESTATES | | |

**Courtesy of Chicago Title**
**Offered by Chicago Title**
All Information produced is deemed reliable but is not guaranteed.



 **Comparable Sales Data**     **Chicago Title** 

**TARKANIAN DANIEL & A REV FAM TR; TARKANIAN DANIEL J & AMY M TRS**
**3008 CAMPBELL CIR, LAS VEGAS, NV 89107-3214**
**APN: 139-32-212-004 - CLARK COUNTY**

| Year Built: | 1976 | Lot: | 23,522 SF | Bld/Area: | 4234 | Pool: | H | RM/BR/Bth: | | 10/6/5 |
|---|---|---|---|---|---|---|---|---|---|---|

| # | Address | Date | Price | $/SF | Bld/Area | RM/BR/Bth | YB | Lot | Pool | Proxim. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 204 DESERT VIEW ST | 08/02/2013 | $450,000.00 | $115.00 | 3,880 | 10/4/3 | 1982 | 13,504 | Pool/Spa | .27 |
| 2 | 3100 CONNERS DR | 07/12/2013 | $535,000.00 | $162.00 | 3,287 | 7/3/3 | 1966 | 28,750 | Heated | .10 |
| 3 | 412 MACARTHUR WAY | 06/24/2013 | $595,000.00 | $127.00 | 4,668 | 10/5/3 | 1966 | 23,087 | Pool/Spa | .27 |
| 4 | 508 CAMPBELL DR | 06/18/2013 | $375,000.00 | $124.00 | 3,004 | 9/4/2 | 1974 | 23,522 | Heated | .31 |
| 5 | 2812 CAMEO CIR | 06/06/2013 | $360,000.00 | $83.00 | 4,329 | 6/3/4 | 1966 | 23,958 | Heated | .06 |
| 6 | 200 CANYON DR | 05/06/2013 | $577,000.00 | $146.00 | 3,943 | 8/4/2 | 1968 | 26,136 | Heated | .21 |
| 7 | 125 ROSEMARY LN | 05/03/2013 | $580,000.00 | $87.00 | 6,663 | 12/6/5 | 1968 | 30,492 | Pool/Spa | .23 |
| 8 | 104 NARCISSUS LN | 04/29/2013 | $118,500.00 | $85.00 | 1,390 | 6/4/2 | 1964 | 6,534 | Pool/Spa | .39 |
| 9 | 209 DESERT VIEW ST | 04/26/2013 | $398,000.00 | $95.00 | 4,160 | 7/3/3 | 1985 | 16,117 | Pool/Spa | .26 |
| 10 | 701 KENNY WAY | 03/29/2013 | $255,000.00 | $88.00 | 2,888 | 8/3/2 | 1974 | 22,216 | Yes | .39 |
| 11 | 2727 ALTA DR | 02/28/2013 | $432,000.00 | $89.00 | 4,807 | 8/3/3 | 1966 | 38,333 | Heated | .32 |
| 12 | 200 STONEWOOD CT | 02/28/2013 | $375,000.00 | $121.00 | 3,078 | 8/3/2 | 1967 | 29,185 | Heated | .15 |
| 13 | 217 ROSEMARY LN | 02/07/2013 | $660,000.00 | $180.00 | 3,652 | 7/3/3 | 1966 | 23,087 | Yes | .15 |
| 14 | 101 NARCISSUS LN | 01/15/2013 | $65,000.00 | $42.00 | 1,522 | 6/3/2 | 1964 | 7,841 | Yes | .35 |
| 15 | 2805 CAMEO CIR | 12/13/2012 | $330,000.00 | $77.00 | 4,269 | 7/3/2 | 1966 | 23,087 | Yes | .09 |
| 16 | 208 DESERT VIEW ST | 12/06/2012 | $575,000.00 | $135.00 | 4,244 | 7/4/3 | 1989 | 13,504 | Pool/Spa | .26 |
| 17 | 3108 CONNERS DR | 11/21/2012 | $325,000.00 | $93.00 | 3,487 | 9/4/3 | 1966 | 24,394 | Yes | .15 |
| 18 | 605 LACY LN | 10/19/2012 | $182,000.00 | $93.00 | 1,953 | 6/2/2 | 1954 | 20,473 | | .38 |
| 19 | 2804 BROWN CIR | 09/18/2012 | $277,500.00 | $61.00 | 4,480 | 8/4/3 | 1963 | 23,087 | Heated | .12 |

**Courtesy of Chicago Title**
**Offered by Chicago Title**
All Information produced is deemed reliable but is not guaranteed.



 **Neighborhood Overview**    **Chicago Title** 

**Nearby Neighbors**

| TARKANIAN DANIEL & A REV FAM TR; TARKANIAN DANIEL J & AMY M TRS | | | LVDAG LLC, | | |
|---|---|---|---|---|---|
| 3008 CAMPBELL CIR , LAS VEGAS , NV , 89107 | | | 3004 CAMPBELL CIR , LAS VEGAS , NV , 89107 | | |
| APN: | 139-32-212-004 | | APN: | 139-32-212-005 | |
| Bedrooms: 6 | Bathrooms: | 5 | Bedrooms: 4 | Bathrooms: | 4 |
| Square Feet: 4,234 | Lot Size: | 23,522 SF | Square Feet: 5,153 | Lot Size: | 27,443 SF |
| Year Built: 1976 | Garage: | A | Year Built: 1976 | Garage: | A |

