Inst #: 201302060001932
Fees: $18.00
N/C Fee: $0.00
02/06/2013 11:54:35 AM
Receipt #: 1487632
Requestor:
DURHAM JONES & PINEGAR (LEG
Recorded By: BGN    Pgs: 2
**DEBBIE CONWAY**
CLARK COUNTY RECORDER

(2)

**RECORDING COVER PAGE**
(Must be typed or printed clearly in BLACK ink only and avoid printing in the 1" margins of document)

APN# __139-32-212-004__

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

0282

**TITLE OF DOCUMENT**
(DO NOT Abbreviate)

Declaration of Homestead

Document Title on cover page must appear EXACTLY as the first page of the document to be recorded.

**RECORDING REQUESTED BY:**
Daniel J. and Amy M. Tarkanian

**RETURN TO:** Name Timothy S. Cory, Esq.
Address 10785 W. Twain Ave., Suite 200
City/State/Zip Las Vegas, NV 89135

**MAIL TAX STATEMENT TO:** (Applicable to documents transferring real property)

Name_____

Address_____

City/State/Zip_____

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly—do not use page scaling.

## DECLARATION OF HOMESTEAD

**Assessor's Parcel Number (APN):**
139-32-212-004 _____ or
**Assessor's Manufactured Home ID Number:**
_____

FOR RECORDING STAMP

DO NOT WRITE
IN THIS AREA

Recording Requested by and Mail to:
Name: Daniel and Amy Tarkanian
Address: 3008 Campbell Circle
City/State/Zip: Las Vegas, NV 89107-3214

**Check One:**
☒ Married (filing jointly)   ☐ Married (filing individually)
☐ Widowed   ☐ Single Person   ☐ Multiple Single Persons   ☐ Head of Family
☐ By Wife (filing for joint benefit of both)   ☐ By Husband (filing for joint benefit of both)
☐ Other (describe): _____

**Check One:**
☒ Regular Home Dwelling/Manufactured Home   ☐ Condominium Unit   ☐ Other

**Name on Title of Property:**
Daniel & Amy Tarkanian Rev Fam Tr, Daniel J and Amy M Tarkanian Trustees
do individually or severally certify and declare as follows:
Daniel J and Amy M Tarkanian
is/are now residing on the land, premises (or manufactured home) located in the city/town of
_____Las Vegas_____, County of _____Clark_____, State of Nevada, and
more particularly described as follows: (set forth legal description and commonly known street address or manufactured home description)
RANCHO NEVADA EST UNIT 4 PLAT BOOK 15 PAGE 46 LOST 4 BLICK 1 & VAC RDGOID:
PT SE4 NW4 SEC 32 20 61 / 3008 Campbell Circle, Las Vegas, NV 89107

I/We claim the land and premises hereinabove described, together with the dwelling house thereon, and its appurtenances, or the described manufactured home as a Homestead.

In witness, Whereof, I/we have hereunto set my hand/our hands this 28th day of January, 2013.

_____[signature]_____                    _____[signature]_____
Signature                                 Signature
Daniel Tarkanian                          Amy Tarkanian
Print or type name here                   Print or type name here

STATE OF NEVADA, COUNTY OF __Clark__ This instrument was acknowledged
before me on _January 28th 2013_
             (date)
By _[signature]_ /Danny Tarkanian
  Person(s) appearing before notary
By _[signature]_ /Amy Tarkanian
  Person(s) appearing before notary

_[signature]_
Signature of notarial officer

Notary Seal
Dayel Martinez
Notary Public
State of Nevada
My Commission Expires: 06-28-16
Certificate No: 12-8349-1

**CONSULT AN ATTORNEY IF YOU DOUBT THIS FORM FITS YOUR PURPOSE.**
NOTE: Do not write in 1-inch margin. *Rev.Feb 2010*