Case 13-20495-mkn    Doc 40-7    Entered 02/21/14 20:52:43    Page 1 of 20

**Danny Tarkanian  -  6/5/2013**
**Federal Deposit Insurance Corporation, et al. vs. Danny Tarkanian, et al.**

Page 1

```
            UNITED STATES DISTRICT COURT
                 DISTRICT OF NEVADA


 FEDERAL DEPOSIT INSURANCE         )
 CORPORATION, as Receiver for LA   )
 JOLLA BANK, FSB,                  )
                                   )
              Plaintiff,           ) Case No.:
                                   ) 2:13-cv-00760
     vs.                           ) -GMN-GWF
                                   )
 DANNY TARKANIAN, an individual;   )
 AMY M. TARKANIAN, an individual;  )
 JERRY TARKANIAN, an individual;   )
 LOIS TARKANIAN, an individual;    )
 GEORGE TARKANIAN, an individual;  )
 ZAFRIR DIAMANT, an individual;    )
 DOUGLAS R. JOHNSON, an            )
 individual; DEBRA JOHNSON, an     )
 individual; and DOES 1 through    )
 100, inclusive,                   )
                                   )
              Defendants.          )
 _____)


           DEPOSITION OF DANNY TARKANIAN


        Taken on Wednesday, June 5, 2013
                 At 8:41 a.m.
         At 5275 South Durango Drive
              Las Vegas, Nevada
```

Reported by:  Teri R. Ward, CCR NO. 839

Danny Tarkanian  -  6/5/2013
Federal Deposit Insurance Corporation, et al. vs. Danny Tarkanian, et al.

Page 4

1        LAS VEGAS, NEVADA; WEDNESDAY, JUNE 5, 2013
2                        8:41 a.m.
3                         -o0o-
4        (Prior to the commencement of the deposition,
5    all of the parties present agreed to waive
6    statements by the court reporter, pursuant to Rule
7    30(b)(4) of NRCP.)
8
9                    DANNY TARKANIAN,
10   having been called as a witness and having been
11   first duly sworn, was examined and testified as
12   follows:
13
14                      EXAMINATION
15   BY MR. PECK:
16       Q.     Good morning, Mr. Tarkanian.  Can you
17   state and spell your name for the record, please.
18       **A.     Danny Tarkanian, D-a-n-n-y,**
19   **T-a-r-k-a-n-i-a-n.**
20       Q.     And your full name is Daniel; is that
21   correct?
22       **A.     My legal name is Daniel.  I go by Danny**
23   **since I was very, very young, and everything I sign**
24   **is Danny.**
25       Q.     Okay.  I have seen, I think, a trust

Case 13-20495-mkn   Doc 40-7   Entered 02/21/14 20:52:43   Page 3 of 20

Danny Tarkanian  -  6/5/2013
Federal Deposit Insurance Corporation, et al. vs. Danny Tarkanian, et al.

Page 35

1   your question, I'm sorry.  If you can clarify what
2   you mean.
3   BY MR. PECK:
4        Q.     Sure.  It says -- it identifies you as a
5   family trustee and Charles E. Thompson as the
6   independent trustee.  And I just wanted to know what
7   that means.  Why there's two or the differences?
8        A.     It's easy to answer.  I have no idea.
9   **Dick Oshins created this.  I was young at the time.**
10  **I didn't understand how it worked.  I still don't**
11  **understand completely how it works.  But they**
12  **created it that way, and there's got to be a purpose**
13  **for it.**
14       Q.     Do you know Charles E. Thompson?
15       **A.     Yes.**
16       Q.     And how do you know him?
17       **A.     He was my dad's attorney during that**
18  **time period.**
19       Q.     ==If we look at the Jerry and Lois E.==
20  ==Tarkanian 1992 Irrevocable Trust, and this is the==
21  ==trust that you're referring to as holding the life==
22  ==insurance policies, correct?==
23       **A.     Yes.**
24       Q.     ==And it also identifies you as the family==
25  ==trustee and Charles E. Thompson as the independent==

**Depo International, LLC**
**(702) 386-9322 or (800) 982-3299 info@depointernational.com**

Danny Tarkanian  -  6/5/2013
Federal Deposit Insurance Corporation, et al. vs. Danny Tarkanian, et al.

