TIMOTHY S. CORY, ESQ.
Nevada Bar #001972
DURHAM JONES & PINEGAR
10785 W. Twain, Suite 200
Las Vegas, Nevada 89135
(702) 870-6060
(702) 870-6090 (fax)
tcory@djplaw.com
*Attorneys for Debtors*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | BK-S-13-20495-MKN |
| DANIEL GEORGE JOHN TARKANIAN and AMY MICHELLE TARKANIAN, | Chapter 7 |
| Debtors. | Hearing Date: March 26, 2014<br>Hearing Time: 2:30 P.M. |

### **DECLARATION OF LOIS TARKANIAN IN SUPPORT OF OPPOSITION TO OBJECTION TO CLAIMS OF EXEMPTION**

I, Lois Tarkanian, hereby declare as follows:

1.   I have personal knowledge of the facts in this matter, and if called upon to testify, could and would do so.  I make this Declaration in support of the Opposition to Objection to Claims of Exemption filed by Creditor Federal Deposit Insurance Corporation as Receiver for La Jolla Bank, FSB in the above-captioned proceedings.

2.   My husband's health has been failing quite rapidly over the past several years because of a serious injury he sustained in 2009.  In April of 2012, he had a heart attack and aspirated causing his lungs to collapse.

3.   I, too, am in poor health.  I can no longer care physically for my husband, as I have been suffering from Lupus for a number of years.  More recently, I have been battling cancer.

SLC_195778.1


4. Because of my and my husband's age and our failing health, I have had multiple discussions with my husband and my children regarding the need to care for us. These discussions began in 2009.

5. The oldest son, Daniel, lives just behind our home. Our lots are not contiguous, but my husband and I purchased a walkway from our neighbor so that he and his family could walk directly from their backyard to our home.

6. My husband and I, as well as my children, have increasingly looked to Daniel for leadership and support as my husband and I age. Daniel and his family's close proximately to us is important because it allows them to quickly respond to our medical and other needs.

7. It gives our entire family great peace of mind to know that Daniel and his family live so close to us. Daniel checks on us at our home virtually every day and sometimes multiple times a day.

Pursuant to 11 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 12th day of March, 2014.

_____
Lois Tarkanian

SLC_195778.1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2014, I caused to be served a true and correct copy of DECLARATION OF LOIS TARKANIAN IN SUPPORT OF OPPOSITION TO OBJECTION TO CLAIMS OF EXEMPTION in the following manner:

[X]  **a.  Electronic Service**

Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced documents were electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

[ ]  **b.  United States Mail**

By depositing a copy of the above-referenced documents for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

[ ]  **c.  Personal Service:**

[ ] For a party represented by an attorney, delivery was made by handing the documents to the attorney or by leaving the documents at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents in a conspicuous place in the office.

[ ] For a party, delivery was made by handing the documents to the party or by leaving the documents at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]  **d.  By direct email:**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the documents to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]  **e.  By fax transmission:**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

LV_85416.1

1
2    [ ]    **f.**    **By messenger:**

3    I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

4    _____

5    **I declare under penalty of perjury that the foregoing is true and correct.**

6    Signed on:  March 12, 2014

7    */s/ Suzanne Alexander* .
An employee of Durham Jones & Pinegar

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24    LV_85416.1