Nossaman LLP
Janice Mock (pro hac vice)
jmock@nossaman.com
Allan H. Ickowitz (pro hac vice)
aickowitz@nossaman.com
S. Ashar Ahmed (pro hac vice)
aahmed@nossaman.com
Catherine F. Ngo (pro hac vice)
cngo@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

The Cooper Castle Law Firm LLP
Aaron M. Waite (NV 7947)
awaite@ccfirm.com
5275 S. Durango Dr.
Las Vegas, NV 89113
Telephone: 702.435.4175
Facsimile: 702.877.7424

Attorneys for Creditor
FEDERAL DEPOSIT INSURANCE CORPORATION,
as Receiver for LA JOLLA BANK, FSB

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE DANIEL GEORGE JOHN TARKANIAN AND AMY MICHELLE TARKANIAN,<br><br>Debtors. | Case No: 13-20495-mkn<br>Chapter 7<br><br>**CREDITOR'S LIST OF EXHIBITS AND EXHIBITS FOR TRIAL RE: OBJECTION TO HOMESTEAD EXEMPTION**<br><br>Date: May 1, 2014<br>Time: 9:30 a.m.<br>Courtroom: 2 (Third Floor)<br><br>Before Chief Judge Mike K. Nakagawa<br>300 Las Vegas Boulevard South<br>Las Vegas, Nevada |

286162_1

**CERTIFICATE OF SERVICE**

On April 28, 2014, I caused to be served the following document:

**CREDITOR'S LIST OF EXHIBITS AND EXHIBITS FOR TRIAL RE: OBJECTION TO HOMESTEAD EXEMPTION**

I served the above-named document by the following means to the persons listed below:

**Via ECF System:**

Timothy S. Cory, Esq.
Duane Gillman, Esq.
tcory@djplaw.com
dgillman@djplaw.com
Durham, Jones & Pinegar
10785 West Twain Avenue, Suite 200
Las Vegas Office, Nevada 89135
*Counsel for Debtor Daniel Tarkanian*

Zachariah Larson, Esq.
Matthew C. Zirzow, Esq.
zlarson@lzlawnv.com and
mzirzow@lzlawnv.com
Larson & Zirzow, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
*Counsel for Debtor Amy Tarkanian*

Jason A. Imes, Esq.
jimes@s-mlaw.com
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada 89146
*Counsel for Trustee*

I declare under penalty of perjury that the foregoing is true and correct.

_____/s/ Joy Morla_____
An employee of NOSSAMAN LLP

** Please leave the shaded areas blank for court personnel usage.

Hearing Date: May 1, 2014 at 9:30 AM                    MKN

| EXHIBITS | | Case Title: *In re Daniel George John Tarkanian and Amy Michelle Tarkanian*       BK-S:  13-20495-mkn      ADV: | | | |
|---|---|---|---|---|---|
| Offered | Admitted | Identification | | Description of Exhibits | Offers Objections Rulings Exception |
| | | # | Witness | | |
| | | 1. | | Declaration of Daniel Tarkanian (Dkt # 70, Case 13-20495), filed March 12, 2014 | |
| | | 2. | | Uniform Residential Loan Application dated May 15, 2005 | |
| | | 3. | | Adjustable Rate Note dated June 6, 2005 | |
| | | 4. | | Excerpts from Chicago Title Company Profile Report re 3008 Campbell Circle (authenticated per Stipulation) | |
| | | 5. | | Declaration of Homestead re 3008 Campbell Circle dated February 6, 2013 | |
| | | 6. | | Bank of America Statement re Payments on Loan No: 22154739 (3008 Campbell Circle) for 08/2005 – 04/2014 (authenticated per | |

286160_1

| EXHIBITS | | Case Title: *In re Daniel George John Tarkanian and Amy Michelle Tarkanian* BK-S: <u>13-20495-mkn</u> ADV: | | |
|---|---|---|---|---|
| Offered | Admitted | Identification | Description of Exhibits | Offers Objections Rulings Exception |
| | | # | Witness | | |
| | | | | Stipulation) | |
| | | 7. | | 7/9/12 WFB $220k Deposit - Tarkanian Acct. No. 6250665251 (Phoenix Life checks) (authenticated per Stipulation) | |
| | | 8. | | 7/10/12 WFB Statement and $225k Deposit & Withdrawal – JAMD LLC Account No. 9675306667 (authenticated per Stipulation) | |
| | | 9. | | 7/12/12 WFB $250k Withdrawal – JAMD LLC Acct. 9675306667 (authenticated per Stipulation) 7/12/12 WFB Deposit – Tarkanian Acct. 8583907640 $250k & $53,755 (authenticated per Stipulation) | |
| | | 10. | | 7/12/12 WFB $300k Withdrawal – Tarkanian Acct. No. 8583907640 | |