| EXETER TRUST | | | SHEPHERD CHARLES D | | |
|---|---|---|---|---|---|
| 3012 CAMPBELL CIR , LAS VEGAS , NV , 89107 | | | 2901 JUSTICE LN , LAS VEGAS , NV , 89107 | | |
| APN: | 139-32-212-003 | | APN: | 139-32-110-046 | |
| Bedrooms: 5 | Bathrooms: | 4 | Bedrooms: 4 | Bathrooms: | 2 |
| Square Feet: 5,442 | Lot Size: | 23,087 SF | Square Feet: 3,246 | Lot Size: | 25,265 SF |
| Year Built: 1979 | Garage: | A | Year Built: 1967 | Garage: | |

| DOSH PATSY NEVADA OFFSHORE TRUST; DOSH PATSY TRS | | | TARKANIAN REVOCABLE LIVING TRUST; TARKANIAN JERRY & LOIS E TRS | | |
|---|---|---|---|---|---|
| 3005 CAMPBELL CIR , LAS VEGAS , NV , 89107 | | | 2905 JUSTICE LN , LAS VEGAS , NV , 89107 | | |
| APN: | 139-32-212-006 | | APN: | 139-32-110-047 | |
| Bedrooms: 4 | Bathrooms: | 5 | Bedrooms: 6 | Bathrooms: | 4 |
| Square Feet: 4,219 | Lot Size: | 23,958 SF | Square Feet: 4,332 | Lot Size: | 30,928 SF |
| Year Built: 1978 | Garage: | D | Year Built: 1975 | Garage: | A |

| LUCIA JOANNE E | | | RUSHTON FAMILY TRUST; RUSHTON RICKY A & KIMBERLY M TRS | | |
|---|---|---|---|---|---|
| 3009 CAMPBELL CIR , LAS VEGAS , NV , 89107 | | | 3013 CAMPBELL CIR , LAS VEGAS , NV , 89107 | | |
| APN: | 139-32-212-007 | | APN: | 139-32-212-008 | |
| Bedrooms: 4 | Bathrooms: | 3 | Bedrooms: 3 | Bathrooms: | 3 |
| Square Feet: 3,661 | Lot Size: | 29,621 SF | Square Feet: 3,931 | Lot Size: | 23,087 SF |
| Year Built: 1974 | Garage: | M | Year Built: 1976 | Garage: | A |

| THOMAS PETER M & NANCY REV TR; THOMAS PETER M TRS | | | JEWETT MARGARET NICHOLS | | |
|---|---|---|---|---|---|
| 3016 CAMPBELL CIR , LAS VEGAS , NV , 89107 | | | 2813 CAMEO CIR , LAS VEGAS , NV , 89107 | | |
| APN: | 139-32-212-002 | | APN: | 139-32-110-027 | |
| Bedrooms: 4 | Bathrooms: | 4 | Bedrooms: 4 | Bathrooms: | 3 |
| Square Feet: 5,834 | Lot Size: | 23,087 SF | Square Feet: 3,250 | Lot Size: | 22,651 SF |
| Year Built: 1977 | Garage: | A | Year Built: 1967 | Garage: | |

**Courtesy of Chicago Title**
**Offered by Chicago Title**
All Information produced is deemed reliable but is not guaranteed.



 **Neighborhood Overview**    **Chicago Title** 

| **LAMANCUSA S J & M REV FAM TR** | | | **CURTIS, WENDY** | | |
|---|---|---|---|---|---|
| 2812 ASHWORTH CIR , LAS VEGAS , NV , 89107 | | | 2812 CAMEO CIR , LAS VEGAS , NV , 89107 | | |
| APN: | 139-32-214-004 | | APN: | 139-32-110-028 | |
| Bedrooms: 4 | Bathrooms: | 3 | Bedrooms: 3 | Bathrooms: | 4 |
| Square Feet: 2,892 | Lot Size: | 27,878 SF | Square Feet: 4,329 | Lot Size: | 23,958 SF |
| Year Built: 1964 | Garage: | A | Year Built: 1966 | Garage: | A |
| **NOT AVAILABLE FROM THE COUNTY** | | | **PARKTON FRANCES RUFTY IRR TR; BANK NORTHERN TRUST TRS** | | |
| S GRAND CENTRAL , LAS VEGAS , NV , 89107 | | | 2808 ASHWORTH CIR , LAS VEGAS , NV , 89107 | | |
| APN: | 139-32-212-009 | | APN: | 139-32-214-003 | |
| Bedrooms: 4 | Bathrooms: | 5 | Bedrooms: 5 | Bathrooms: | 4 |
| Square Feet: 5,019 | Lot Size: | 23,087 SF | Square Feet: 3,931 | Lot Size: | 24,829 SF |
| Year Built: 1976 | Garage: | A | Year Built: 1964 | Garage: | B |
| **WINNER THOMAS & ANN** | | | | | |
| 2900 JUSTICE LN , LAS VEGAS , NV , 89107 | | | | | |
| APN: | 139-32-110-045 | | | | |
| Bedrooms: 4 | Bathrooms: | 2 | | | |
| Square Feet: 2,688 | Lot Size: | 29,185 SF | | | |
| Year Built: 1967 | Garage: | A | | | |

**Courtesy of Chicago Title**
**Offered by Chicago Title**
All Information produced is deemed reliable but is not guaranteed.





**Courtesy of Chicago Title**
**Offered by Chicago Title**
All Information produced is deemed reliable but is not guaranteed.
   This property profile is being provided as a general service to the community at large without the condition of the referral of title insurance business.