Page 36

1  trustee.  Do you know if that has changed over time?
2      A.      I am the family trustee.  I believe
3  Kenan Rafteri is the independent trustee now.
4      Q.      And I'm assuming you still don't -- I
5  would ask you the same question.  Why is there a
6  family trustee and an independent trustee with this
7  trust?  Would your answer be different from what you
8  just said regarding the other trust?
9      A.      No.
10     Q.      I'm sorry, the name of the trustee that
11 you said was Rafteri?
12     A.      Same one.  Kenan or Joseph.  I don't
13 know what he goes by.
14     Q.      It says Joseph K. Rafteri.  But you call
15 him Kenan?
16     A.      Yes.
17     Q.      Do you interact with him on -- with this
18 trust as far as making trustee decisions?
19     A.      No.
20     Q.      Can either of you act independently of
21 each other or how does it work?
22     A.      My understanding is as a trustee,
23 whether you want to call me a family trustee or
24 anything, I can make the decisions for that trust
25 based on the best interest of the beneficiaries, and

Page 37

1  **I have done so.  Kenan has had no involvement, that**
2  **I'm aware of.  That I can recall at this time, in**
3  **any activities with the trust.**
4     Q.     You had mentioned the Jerry and Lois E.
5  Tarkanian 1992 Irrevocable Trust as having a bank
6  account with Wells Fargo.  Do you know how much is
7  in that account now?
8     A.     Less than $200.
9     Q.     The life insurance policies, let's talk
10 about those for a second.  The Sun Life policy, what
11 type of policy is it?  Is it a term life?  Is it --
12 you said second-to-die policy, but I don't know if
13 it's a term policy or if there's cash value
14 component to it.  Can you tell me about that?
15    **A.     There is a cash value.  I get the names**
16 **of those mixed up, whichever has a cash value.  Term**
17 **or whole, I don't --**
18    Q.     Oh, okay. Do you know what the cash
19 value of that is?
20    **A.     That needs to be clarified.**
21           MR. CORY:  First question is do you
22 know?
23           THE WITNESS:  I know the values.
24           MR. CORY:  Okay.  The cash value or do
25 you need him to define cash value?

Case 13-20495-mkn    Doc 40-7    Entered 02/21/14 20:52:43    Page 6 of 20

Danny Tarkanian - 6/5/2013
Federal Deposit Insurance Corporation, et al. vs. Danny Tarkanian, et al.

Page 38

1              THE WITNESS:  No, he couldn't define it.
2    I need to explain it, and you're going to get mad.
3              MR. CORY:  All right.
4    BY MR. PECK:
5         Q.   That's fine.  Let him get mad.
6         **A.   There is a cash value that has been**
7    **generated for about 450,000.  However, we borrowed**
8    **all but maybe 20,000 of that.  So left in there as a**
9    **cash value maybe 10 to 15,000, maybe.  Probably less**
10   **than that because each year there's a huge premium,**
11   **and that's wiped it out too, any excess cash value.**
12        Q.   Is there still a death benefit?
13        **A.   Yes.**
14        Q.   Is the death benefit affected by the
15   cash value?  If you take cash out, does it affect
16   the death benefit?
17        **A.   The amount of the death benefit, yes.**
18        Q.   Do you know what the death benefit is
19   now?
20        **A.   It's somewhere -- well, it normally is**
21   **somewhere around a million dollars.  It fluctuates**
22   **with 440,000 or so outstanding, it would be five**
23   **hundred and plus thousand.**
24        Q.   And you said that's the second-to-die
25   policy.  So death benefit is paid out when both of

Case 13-20495-mkn    Doc 40-7    Entered 02/21/14 20:52:43    Page 7 of 20

Danny Tarkanian  -  6/5/2013
Federal Deposit Insurance Corporation, et al. vs. Danny Tarkanian, et al.