| EXHIBITS | | Case Title: *In re Daniel George John Tarkanian and Amy Michelle Tarkanian*    BK-S: <u>13-20495-mkn</u><br><br>ADV: | | |
|---|---|---|---|---|
| Offered | Admitted | Identification | | Description of Exhibits | Offers Objections Rulings Exception |
| | | # | Witness | | |
| | | | | and Cashier's Check payable to Bank of America for "Principal Reduction" (mortgage) (authenticated per Stipulation) | |
| | | 11. | | 7/27/12 WFB $50k Deposit – check from Tarkanian Basketball Academy to JAMD LLC Acct. No. 9675306667 (authenticated per Stipulation)<br><br>8/3/12 WFB $50k Withdrawal from JAMD 9675306667 and deposit to Tarkanian Acct. 8583907640 (authenticated per Stipulation)<br><br>8/3/12 WFB $50k Withdrawal from Tarkanian Acct. 8583907640 (authenticated per Stipulation) | |
| | | 12. | | 8/22 WFB check from JAMD LLC Acct. No. | |

| EXHIBITS | | Case Title: *In re Daniel George John Tarkanian and Amy Michelle Tarkanian*  BK-S:  <u>13-20495-mkn</u>  ADV: | | |
|---|---|---|---|---|
| Offered | Admitted | Identification | | Description of Exhibits | Offers Objections Rulings Exception |

| Offered | Admitted | # | Witness | Description of Exhibits | Offers Objections Rulings Exception |
|---|---|---|---|---|---|
| | | | | 9675306667 cashed by Danny Tarkanian and Cashier's check payable to Bank of America "for Principal Reduction" re "Loan # 022154739" (authenticated per Stipulation) | |
| | | 13. | | Cashier's Checks payable to Bank of America "Re: Danny Tarkanian / Principal Reduction" for Loan # 022154739-1, dated July 12, 2012 ($300,000), August 22, 2012 ($50,000) and August 3, 2012 ($50,000) (authenticated per Stipulation) | |
| | | 14. | | Personal Financial Statement of Danny Tarkanian, dated December 22, 2011 | |
| | | 15. | | Consumer Account Application dated | |

286160_1

| EXHIBITS | | Case Title: *In re Daniel George John Tarkanian and Amy Michelle Tarkanian* BK-S: <u>13-20495-mkn</u> ADV: | | |
|---|---|---|---|---|
| Offered | Admitted | Identification | Description of Exhibits | Offers Objections Rulings Exception |
| | | # | Witness | | |
| | | | | July 2, 2012 for Account 6250665251 for "Jerry & Lois Tarkanian Irrevocable Trust" and Daniel Tarkanian as Sole Trustee (authenticated per Stipulation) | |
| | | 16. | | Affidavit of Financial Condition of Danny Tarkanian, dated December 22, 2011 | |
| | | 17. | | Amy Tarkanian's Personal Financial Statement, dated December 22, 2011 | |
| | | 18. | | Amy Tarkanian's Affidavit of Financial Condition, dated December 22, 2011 | |
| | | 19. | | Judgment In A Civil Action (Case: 3:10-cv-00980, Dkt 108, filed May 22, 2012) | |

286160_1

| EXHIBITS | | Case Title: *In re Daniel George John Tarkanian and Amy Michelle Tarkanian*  BK-S: <u>13-20495-mkn</u>  ADV: | | |
|---|---|---|---|---|
| Offered | Admitted | Identification | Description of Exhibits | Offers Objections Rulings Exception |
| | | # | Witness | | |
| | | 20. | | Declaration of Jodie Diamant In Support of Opposition to Objection to Claims of Exemption (Dkt # 71, Case 13-20495), filed March 12, 2014 | |
| | | 21. | | Subpoena to James Main | |

Plaintiffs are to use Numbers
Defendants are to use Letters