Page 39

```
 1   your parents have died; is that correct?
 2       A.      Have passed away, yes.
 3       Q.      Regarding the Phoenix Home Life
 4   policies, you said there was two of them, one on
 5   your dad's life and one on your mom's life.  Do
 6   those have cash values to them?
 7       A.      The same as the Sun Life.  There was a
 8   cash value in there.  There may be a small amount
 9   left.
10       Q.      For both of them; is that correct?
11       A.      Yes.
12       Q.      And do you know what the crash value is
13   for both of those?
14       A.      What's left or what was before the loan?
15       Q.      What's left.
16       A.      I would say less than 10,000 in each one
17   of them.  Somewhere less than 10,000.
18       Q.      And so you took cash out of these
19   policies.  You just now referred to it as a loan.
20   Is it money that has to be paid back to them?
21       A.      Yes.
22               MR. CORY:  Hang on just a minute.
23   You're saying -- are you asking him if he took cash
24   out?
25               MR. PECK:  No.
```

Case 13-20495-mkn   Doc 40-7   Entered 02/21/14 20:52:43   Page 8 of 20

**Danny Tarkanian  -  6/5/2013**
**Federal Deposit Insurance Corporation, et al. vs. Danny Tarkanian, et al.**

Page 40

```
 1              MR. CORY:  I'm not sure he took cash
 2   out.
 3              MR. PECK:  No, I didn't ask who took the
 4   cash out.  I just wanted to know -- but --
 5   BY MR. PECK:
 6       Q.     If the money that was taken out has to
 7   be repaid?
 8       A.     Yes.
 9       Q.     Okay.
10       A.     I got to qualify that.  Part of it.
11   Part of it is an ownership interest in JAMD, which I
12   mentioned earlier.
13              MR. CORY:  No, I think he's asking just
14   the policy.  So does the loan against the policy
15   have to be repaid?  Is that what you're asking?
16              MR. PECK:  That's what I'm asking.
17              THE WITNESS:  Oh, does the loan have to
18   be repaid back to the life insurance companies?  Oh,
19   absolutely.
20   BY MR. PECK:
21       Q.     Okay.  How much has to be repaid to Sun
22   Life?
23       A.     It goes up all the time, and somewhere
24   around 400 and -- over 400,000.
25       Q.     Okay.  And who's obligated to pay that
```

Danny Tarkanian - 6/5/2013
Federal Deposit Insurance Corporation, et al. vs. Danny Tarkanian, et al.

Page 41

1  back?
2     A.    The Jerry and Lois Tarkanian Irrevocable
3  Trust.
4     Q.    And regarding the Phoenix Home Life
5  policy, is the Jerry and Lois E. Tarkanian
6  Irrevocable Trust obligated to pay Sun Life back as
7  well?
8     A.    Phoenix Home Life.
9     Q.    I'm sorry.  Correct, Phoenix Home Life.
10    A.    Yes.
11    Q.    Okay.  I'm going to jump around a little
12 bit from where I intended to do this.  But while
13 we're talking about the loans against these
14 policies, I was under -- or I've been informed that
15 there was money taken out of life insurance
16 policies, could be around $670,000, and that
17 approximately 400,000 of it was used by you to pay
18 down your mortgage, and the other part was used by
19 your mom to do renovations to your house.
20    A.    No, you're wrong.
21          MR. CORY:  Hang on that's not a
22 question.
23          THE WITNESS:  He's wrong.  He's making a
24 mistake.
25          MR. CORY:  He's just talking so far.

**Depo International, LLC**
**(702) 386-9322 or (800) 982-3299 info@depointernational.com**

Danny Tarkanian  -  6/5/2013
Federal Deposit Insurance Corporation, et al. vs. Danny Tarkanian, et al.

Page 42

```
 1   BY MR. PECK:
 2       Q.      And my question to you would be, is what
 3   I said accurate?
 4       A.      No.
 5       Q.      Okay.  And can you explain why it's not
 6   accurate?
 7       A.      Because you have misinformation.
 8       Q.      Okay.  The money that was taken from the
 9   Sun Life policy, you said it was approximately
10   $400,000 or so; is that correct?
11       A.      That is the balance now.  It has gone up
12   and down over a period of eight to ten years.
13       Q.      Okay.  So can you tell me -- and I just
14   want to get to -- get down to this so I can
15   understand this, and then we can move on.  Was there
16   a big lump sum of about $400,000 taken out of this
17   fairly recently, though?
18       A.      Yes.
19       Q.      Okay, and when was that?
20       A.      I'm -- no, but I'm playing with words.
21   There's like 300,000 taken out and something like
22   that.  Three hundred -- three fifty in July and then
23   another fifty in August.
24       Q.      Okay.  And that money was used to pay
25   down your mortgage?
```

**Depo International, LLC**
**(702) 386-9322 or (800) 982-3299 info@depointernational.com**

**Danny Tarkanian  -  6/5/2013**
**Federal Deposit Insurance Corporation, et al. vs. Danny Tarkanian, et al.**

Page 43

```
 1    A.      No.  And you know what, I --
 2            MR. CORY:  Just correct him.
 3            THE WITNESS:  I'm mistaken.  That's not
 4   accurate.
 5            MR. CORY:  He's going to give you a
 6   chance to correct him.
 7            THE WITNESS:  That's not accurate what I
 8   stated.
 9   BY MR. PECK:
10    Q.      Let me show you -- this is a --
11            MR. CORY:  Hang on just a minute.  Can
12   we step out for a minute?
13            MR. PECK:  That's fine.
14               (At this time, a recess was
15                taken.)
16            THE WITNESS:  With respect to my
17   mother's and father's renovations, there was -- I
18   don't know if it has anything to do with the life
19   insurance policies.  With respect to the four
20   hundred-and-some thousand you're referring to, my
21   best recollection, which I think is pretty accurate,
22   is 110,000 was taken out of the Phoenix Home Life
23   policy and 110,000 from the other Phoenix Home Life
24   policy.
25               Anything else would have came from the
```

Case 13-20495-mkn    Doc 40-7    Entered 02/21/14 20:52:43    Page 12 of 20

Danny Tarkanian  -  6/5/2013
Federal Deposit Insurance Corporation, et al. vs. Danny Tarkanian, et al.

Page 44

1  Sun Life policy.  And that money was used to loan to
2  JAMD.  JAMD has been operating at a deficiency.
3  We've been borrowing money to use to develop that
4  property from a number of sources, including the
5  Jerry and Lois Tarkanian Irrevocable Trust.
6           That 400,000 you're referring to, JAMD
7  paid me back, I think it was three hundred to three
8  fifty in July and another fifty in August for money
9  I had loaned JAMD over the past eight to ten years.
10 BY MR. PECK:
11      Q.     The loans that you made to JAMD, is
12 there documentation, promissory notes, or things
13 like that?
14      A.     There was, and I couldn't find it in the
15 file, but there was.
16      Q.     So it hasn't been produced in here?
17      A.     No.
18      Q.     Do you know how much you've loaned --
19 well, let me start from the beginning.  When was
20 JAMD created, JAMD, LLC?
21      A.     2001, but, you know, I'll let you ask --
22      Q.     I mean, if you need to clarify
23 something, by all means.
24      A.     We started development of JAMD in 2005,
25 I believe.  And that's when we borrowed money to pay

Case 13-20495-mkn   Doc 40-7   Entered 02/21/14 20:52:43   Page 13 of 20

Danny Tarkanian  -  6/5/2013
Federal Deposit Insurance Corporation, et al. vs. Danny Tarkanian, et al.

Page 45

1  for parts of the development.
2     Q.    And do you know how much you've loaned
3  to JAMD over -- total over the time?
4     A.    I do not because I've loaned them money,
5  I've been paid back, I've loaned them money, and
6  I've been paid back.
7     Q.    Do you know how much your -- are you
8  owed money from JAMD now?
9     A.    No.
10    Q.    So you're saying you've been paid back
11 in full everything you've loaned them?
12    A.    Yes.
13    Q.    Let's talk about any trust interest that
14 you have or your own trust.  I know you have a
15 revocable family trust that owns your residence; is
16 that correct?
17    A.    I have a revocable family trust.  I
18 don't know if it owns my residence or not.
19    Q.    Okay.  Do you know what that trust is
20 called?
21    A.    The Danny and Amy -- no, I don't for
22 sure.  I mean, I don't know if I used Danny or
23 Daniel.
24    Q.    Do you only have just the one revocable
25 trust?

**Danny Tarkanian  -  6/5/2013**
**Federal Deposit Insurance Corporation, et al. vs. Danny Tarkanian, et al.**

Page 51

```
 1     Q.     Do you know if you needed money, you're
 2  the trustee, is it your decision to make a
 3  distribution from that?
 4     A.     It's for the --
 5            MR. CORY:  He's the -- hang on just a
 6  minute, let me clarify.  Isn't he one of two
 7  trustees?  Isn't he the designated family trustee,
 8  which he said he doesn't really know what that
 9  means?
10            MR. PECK:  Well, I don't know.
11            THE WITNESS:  I know what the trustee
12  is.
13            MR. CORY:  Okay.
14  BY MR. PECK:
15     Q.     Again, my question is:  As the trustee,
16  is it your discretion to make distributions under
17  that 1992 Jerry and Lois E. Tarkanian Irrevocable
18  Trust?
19     A.     If it's in the best interest of the
20  beneficiaries, which it would not be because you
21  would have to borrow money from the life insurance
22  policy to make a distribution, and therefore you'd
23  be paying an interest to those policies, which are
24  normally a higher than normal interest rate that you
25  could pay.
```

Case 13-20495-mkn   Doc 40-7   Entered 02/21/14 20:52:43   Page 15 of 20

Danny Tarkanian  -  6/5/2013
Federal Deposit Insurance Corporation, et al. vs. Danny Tarkanian, et al.

Page 52

1   Q.     Okay.  I think the beginning of the
2   answer -- what was the beginning of the answer?  Was
3   there a yes or a no in there, I'm not exactly sure.
4   I know you said it wouldn't be --
5   A.     I can make a distribution if it was in
6   the best interest of the beneficiary.  However, it
7   would not be in the best interest of the
8   beneficiaries to take money out of a life insurance
9   trust where you have to borrow from a life insurance
10  policy.
11          MR. PECK:  Did you find his revocable
12  trust in there?
13          MR. CORY:  I didn't.
14          MR. PECK:  Okay.
15          MR. CORY:  You know, it makes me want to
16  look at the disk.
17          THE WITNESS:  The disk has got just the
18  bank statements.  If it's not in there, I'll give it
19  to my attorney and get it over to you.  I apologize,
20  I thought I had it.
21  BY MR. PECK:
22   Q.     I'm assuming, and I think we've
23  established, you only have the one revocable trust
24  that you created, correct?
25   A.     Yes.

Danny Tarkanian  -  6/5/2013
Federal Deposit Insurance Corporation, et al. vs. Danny Tarkanian, et al.

Page 60

```
 1      Q.      Okay.  Do you have the ownership
 2   percentage for each of those?  Is that something
 3   that you produced in here?
 4      A.      I thought I had it produced in there,
 5   but so far I haven't found it.  I can provide that
 6   with the irrevocable trust.  I guess I have two
 7   trusts I have to provide.
 8      Q.      Do you know who the manager for JAMD is?
 9      A.      I am.
10      Q.      Are you the sole manager?
11      A.      Yes.
12      Q.      So I'm wondering who makes the business
13   decisions?  Are you the only person involved in that
14   or is there -- do you have meetings?  Tell me a
15   little bit about that.
16      A.      I make the major -- I make the
17   day-to-day business decisions of JAMD, and there are
18   annual meetings or I give an update of what's
19   happening.  And, you know, there's some discourse
20   back and forth.
21      Q.      Any other meeting?  Just annually you
22   have one meeting?
23      A.      Yes.
24      Q.      And are there minutes kept?
25      A.      Yes.
```

Depo International, LLC
(702) 386-9322 or (800) 982-3299 info@depointernational.com

Danny Tarkanian  -  6/5/2013
Federal Deposit Insurance Corporation, et al. vs. Danny Tarkanian, et al.

Page 81

```
 1   your house is?
 2      A.      No.
 3      Q.      What's the size of your house?
 4      A.      3,400 square feet.
 5      Q.      And we touched upon this before, and I
 6   just want to make sure I'm clear.  This is in my
 7   outline where I had this -- the paydown of your
 8   mortgage by approximately $400,000 back in July,
 9   August and September.
10              And just so I'm clear, that money that
11   you pay that -- it came from initially a cash
12   advance on the life insurance policies?
13      A.      No.
14      Q.      Okay, why do you disagree with that?
15      A.      Because it came from JAMD, LLC from
16   money it owed me that I had lent it over an extended
17   period of time.
18      Q.      And JAMD --
19      A.      There wasn't just one payment that --
20   that's it.
21      Q.      Okay.  And JAMD obtained the money from
22   the life insurance policy?
23      A.      JAMD obtained money.  I don't know if
24   it's four hundred or whatever.  JAMD obtained part
25   of -- JAMD obtained money from a life insurance
```

Case 13-20495-mkn   Doc 40-7   Entered 02/21/14 20:52:43   Page 18 of 20

Danny Tarkanian  -  6/5/2013
Federal Deposit Insurance Corporation, et al. vs. Danny Tarkanian, et al.

Page 82

```
1    policy in that time period along with rents that
2    were coming in.  And I'm not sure if anybody else
3    had lent JAMD any money at the time, such as the
4    individuals I had mentioned.  So there was different
5    revenue coming into JAMD.
6               MR. CORY:  I think you previously
7    testified that it was actually the trust.
8               THE WITNESS:  I'm sorry, what's that?
9               MR. CORY:  The trust that loaned the
10   money to JAMD.
11              THE WITNESS:  The trust owned -- the
12   life insurance trust loaned money to JAMD.  We also
13   had revenue coming in from JAMD.  And I also -- I
14   believe we borrowed some money from some of those
15   other individuals also.
16   BY MR. PECK:
17       Q.     When we had talked about the JAMD
18   business decision making, and you said that you make
19   the day-to-day decisions and you have annual
20   meetings, the decision to repay the loan from JAMD
21   to you and approximately $400,000 at that time, was
22   that -- was there anybody else involved in that
23   decision or was it your decision or did you have a
24   meeting at that time?  Can you tell me?
25       A.     It was my decision, no meeting, and JAMD
```

Case 13-20495-mkn    Doc 40-7    Entered 02/21/14 20:52:43    Page 19 of 20

Danny Tarkanian  -  6/5/2013
Federal Deposit Insurance Corporation, et al. vs. Danny Tarkanian, et al.

Page 83

1  **has repaid me back much more than 400,000 during**
2  **that time period.**
3       **Q.      How much more?**
4       **A.      I don't know.**
5       Q.      I think over the years at some points
6  you have provided financial statements to the FDIC.
7  Do you recall doing that?
8       A.      Yes.
9       Q.      I think at one time you may have
10 reported that you had loaned JAMD more than
11 $800,000.  Would that be right?
12      **A.      Oh, yeah, I've loaned it much more than**
13 **that.  You're referring, I believe, to a statement**
14 **that they asked how much money was repaid back over**
15 **a period of time.  I gave them a printout from my**
16 **account to show how much JAMD had repaid me back**
17 **and/or I earned in salary.  And I think that amount**
18 **was over 800-and-some thousand.  That was only after**
19 **-- over -- it was a three- or four-year period.**
20      Q.      I want to talk about any accounts you
21 might have, bank accounts and so forth.  Can you
22 tell me, do you have -- do you have a checking
23 account right now?
24      A.      Yes.
25      Q.      And where is that at?

Case 13-20495-mkn    Doc 40-7    Entered 02/21/14 20:52:43    Page 20 of 20

Danny Tarkanian  -  6/5/2013
Federal Deposit Insurance Corporation, et al. vs. Danny Tarkanian, et al.

Page 112

```
 1                  CERTIFICATE OF REPORTER
 2
 3    STATE OF NEVADA      )
                           SS:
 4    COUNTY OF CLARK      )
 5
 6         I, Teri R. Ward, a duly commissioned Notary
      Public, Clark County, State of Nevada, do hereby
 7    certify:
 8         That I reported the taking of the deposition of
      the witness, DANNY TARKANIAN, commencing on
 9    Wednesday, June 5, 2013, at 8:41 a.m.;
10         That prior to being examined, the witness was
      by me duly sworn to testify to the truth; that I
11    thereafter transcribed my said shorthand notes into
      typewriting; and that the typewritten transcript of
12    said deposition is a complete, true and accurate
      transcription of said shorthand notes; that review
13    of the transcript was requested.
14         I further certify that I am not a relative,
      employee, or independent contractor of counsel of
15    any of the parties; nor a relative, employee, or
      independent contractor of the parties involved in
16    said action; nor do I have any other relationship
      with any of the parties or with counsel of any of
17    the parties involved in the action that may
      reasonably cause my impartiality to be questioned.
18
           IN WITNESS WHEREOF, I have hereunto set my hand
19    in my office in the County of Clark, State of
      Nevada, this _____ day of _____, 2013.
20
21
22
23         _____
           Teri R. Ward, CCR NO. 839
24
25
```

**Depo International, LLC**
**(702) 386-9322 or (800) 982-3299 info@depointernational.com**