TIMOTHY S. CORY, ESQ.
Nevada Bar #001972
DURHAM JONES & PINEGAR
10785 W. Twain, Suite 200
Las Vegas, Nevada 89135
(702) 870-6060
(702) 870-6090 (fax)
tcory@djplaw.com
*Attorneys for Debtors*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re )<br><br>DANIEL GEORGE JOHN TARKANIAN )<br>and )<br>AMY MICHELLE TARKANIAN, )<br><br>        Debtors. )<br>_____ ) | BK-S-13-20495-MKN<br>Chapter 7<br><br><br>Hearing Date: March 26, 2014<br>Hearing Time: 2:30 P.M. |

## DECLARATION OF DANIEL TARKANIAN IN SUPPORT OF OPPOSITION TO OBJECTION TO CLAIMS OF EXEMPTION

I, Daniel Tarkanian, hereby declare as follows:

1.    I have personal knowledge of the facts in this matter, and if called upon to testify, could and would do so.  I make this Declaration in support of the Opposition to Objection to Claims of Exemption filed by Creditor Federal Deposit Insurance Corporation as Receiver for La Jolla Bank, FSB ("FDIC-R") in the above-captioned proceedings.

2.    On December 19, 2013, I caused to be filed a petition in bankruptcy under Chapter 7 of the bankruptcy code.

3.    My father's health has been failing quite rapidly over the past several years because of a serious injury he sustained in 2009.  In April of 2012, he had a heart attack and aspirated causing his lungs to collapse.

SLC_195762.1





4.      My mother has been in poor health also and cannot care physically for my father as she has been suffering from Lupus for a number of years and more recently been battling cancer.

5.      My residence, located at 3008 Campbell Circle, Las Vegas, Nevada, is located just behind my parents' home. Although our backyards do not abut, my parents purchased a walkway from their neighbor so that my family and I could walk directly from our backyard to my parents' home. (Attached as Exhibit A are two maps from the Clark County Assessor's office showing the proximity of our homes.) This provides me the opportunity to quickly respond to their medical and other needs. In fact, I check on my parents at their home virtually every day and on some occasions multiple times a day. My wife and our four children are also able to stay in close contact with my parents because of the proximity of our homes.

6.      Because of my parents' age and failing health, I had multiple discussions with my parents and my siblings regarding the need to care for our parents. I am the oldest son of my parents' four children and my parents and siblings have increasingly looked to me for leadership and support—a role which I have welcomed.

7.      When my father suffered his heart attack in April of 2012, my wife and I realized we needed to take steps to remain in our residence in order to care for my parents. At that time we did not have any equity in our home and the loan on the property was an Adjustable Rate Mortgage ("ARM loan"), which was likely to substantially increase in monthly payments as interest rates increased.

8.      After consulting with family members, and nearly eighteen months prior to the ultimate filing of the instant bankruptcy, I caused approximately $398,701.92 to be paid toward the principal of the loan on my residence in the following amounts: (1) $300,000.00 on July 16, 2012, (2) $50,000.00 on August 30, 2012, and (3) $48,701.92 on September 13, 2012 ("Payments"). Prior to the Payments, we owed approximately $648,701.92 on our residence. The amount paid on the first mortgage was calculated to provide an estimated 80/20 loan to value ratio on the residence so that we could refinance the home and remain there to care for my

SLC_195762.1

1  parents. It was my understanding at the time of the Payments that an 80/20 loan to value ratio

2  was required to qualify for a new home loan. We applied for refinancing of the home mortgage

3  in 2012 and 2013, but were turned down. The Payments were in no way made to hinder, delay,

4  or defraud my creditors.    We knew when we made the Payments that we would not receive a

5  dollar for dollar increase in equity in our home. We did not make the Payments to acquire or

6  increase equity in our home; we made the Payments to enable us to remain, with our children, in

7  the home in order to care for my parents.

8         9.    It is generally acknowledged that the Las Vegas metropolitan area saw one of the

9  largest declines in real estate prices during what is now called the Great Recession, and the value

10  of my home was no exception to the decline.

11         10.    I purchased my residence in about June 2005, and I financed the purchase with an

12  ARM loan. At the time of the Payments, the home was underwater. I owed approximately

13  $648,701.92, and the property was valued at $342,369 by the Clark County Assessor's office for

14  the 2011-2012 tax year. (Attached as Exhibit B is a Notice of Value from the Clark County

15  Assessor's office for the 2011-2012 tax year.)

16         11.    I was deeply concerned that interest rates could rise and, in turn, the monthly

17  payments on my ARM loan would be beyond my ability to continue to make monthly payments.

18  If I lost my home to foreclosure, I would be unable to provide immediate care for my parents.

19         12.    FDIC-R has mischaracterized the Payments as a series of "complex financial

20  transactions" that were "carefully orchestrated" to increase the equity in my home.

21         13.    The money for the payments derived from different sources, virtually none of

22  which would have been available to my creditors.

23         14.    The first payment of $300,000.00 came from $50,000 I had access to and the

24  remaining $250,000 came from repayment of a loan from an entity called JAMD, LLC

25  ("JAMD").

26         15.    In 2002, JAMD commenced development of the Tarkanian Professional Center

27  located on the northeast corner of Warm Springs and Cimarron Road in Las Vegas. Over a

28

SLC_195762.1

1   period of twelve years, members of the Tarkanian family and its entities loaned JAMD over $2

2   million to pay for the construction. The loans were memorialized with promissory notes, and the

3   loans and repayments of loans were kept as part of the records of JAMD. (Attached as Exhibit C

4   are records showing loan and repayments.) On September 29, 2006, I made my first loan to

5   JAMD. Over the course of seven and a half years, I loaned JAMD $1,181,814.00 and was repaid

6   $1,428,000. (The repayments included interest at 5%). Approximately $984,900.00 in payments

7   were made to me prior to entry of the Judgment in California in favor of FDIC-R, and all of the

8   repayments were made prior to the FDIC registering the Judgment in Nevada on April 17, 2013.

9   (*See* Case No. 2:2:13-cv-760, Dkt. 1.)

10      16.     Therefore, the payments from JAMD were not unusual and certainly not

11  "complex financial transactions" that were "carefully orchestrated." Exhibit C shows numerous

12  payments to myself during the time preceding the Payments. It was the ordinary course of

13  conduct to loan money to JAMD as needed and to be repaid when those funds were needed by

14  the lender.

15      17.     The source of the $250,000.00 loan repayment from JAMD to me was as follows:

16  (1) $220,000.00 from a loan obtained from the Jerry and Lois Tarkanian Irrevocable Trust

17  ("Tarkanian Irrevocable Trust"), which amount represents two loans of $110,000.00 each from a

18  life insurance policy in the name of Jerry Tarkanian and another policy in the name of Lois

19  Tarkanian; and (2) $30,000.00 from the operating income of the Tarkanian Professional Center

20  and loans from others to JAMD. The primary asset of the Tarkanian Irrevocable Trust has

21  always been life insurance policies on my parents' lives. (Attached as Exhibit D is a Loan

22  History of some of the loans taken out on the insurance policy with Sun Life. Other loan

23  histories are attached to the Declaration of Janice Mock at Exhibit F (Dkt. 40-8, pp. 3-4)).

24      18.     The source of the other loan payments on August 30, 2012, ($50,000.00) and on

25  September 13, 2012, ($48,701.92) were also loan repayments from JAMD, which were from the

26  operating income of the Tarkanian Professional Center and loans from others to JAMD.

27

28

SLC_195762.1

19.    The amounts of the loan repayments from JAMD were not out of the ordinary. For example, JAMD repaid to myself $120,000.00 in one payment in 2008 and $175,000.00 in one payment in 2010. *See* Ex. C.

20.    Just as with the $220,000.00 loan in 2012 from the Tarkanian Irrevocable Trust to JAMD, the $175,000.00 in 2010 was another loan from the Tarkanian Irrevocable Trust to JAMD. *See* Ex. D.

21.    In the case of the 2010 payment, the money was used to pay off debt from my campaign for the United State Senate, and the 2012 payment was used to pay down my mortgage so that I could care for my parents.

22.    These types of transactions were not unusual for other family members. For example, over a six month period in 2011, JAMD repaid my parents over $242,000 to repair and retrofit their home for a handicap senior, and $82,000.00 of this was derived from a loan from the Tarkanian Irrevocable Trust. *See* Ex. D.

23.    While the loan payments from JAMD may seem uncommon for another business or when taken out of context, as FDIC-R has done, the loan repayments were not atypical for JAMD.

24.    In addition, the FDIC-R misrepresents to the Court the *status* of the money used to pay down the mortgage. At the time the Payments were made, the money used for the Payments was not subject to collection or execution by the FDIC. In fact, it wasn't until April 17, 2013, more than nine months after the first and largest Payment was made that the FDIC even registered the judgment in Nevada. Although, the District Court entered Summary Judgment in favor of the FDIC on May 26, 2012, a motion to reconsider the Judgment and an Appeal to the 9th Circuit Court were pending when the Payments were made.

25.    Furthermore, the FDIC-R mischaracterizes the timing of the payments. As mentioned above, the first and largest Payment occurred nine months before the FDIC-R registered the judgment in Nevada on April 17, 2013, and nineteen months prior to the petition date, December 19, 2013.

SLC_195762.1

1
2
3          Pursuant to 11 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true
4    and correct.
5          DATED this _____ day of March, 2014.
6
7                                                    _____
                                                     Daniel Tarkanian
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SLC_195762.1

Pursuant to 11 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 12th day of March, 2014.

Daniel Tarkanian

SLC_195762.1

# EXHIBIT A





Debtors' Parents' Residence

Debtors' Residence

# EXHIBIT B

THIS IS A NOTICE OF VALUE

| PARCEL NUMBER LOCATION ADDRESS 139-32-212-004 3008 CAMPBELL CIR | TAX DISTRICT 200 | Tax District where the parcel is located. |
|---|---|---|
| TAX YEAR PRIOR | TAX YEAR 2011-2012 | Prior tax year and the upcoming tax year. |
| TAXABLE VALUE 336,497 | TAXABLE VALUE 342,369 | Taxable value is the appraised value of the land plus the current replacement cost of the improvements, less depreciation, as determined by the Assessor. |
| ASSESSED VALUE | ASSESSED VALUE | Assessed value is 35% of the taxable value stated above. |
| LAND 42,000 | LAND 49,000 | Assessed land excludes improvements and personal property. |
| IMPROVEMENTS 75,774 | IMPROVEMENTS 70,829 | Assessed improvements are all existing buildings, houses, or other structures erected or built upon the land, and common element distributions if any. |
| PERSONAL PROPERTY 0 | PERSONAL PROPERTY 0 | Assessed personal property includes declared business personal property and any other items not considered real property, where applicable. |
| TOTAL ASSESSED VALUE 117,774 | TOTAL ASSESSED VALUE 119,829 | Total assessed value is the sum of land, improvements, and personal property. |
| EXEMPTION 0 | EXEMPTION 0 | Exemption is total exempt portion of assessed value for this parcel. |

# EXHIBIT C

**1/1/10-12/31/12**

**J.A.M.O., LLC**
**General Ledger**

| Date | Reference | Description | Current Amount |
|---|---|---|---|
| **21500 Loan Payable - DT** | | | |
| 4/26/2010 | 692 Danny Tarkanian | | 175,000.00 |
| 6/11/2010 | 586 Danny Tarkanian | | 10,000.00 |
| 7/14/2010 | 601 Danny Tarkanian | | 5,000.00 |
| 8/13/2010 | 411 Danny Tarkanian | | 25,000.00 |
| 8/19/2010 | 425 Danny Tarkanian | | 25,000.00 |
| 8/30/2010 | 2.08 Record August deposits- DT repay mistake | | (25,000.00) |
| 1/28/2011 | 826 Danny Tarkanian | | 5,000.00 |
| 2/23/2011 | 721 Danny Tarkanian | | 15,000.00 |
| 3/25/2011 | 743 Danny Tarkanian | | 5,000.00 |
| 4/22/2011 | 793 Danny Tarkanian | | 10,000.00 |
| 5/15/2011 | 813 Danny Tarkanian | | 10,000.00 |
| 6/1/2011 | 865 Danny Tarkanian | | 10,000.00 |
| 7/5/2011 | 923 Danny Tarkanian | | 10,000.00 |
| 8/1/2011 | 909 Danny Tarkanian | | 10,000.00 |
| 9/1/2011 | 1006 Danny Tarkanian | | 10,000.00 |
| 9/1/2011 | 1007 Danny Tarkanian | | 10,000.00 |
| 10/3/2011 | 1018 Danny Tarkanian | | 10,000.00 |
| 10/12/2011 | 1025 Danny Tarkanian | | 10,000.00 |
| 11/1/2011 | 1031 Danny Tarkanian | | 13,000.00 |
| 11/29/2011 | 1038 Danny Tarkanian | | 10,000.00 |
| 12/19/2011 | 1047 Danny Tarkanian | | 20,000.00 |
| 12/19/2011 | 1051 Danny Tarkanian | | 10,000.00 |
| 12/20/2011 | 1054 Danny Tarkanian | | 10,000.00 |
| 1/9/2012 | 1065 Danny Tarkanian | | 10,000.00 |
| 2/6/2012 | 1068 Danny Tarkanian | | 5,000.00 |
| 2/8/2012 | 1072 Danny Tarkanian | | 10,000.00 |
| 3/8/2012 | 1085 Danny Tarkanian | | 10,000.00 |
| 3/18/2012 | 1091 Danny Tarkanian | | 20,000.00 |
| 4/25/2012 | 1104 Danny Tarkanian | | 5,000.00 |
| 5/15/2012 | 1113 Danny Tarkanian | | 20,000.00 |
| 6/15/2012 | 1120 Danny Tarkanian | | 40,000.00 |
| 6/30/2012 | Electronic Transfer Danny Tarkanian | | 7,500.00 |
| 7/7/2012 | 1123 Danny Tarkanian | | 7,500.00 |
| 7/26/2012 | 1131 Danny Tarkanian | | 5,084.00 |
| 8/31/2012 | 1146 Danny Tarkanian | | 543,084.00   543,084.00 |

| | | | |
|---|---|---|---|
| **21972 Loan Payable DT2** | | | |
| 7/12/2012 | Electronic Transfer Danny Tarkanian | | 250,000.00 |
| 8/2/2012 | Electronic Transfer Danny Tarkanian | | 50,000.00 |
| 12/3/2012 | Electronic Transfer Danny Tarkanian | | 100.00 |
| 8/11/2012 | 1139 Danny Tarkanian | | 2,500.00 |
| 8/22/2012 | 1143 Danny Tarkanian | | 50,000.00 |
| 8/31/2012 | 1146 Danny Tarkanian | | 2,416.00 |
| 12/2/2012 | 1184 Danny Tarkanian Salary | | 500.00 |
| 12/2/2012 | 1182 Danny Tarkanian | | 2,500.00 |
| 12/31/2012 | 1002 Danny Tarkanian | | 5,000.00 |
| | | | 363,016.00   363,016.00 |

| | | | |
|---|---|---|---|
| **61400 Professional Fees** | | | |
| 12/31/2010 | 191 Danny Tarkanian | | 5,000.00 |
| 3/25/2011 | 743 Danny Tarkanian | | 5,000.00 |
| 11/29/2011 | 1038 Danny Tarkanian | | 7,000.00 |
| 4/4/2012 | 1096 Danny Tarkanian | | 7,500.00 |
| 5/1/2012 | 1108 Danny Tarkanian | | 7,500.00 |

| | | | |
|---|---|---|---|
| 6/5/2012 | 1116 Danny Tarkanian | 7,500.00 | |
| 7/6/2012 | 1125 Danny Tarkanian | 7,500.00 | |
| 7/26/2012 | 1132 Danny Tarkanian | 7,500.00 | |
| 8/31/2012 | 1146 Danny Tarkanian | 7,500.00 | |
| 12/3/2012 | 1185 Danny Tarkanian Salary | 7,412.50 | |
| | | 69,412.50 | 69,412.50 |

**62010 Management Fees**

| | | | |
|---|---|---|---|
| 4/4/2012 | 1096 Danny Tarkanian | 7,500.00 | |
| 5/1/2012 | 1108 Danny Tarkanian | 7,500.00 | |
| 6/5/2012 | 1116 Danny Tarkanian | 7,500.00 | |
| | | 22,500.00 | 22,500.00 |

**62310 Office Expenses**

| | | | |
|---|---|---|---|
| 4/13/2011 | 782 Danny Tarkanian-Reimb for credit card exp | 118.37 | |
| 4/5/2012 | 1100 Danny Tarkanian - Reimburse for Junior Achievement fund event | 250.00 | |
| | | 368.37 | 368.37 |
| | | | 998,380.87 |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Advertising | Amt of Exp. | Date of Exp. | Entity | Reason for Expense | Paid Back | | | |
| 2 | TFLP | 5,917 | 7/5/2006 | Sansone | Adv. Tenants | | | | |
| 3 | TFLP | 975 | 7/17/2005 | NAIOP | Membership | 975 | | | |
| 4 | TFLP | 21 | 1/26/2007 | Mercury | Printing | | | | |
| 5 | JAMD | 125 | 5/30/2007 | DT | Adv. Colliers | | | | |
| 6 | JAMD | 32 | 3/5/2008 | DT | misc. exp | | | | |
| 7 | | | | | | | | | |
| 8 | Total | 7,070 | | | | | | | |
| 9 | | | | | | | | | |
| 10 | Bank Fees | Amt of Exp. | Date of Exp. | Entity | Reason for Expense | Paid Back | | | |
| 11 | Tark, LLC | 10,000 | 11/7/2005 | Silver State | Appraisal | 10,000 | | | |
| 12 | TFLP | 1,169 | 3/6/2006 | Silver State | Bank Fees | | | | |
| 13 | TFLP | 1,600 | 0/12/05 | NV. First Bank | Line of credit | 1,600 | | | |
| 14 | TFLP | 1,600 | 9/25/2005 | NV. First Bank | Line of credit | 1,600 | | | |
| 15 | TFLP | 1,821 | 11/3/2005 | NV First Bank | Line of credit | 1,821 | | | |
| 16 | TFLP | 1,615 | 11/28/2005 | NV First Bank | Line of credit | 1,615 | | | |
| 17 | TFLP | 1,789 | 12/26/2005 | NV. First Bank | Line of credit | | | | |
| 18 | TFLP | 1,721 | 1/6/2006 | NV First Bank | Line of credit | | | | |
| 19 | Trust | 86,719 | 5/16/2007 | Chi Chi | Interest | | | | |
| 20 | JAMD | 84 | 1/25/2008 | Carla Governale | Fed Express loan papers | | | | |
| 21 | JAMD | 34,350 | 4/1/2008 | Stan Corp | Permanent bld #4 | | | | |
| 22 | JAMD | 34,350 | 5/20/2008 | Stan Corp | Permanent bld #4 | | | | |
| 23 | JAMD | 9,450 | 6/5/2008 | NSB | Appraisal | | | | |
| 24 | | | | | | | | | |
| 25 | Total | 142,468 | | | | | | | |
| 26 | | | | | | | | | |
| 27 | Permits & Taxes | Amt of Exp. | Date of Exp. | Entity | Reason for Expense | Paid Back | | | |
| 28 | Trust | 7,019 | 11/9/2006 | Bentar | Arch/Power tax | | | | |
| 29 | Tark, LLC | 15,600 | 1/25/2006 | CC Water Recl | Blding #2 | 15,600 | | | |
| 30 | Tark, LLC | 74,603 | 1/25/2006 | CC Blding Dept | Blding #2 | 74,603 | | | |
| 31 | Tark, LLC | 17,079 | 1/25/2006 | CC Blding Dept | Blding #4 | 17,079 | | | |
| 32 | DT | 81,346 | 11/10/2006 | Bentar | Build #1 Permit | | | | |
| 33 | TFLP | 1,000 | 6/9/2004 | Clark County | Drainage Fees | 1,000 | | | |
| 34 | TFLP | 98,888 | 12/13/2005 | LV Valley Water | Fees | 98,888 | | | |
| 35 | TFLP | 165 | 8/21/2006 | S. NV Health Dist | Fees | | | | |
| 36 | TFLP | 100 | 8/21/2006 | Clark County | Fees | | | | |
| 37 | TFLP | 300 | 8/29/2008 | Clark County | Fees | | | | |
| 38 | TFLP | 50 | 8/29/2006 | Clark County | Fees | | | | |
| 39 | TFLP | 109 | 8/29/2006 | Clark County Rec | Fees | | | | |
| 40 | TFLP | 44,000 | 8/29/2008 | Clark County | Fees | | | | |
| 41 | DT | 56,000 | 8/29/2006 | Clark County | Final Map | | | | |
| 42 | TFLP | 302 | 6/20/2005 | Clark County | Final Map | 302 | | | |
| 43 | TFLP | 350 | 1/6/2008 | LV Water Dist. | Fire Hydrant | | | | |
| 44 | TFLP | 500 | 1/6/2006 | LV Water Dist. | Fire Hydrant | | | | |
| 45 | TFLP | 102 | 12/14/2005 | Clark County. | FM Myler Sub | 102 | | | |
| 46 | JAMD | 800 | 1/31/2003 | Beasley | Impact Study | 800 | | | |
| 47 | Tark, LLC | 339 | 1/25/2006 | CC Blding Dept | Masoney Wall | 339 | | | |
| 48 | TFLP | 222 | 8/8/2005 | CC Health Dist | Permit | 222 | | | |
| 49 | Trust | 27,294 | 4/14/2005 | Clark County | Permit/Bond | 27,294 | | | |
| 50 | TFLP | 6,069 | 7/7/2005 | CC Dev. Serv | Plan Check | 6,069 | | | |
| 51 | TFLP | 6,234 | 7/7/2005 | CC. Dev. Serv | Plan Check | 6,234 | | | |
| 52 | TFLP | 945 | 7/7/2005 | CC. Dev. Serv | Plan Check | 945 | | | |
| 53 | TFLP | 600 | 10/8/2004 | Clark County | Plan Review | 600 | | | |
| 54 | TFLP | 300 | 10/8/2004 | NV. Power | Plan Review | 300 | | | |
| 55 | TFLP | 21,846 | 12/20/2005 | Clark County | Plans Check | 21,846 | | | |
| 56 | TFLP | 1,000 | 6/13/2006 | NV. Power | Power Appl. | 1,000 | | | |
| 57 | Tark, LLC | 50 | 1/25/2006 | CC Water Recl | Receipt | 50 | | | |
| 58 | TFLP | 50 | 6/20/2005 | NPEP | Review Fees | 50 | | | |
| 59 | TFLP | 402 | 8/12/2004 | Clark County | Site Review | 402 | | | |
| 60 | TFLP | 151 | 8/12/2004 | Div. Water Res. | Site Review | 151 | | | |
| 61 | TFLP | 101 | 8/12/2004 | Nv. Div. Env. Prot. | Site Review | 101 | | | |
| 62 | TFLP | 102 | 12/14/2005 | Clark County | Survey Sub. | 102 | | | |
| 63 | TFLP | 1,621 | 12/14/2005 | Clark County | Tortoise fee | 1,621 | | | |
| 64 | TFLP | 1,000 | 11/29/2004 | Clark County | Traffic Study | 1,000 | | | |
| 65 | Tark, LLC | 640 | 1/25/2006 | CC Blding Dept | Trash Encl. | 640 | | | |
| 66 | TFLP | 2,240 | 4/14/2005 | LVVVWater Dist | Water Review | 2,240 | | | |
| 67 | JAMD | 1,916 | 2/10/2003 | CC Planning | Zoning | 1,916 | | | |
| 68 | TFLP | 35,884 | 7/19/2006 | Chi Chi | Repay Loan for permits | | | | |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 69 | Trust | 6,483 | 5/1/2007 | CC Treasuer | Traffic Share | | | | |
| 70 | JAMD | 1,906 | 10/21/2008 | Bentar | Const permit fees | | | | |
| 71 | | | | | | | | | |
| 72 | | | | | | | | | |
| 73 | Total | 515,708 | 348,400 | NSB Reimb. | | 165,402 | | | |
| 74 | | | | | | | | | |
| 75 | Architect | Amt of Exp. | Date of Exp. | Entity | Reason for Expense | Paid Back | | | |
| 76 | TFLP | 1,500 | 12/17/2002 | Burke | Architect | 1,500 | | | |
| 77 | JAMD | 1,500 | 2/14/2003 | Burke | Architect | 1,500 | | | |
| 78 | JAMD | 500 | 5/26/2004 | H. Thompson | Architect | 500 | | | |
| 79 | TFLP | 4,000 | 8/31/2004 | Thompson | Architect | 4,000 | | | |
| 80 | TFLP | 5,374 | 12/4/2004 | Thompson | Architect | 5,374 | | | |
| 81 | TFLP | 100,000 | 1/12/2005 | Thompson | Architect | | | | |
| 82 | TFLP | 50,000 | 1/13/2006 | Thompson | Architect | | | | |
| 83 | TFLP | 162 | 5/31/2006 | Thompson | Architect | | | | |
| 84 | LT | 15,000 | 6/12/2006 | Thompson | Architect | | | | |
| 85 | Trust | 30,000 | 6/12/2006 | Thompson | Architect | | | | |
| 86 | Tark, LLC | 5,000 | 6/12/2006 | Thompson | Architect | | | | |
| 87 | Trust | 6,928 | 10/6/2006 | Thompson | Architect | | | | |
| 88 | TFLP | 387 | 12/12/2006 | KKE | Architect | | | | |
| 89 | TFLP | 304 | 12/12/2006 | KKE | Architect | | | | |
| 90 | TFLP | 93 | 5/17/2007 | KKE | Architect | | | | |
| 91 | TFLP | 51 | 6/27/2007 | KKE | Architect | | | | |
| 92 | DT | 84 | 8/28/2007 | SCA Design | Architect | | | | |
| 93 | DT | 54 | 8/28/2007 | KKE | Architect | | | | |
| 94 | JAMD | 23,794 | 9/24/2007 | KKE | Architect | | | | |
| 95 | | | | | | | | | |
| 96 | Total | 244,731 | 220,937 | NSB Reimbursment | | | | | |
| 97 | | | | | | | | | |
| 98 | Attorney Fees | Amt of Exp. | Date of Exp. | Entity | Reason for Expense | Paid Back | | | |
| 99 | TFLP | 1,562 | 11/27/2006 | Katz | Atty Fees | | | | |
| 100 | TFLP | 275 | 3/10/2006 | DT | Corp fees | | | | |
| 101 | TFLP | 1,065 | 3/27/2007 | Whitehead | Atty Fees | | | | |
| 102 | TFLP | 2,501 | 6/28/2007 | Erickson | Atty Fees | | | | |
| 103 | JAMD | 360 | 3/5/2008 | Kajioka | Nail Salon lawsuit | | | | |
| 104 | | | | | | | | | |
| 105 | | | | | | | | | |
| 106 | Total | 5,763 | | | | | | | |
| 107 | | | | | | | | | |
| 108 | Bonds | Amt of Exp. | Date of Exp. | Entity | Reason for Expense | Paid Back | | | |
| 109 | TFLP | 33,297 | 12/19/2005 | Leavitt Ins | Bond | | | | |
| 110 | DT | 50 | 12/12/2006 | Clark County | Bond permit | | | | |
| 111 | DT | 33,297 | 12/7/2007 | Leavitt Ins | Off-site Bond | | | | |
| 112 | JAMD | 5,461 | 4/4/2008 | Leavitt Ins | Off-site Bond | | | | |
| 113 | Total | 72,105 | | | | | | | |
| 114 | | | | | | | | | |
| 115 | Const. costs | Amt of Exp. | Date of Exp. | Entity | Reason for Expense | Paid Back | Reimbused by Bentar- $19,402 | | |
| 116 | DT | 17,821 | 9/6/2008 | Bentar | Dow | | | | |
| 117 | JT | 150,000 | 11/6/2008 | Bentar | Const. Costs | | | | |
| 118 | DT | 150,000 | 11/6/2008 | Bentar | Const. Costs | | | | |
| 119 | TFLP | 183,448 | 9/6/2008 | Bentar | Steal Purchase | | | | |
| 120 | DT | 100,000 | 9/6/2008 | Bentar | Steal Purchase | | | | |
| 121 | JAMD | 4,256 | 9/24/2007 | Const. Pro. Serv | Const. Costs | | | | |
| 122 | JAMD | 2,972 | 10/10/2007 | Able Lock & Key | Const. Costs | | | | |
| 123 | JAMD | 1,197 | 11/1/2007 | B & F Const | Const. Costs | | | | |
| 124 | JAMD | 17,301 | 11/10/2007 | Siemens | Security System | | | | |
| 125 | JAMD | 1,500 | 11/14/2007 | LMS | Air Condition for TI | | | | |
| 126 | JAMD | 17,495 | 11/14/2007 | LMS | Air Conditioning Syst. | | | | |
| 127 | JAMD | 7,775 | 12/6/2007 | Siemens | Security System | | | | |
| 128 | JAMD | 1,500 | 1/25/2008 | LMS | Air Cond. St. Rose | | | | |
| 129 | JAMD | 17,495 | 1/25/2008 | LMS | Air Conditioning Syst. | | | | |
| 130 | JAMD | 777 | 2/1/2008 | Prestige Plumbing | Air Cond. Problem | | | | |
| 131 | JAMD | 2,800 | 4/10/2008 | LV Advantage | Air conditiong system | | | | |
| 132 | | | | | | | | | |
| 133 | Total | 655,265 | | | | | | | |
| 134 | | | | | | | | | |
| 135 | Engineering | Amt of Exp. | Date of Exp. | Entity | Reason for Expense | Paid Back | | | |
| 136 | TFLP | 5,920 | 12/24/2002 | JHR Ass. | Engineering | 5,920 | | | |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 137 | JAMD | 2,693 | 1/10/2003 | JHR Ass. | Engineering | 2,693 | | | |
| 138 | Trust | 5,500 | 7/1/2004 | WRG Designs | Engineering | 5,500 | | | |
| 139 | LT Trust | 8,252 | 7/28/2004 | WRG Designs | Engineering | 8,252 | | | |
| 140 | TFLP | 14,111 | 8/31/2004 | WRG Designs | Engineering | 14,111 | | | |
| 141 | TFLP | 8,547 | 11/3/2004 | WRG Designs | Engineering | 8,548 | | | |
| 142 | TFLP | 26,967 | 1/4/2005 | WRG Designs | Engineering | 26,967 | | | |
| 143 | TFLP | 5,500 | 2/23/2005 | WRG Designs | Engineering | 5,500 | | | |
| 144 | TFLP | 13,369 | 2/23/2005 | WRG Designs | Engineering | 13,369 | | | |
| 145 | TFLP | 4,832 | 3/7/2005 | WRG Designs | Engineering | 4,832 | | | |
| 146 | TFLP | 9,200 | 3/7/2005 | WRG Designs | Engineering | 9,200 | | | |
| 147 | Trust | 5,082 | 4/18/2005 | WRG Designs | Engineering | 5,082 | | | |
| 148 | TFLP | 2,500 | 8/18/2005 | WRG Designs | Engineering | 2,500 | | | |
| 149 | TFLP | 3,558 | 8/18/2005 | WRG Designs | Engineering | 3,558 | | | |
| 150 | TFLP | 20,000 | 1/13/2006 | WRG Designs | Engineering | | | | |
| 151 | TFLP | 1,123 | 2/6/2006 | WRG Designs | Engineering | | | | |
| 152 | JAMD | 505 | 9/24/2007 | WRG Designs | Engineering | | | | |
| 153 | JAMD | 1,141 | 11/14/2007 | WRG Designs | Engineering | | | | |
| 154 | JAMD | 1,500 | 11/14/2007 | WRG Designs | Engineering | | | | |
| 155 | JAMD | 3,500 | 1/12/2008 | WRG Designs | Engineering | | | | |
| 156 | JAMD | 2,000 | 1/12/2008 | WRG Designs | Rec. of Survey | | | | |
| 157 | JAMD | 1,300 | 2/15/2008 | WRG Designs | Engineering | | | | |
| 158 | JAMD | 8,200 | 2/15/2008 | WRG Designs | Rec. of Survey | | | | |
| 159 | JAMD | 480 | 5/5/2008 | WRG Designs | Engineering | | | | |
| 160 | | | | | | | | | |
| 161 | | | | | | | | | |
| 162 | Total | 155,300 | | 137,154 NSB Reimbursement | | | | | |
| 163 | | | | | | | | | |
| 164 | Developer fee | Amt of Exp. | Date of Exp. | Entity | | Reason for Expense | Paid Back | | |
| 165 | JAMD | 25,000 | 4/18/2007 | DT | | Developer fee | | | |
| 166 | JAMD | 5,000 | 5/7/2007 | DT | | Developer fee | | | |
| 167 | JAMD | 30,000 | 6/1/2007 | DT | | Developer fee | | | |
| 168 | JAMD | 35,000 | 8/1/2007 | DT | | Developer fee | | | |
| 169 | JAMD | 10,000 | 1/25/2008 | DT | | Developer fee | | | |
| 170 | | | | | | | | | |
| 171 | | 105,000 | | | | | | | |
| 172 | Commissions | Amt of Exp. | Date of Exp. | Entity | | Reason for Expense | Paid Back | | |
| 173 | TFLP | 11,250 | 5/15/2007 | CBRE | | St. Rose- partial | | | |
| 174 | TFLP | 7,200 | 5/25/2007 | CBRE | | St. Rose- Balance | | | |
| 175 | JAMD | 21,954 | 9/12/2007 | Colliers | | Vanguard- half | | | |
| 176 | JAMD | 9,668 | 10/9/2007 | Colliers | | Dr. K- half | | | |
| 177 | JAMD | 11,354 | 10/10/2007 | LV Dev. | | Dunkin Donuts- half | | | |
| 178 | JAMD | 23,895 | 10/10/2007 | LV Dev. | | Indigo Joe's- half | | | |
| 179 | JAMD | 7,948 | 10/10/2007 | LV Dev. | | Platinum Dent- full | | | |
| 180 | JAMD | 238 | 11/13/2007 | LV Dev. | | Correct Ind. Joe's 1/2 | | | |
| 181 | JAMD | 1,500 | 12/6/2007 | Stacy-Sansone | | Kidz Rule Lease | | | |
| 182 | JAMD | 4,881 | 12/27/2007 | Colliers | | Symon 1/2 | | | |
| 183 | | | | | | | | | |
| 184 | | 138,444 | | | | | | | |
| 185 | | | | | | | | | |
| 186 | Property Taxes | Amt of Exp. | Date of Exp. | Entity | | Reason for Expense | Paid Back | | |
| 187 | TFLP | 40,667 | 7/31/2006 | CC Treasurer | | Prop. Taxes | | | |
| 188 | | | | | | | | | |
| 189 | | | | | | | | | |
| 190 | Tenant Improvemts | Amt of Exp. | Date of Exp. | Entity | | Reason for Expense | Paid Back | | |
| 191 | JAMD | 38,555.50 | 12/20/2008 | Indigo Joe's | | 25% TI | 38,555.50 | | |
| 192 | JAMD | 6,000 | 6/5/2008 | Vanguard | | Air Cond. System | 6,000 | | |
| 193 | JAMD | 2,591.41 | 2008 | SCA Design | | Dr. K architect | | | |
| 194 | JAMD | 2,099.25 | 7/7/2008 | Sansone | | Space planning | | | |
| 195 | | | | | | | | | |
| 196 | | | | | | | | | |
| 197 | | | | | | | | | |
| 198 | Misc. | Amt of Exp. | Date of Exp. | Entity | | Reason for Expense | Paid Back | | |
| 199 | JAMD | 2,234.14 | 8/12/2008 | Kevin Barry | | Art in building #2 | | | |
| 200 | JAMD | 356.65 | 8/30/2008 | Ad Images | | Car Port Identifications | | | |
| 201 | JAMD | 2,234.14 | 8/30/2008 | Kevin Barry | | Art in building #2 | | | |
| 202 | JAMD | 500 | 9/11/2008 | CC Comp Planning | | Zone Change | | | |
| 203 | JAMD | 689.38 | 9/15/2008 | HD Supply Fac. Main. | | trash holders | | | |
| 204 | JAMD | 292.08 | 9/22/2008 | Kidz Rule | | TI Const. Power bill | | | |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 205 | JAMD | 1,895.32 | 9/22/2008 | Interiorscapes | Blding #2 plants | | | | |
| 206 | JAMD | 3,900 | 9/24/2008 | Intrepid Iron | Cover Trash Enclosure | | | | |
| 207 | JAMD | 2,356 | 9/25/2008 | Sansone | Waste Containers | | | | |
| 208 | JAMD | 1,650 | 10/11/2008 | CC Comp Planning | Zone Change | | | | |
| 209 | JAMD | 734 | 10/21/2008 | Bentar | Const. power and water | | | | |
| 210 | JAMD | 2,500 | 11/3/2008 | Electromax | electrical for pylon | | | | |
| 211 | JAMD | 162 | 28-Dec | Ad Images | Tenants signs | | | | |
| 212 | JAMD | 407 | 5-Feb | Ad Images | Tenants signs | | | | |
| 213 | JAMD | 119 | 2/11/2009 | Patrick Signs | Dust sign | | | | |
| 214 | JAMD | 283 | 3/10/2009 | Progressive Wholesale | lighting fixtures MSF | | | | |
| 215 | Total | 20,312.91 | | | | | | | |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| TPC Loan Summary | Principal | Interest | Paid Back | Date | Add. Loan | | | | |
| TFLP- 5% | 20,000 | | | 2/15/2008 | | | | | |
| | 55,000 | | | 2/15/2008 | 35,000 | | | | |
| | 72,000 | | | | 17,000 | | | | |
| | 0 | 960 | 72,960 | 4/15/2008 | | | | | |
| | 75,000 | | | 12/22/2008 | 75,000 | | | | |
| | 90,000 | | | 8/11/2009 | 15,000 | | | | |
| | 93,750 | 3,750 | | 6/1/2010 | | | | | |
| | 119,141 | 391 | | 8/1/2010 | 25,000 | | | | |
| | 121,127 | 1,986 | | 1/1/2011 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| DT- 5% | 200,000 | | | 9/1/2007 | | | | | |
| | 248,333 | 3,333 | | 11/14/2007 | 45,000 | | | | |
| | 256,500 | 8,167 | | 4/15/2008 | | | | | |
| | 601,517 | 855 | 65,000 | 5/1/2008 | 344,162 | | | | |
| | 631,517 | | | 5/21/2008 | 30,000 | | | | |
| | 595,223 | 3,706 | 40,000 | 7/15/2008 | | | | | |
| | 646,463 | 1,240 | | 8/20/2008 | 50,000 | | | | |
| | 718,045 | 1,582 | | 9/15/2008 | 70,000 | | | | |
| | 743,045 | | | 9/28/2008 | 25,000 | | | | |
| | 834,158 | 1,113 | | 10/8/2008 | 100,000 | | | | |
| | 839,825 | 5,667 | | 12/1/2008 | | | | | |
| | 889,825 | | | 12/22/2008 | 50,000 | | | | |
| | 942,696 | 2,871 | | 12/25/2008 | 50,000 | | | | |
| | 822,696 | | 120,000 | 12/31/2008 | | | | | |
| | 851,698 | 4,002 | | 2/26/2009 | 25,000 | | | | |
| | 893,825 | 28,127 | | 3/7/2010 | 50,000 | | | | |
| | 758,604 | 3,779 | 175,000 | 4/15/2010 | | | | | |
| | 751,538 | 2,934 | 10,000 | 6/1/2010 | | | | | |
| | 748,465 | 1,927 | 5,000 | 7/1/2010 | | | | | |
| | 725,379 | 1,914 | 25,000 | 8/1/2010 | | | | | |
| | 727,649 | 7,270 | 5,000 | 1/1/2011 | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | | | | | | | | | | |
| 38 | | | | | | | | | | |
| 39 | | | | | | | | | | |
| 40 | | | | | | | | | | |
| 41 | | | | | | | | | | |
| 42 | Jerry and Lois Trust- 5% | | | | | | | | | |
| 43 | | 30,000 | | | 9/1/2008 | | | | | |
| 44 | | 30,600 | 600 | | 12/1/2008 | | | | | |
| 45 | | 0 | 204 | 30,804 | 1/1/2009 | | | | | |
| 46 | | 144,000 | | | 4/15/2010 | 144,000 | | | | |
| 47 | | 145,200 | 1,200 | | 6/15/2010 | | | | | |
| 48 | | 148,528 | 3,328 | | 1/1/2011 | | | | | |
| 49 | | | | | | | | | | |
| 50 | | | | | | | | | | |
| 51 | | | | | | | | | | |
| 52 | | | | | | | | | | |
| 53 | | | | | | | | | | |
| 54 | | | | | | | | | | |
| 55 | | | | | | | | | | |
| 56 | LT - 5% | | | | | | | | | |
| 57 | | 25,000 | | | 1/1/2008 | | | | | |
| 58 | | 145,000 | | | 1/15/2008 | 120,000 | | | | |
| 59 | | 151,948 | 6,948 | | 12/1/2008 | | 19,734 Carried over from Construction Loan | | | |
| 60 | | 172,315 | 633 | | 12/31/2008 | | | | | |
| 61 | | 179,880 | 12,565 | 5,000 | 5/15/2010 | | | | | |
| 62 | | 175,629 | 749 | $5,000 | 6/15/2010 | | | | | |
| 63 | | 170,995 | 366 | 5,000 | 7/1/2010 | | | | | |
| 64 | | 166,707 | 712 | 5,000 | 8/1/2010 | | | | | |
| 65 | | 163,096 | 1,389 | 5,000 | 10/1/2010 | | | | | |
| 66 | | 158,776 | 680 | 5,000 | 11/1/2010 | | | | | |
| 67 | | 154,438 | 662 | 5,000 | 12/1/2010 | | | | | |
| 68 | | 150,081 | 643 | 5,000 | 1/1/2011 | | | | | |
| 69 | | | | | | | | | | |
| 70 | | | | | | | | | | |
| 71 | Pam King | 45,407 | | | 5/1/2008 | | | | | |
| 72 | | | | | | | | | | |
| 73 | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 74 | | | | | | | | | | |
| 75 | Diamants | 73,005 | | | 5/1/2008 | | | | | |
| 76 | | | | | | | | | | |
| 77 | | | | | | | | | | |
| 78 | | | | | | | | | | |
| 79 | George | 18,270 | | | 5/1/2008 | | | | | |
| 80 | | | | | | | | | | |
| 81 | | | | | | | | | | |
| 82 | | | | | | | | | | |
| 83 | | | | | | | | | | |
| 84 | | | | | | | | | | |
| 85 | Jerry Tarkanian- 5% | 300,000 | | | 4/15/2008 | | | | | |
| 86 | | 299,250 | 1,250 | 2,000 | 5/15/2008 | | | | | |
| 87 | | 298,497 | 1,247 | 2,000 | 6/15/2008 | | | | | |
| 88 | | 297,741 | 1,244 | 2,000 | 7/15/2008 | | | | | |
| 89 | | 296,982 | 1,241 | 2,000 | 8/15/2008 | | | | | |
| 90 | | 296,219 | 1,237 | 2,000 | 9/15/2008 | | | | | |
| 91 | | 295,453 | 1,234 | 2,000 | 10/15/2008 | | | | | |
| 92 | | 294,684 | 1,231 | 2,000 | 11/15/2008 | | | | | |
| 93 | | 293,912 | 1,228 | 2,000 | 12/15/2008 | | | | | |
| 94 | | 293,137 | 1,225 | 2,000 | 1/15/2009 | | | | | |
| 95 | | 345,580 | 2,443 | | 3/16/2009 | 50,000 | | | | |
| 96 | | 360,739 | 20,159 | 5,000 | 5/15/2010 | | | | | |
| 97 | | **357,242** | **1,503** | **5,000** | **6/15/2010** | | | | | |
| 98 | | 353,731 | 1,489 | 5,000 | 7/1/2010 | | | | | |
| 99 | | 350,205 | 1,474 | 5,000 | 8/1/2010 | | | | | |
| 100 | | 346,664 | 1,459 | 5,000 | 9/1/2010 | | | | | |
| 101 | | 343,108 | 1,444 | 5,000 | 10/1/2010 | | | | | |
| 102 | | 339,537 | 1,429 | 5,000 | 11/1/2010 | | | | | |
| 103 | | **335,951** | **1,415** | **5,000** | **12/1/2010** | | | | | |
| 104 | | 332,351 | 1,400 | 5,000 | 1/1/2011 | | | | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | TPC Loan Summary | Principal | Interest | Paid Back | Date | Add. Loan |
| 2 | TFLP- | 121,127 | | | 1/1/2011 | |
| 3 | | 156,127 | | | 12/20/2011 | 35,000 |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | DT- | 722,649 | | 5,000 | 1/1/2011 | |
| 7 | | 717,649 | | 5,000 | 2/1/2011 | |
| 8 | | 702,649 | | 15,000 | 3/1/2011 | |
| 9 | | 692,649 | | 10,000 | 4/1/2011 | |
| 10 | | 682,649 | | 10,000 | 5/1/2011 | |
| 11 | | 672,649 | | 10,000 | 6/1/2011 | |
| 12 | | 662,649 | | 10,000 | 7/1/2011 | |
| 13 | | 652,649 | | 10,000 | 8/1/2011 | |
| 14 | | 642,649 | | 10,000 | 9/1/2011 | |
| 15 | | 632,649 | | 10,000 | 9/1/2011 | |
| 16 | | 622,649 | | 10,000 | 10/1/2011 | |
| 17 | | 612,649 | | 10,000 | 10/15/2011 | |
| 18 | | 592,649 | | 20,000 | 12/1/2011 | |
| 19 | | 582,649 | | 10,000 | 12/19/2011 | |
| 20 | | 562,649 | | 20,000 | 12/20/2011 | |
| 21 | | 552,649 | | 10,000 | 12/21/2011 | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | Jerry and Lois Trust- | 148,528 | | | 1/1/2011 | |
| 25 | | 230,837 | | | 2/15/2011 | 82,000 |
| 26 | | 231,318 | | | 3/1/2011 | |
| 27 | | 239,029 | | | 11/1/2011 | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | LT- | 154,438 | | 5,000 | 12/1/2010 | |
| 31 | | 149,438 | | 5,000 | 1/1/2011 | |
| 32 | | 144,438 | | 5,000 | 2/1/2011 | |
| 33 | | 131,938 | | 12,500 | 3/1/2011 | |
| 34 | | 119,438 | | 12,500 | 4/1/2011 | |
| 35 | | 106,938 | | 12,500 | 5/1/2011 | |
| 36 | | 94,438 | | 12,500 | 6/1/2011 | |
| 37 | | 81,938 | | 12,500 | 7/1/2011 | |
| 38 | | 41,938 | | 40,000 | 11/1/2011 | |
| 39 | | 31,938 | | 10,000 | 12/19/2011 | |
| 40 | | 21,938 | | 10,000 | 12/20/2011 | |
| 41 | | | | | | |
| 42 | | | | | | |
| 43 | | | | | | |
| 44 | Jerry Tarkanian- | 335,951 | | 5,000 | 12/1/2010 | |
| 45 | | 330,951 | | 5,000 | 1/1/2011 | |
| 46 | | 320,951 | | 10,000 | 2/1/2011 | |
| 47 | | 290,951 | | 30,000 | 3/1/2011 | |
| 48 | | 260,951 | | 30,000 | 4/1/2011 | |
| 49 | | 230,951 | | 30,000 | 5/1/2011 | |
| 50 | | 200,951 | | 30,000 | 6/1/2011 | |
| 51 | | 170,951 | | 30,000 | 7/1/2011 | |
| 52 | | 140,951 | | 30,000 | 8/1/2011 | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 53 | | 133,451 | | 7,500 | 9/1/2011 | |
| 54 | | 118,451 | | 15,000 | 10/1/2011 | |
| 55 | | 98,451 | | 20,000 | 11/1/2011 | |
| 56 | | 88,451 | | 10,000 | 12/1/2011 | |
| 57 | | 68,451 | | 20,000 | 12/15/2011 | |
| 58 | | 78,451 | | 10,000 | 12/19/2011 | |
| 59 | | 68,451 | | 10,000 | 12/20/2011 | |
| 60 | | | | | | |
| 61 | | | | | | |
| 62 | Mike Brown- | 10,000 | | | 2/10/2011 | |
| 63 | | 25,000 | | | 6/1/2011 | 15,000 |
| 64 | | | | | | |
| 65 | | | | | | |
| 66 | | | | | | |
| 67 | | | | | | |
| 68 | | | | | | |
| 69 | | | | | | |
| 70 | Pam Tarkanian- | 5,000 | | | 4/1/2011 | |
| 71 | | 10,000 | | | 6/1/2011 | 5,000 |
| 72 | | 20,000 | | | 8/1/2011 | 10,000 |
| 73 | | | | | | |
| 74 | | | | | | |
| 75 | | | | | | |
| 76 | Lois Tarkanian Irr. Trust - | 40,000 | | | 4/1/2011 | |
| 77 | | 35,000 | | 5,000 | 11/1/2011 | |
| 78 | | | | | | |
| 79 | | | | | | |
| 80 | | | | | | |
| 81 | | | | | | |
| 82 | | | | | | |
| 83 | Pete Zopolos- | 15,000 | | | 2/15/2011 | 15,000 |
| 84 | | 35,000 | | | 4/1/2011 | 20,000 |
| 85 | | 45,000 | | | 7/1/2011 | 10,000 |
| 86 | | 60,000 | | | 8/1/2011 | 15,000 |
| 87 | | 72,000 | | | 9/1/2011 | 12,000 |
| 88 | | 82,000 | | | 10/15/2011 | 10,000 |
| 89 | | | | | | |
| 90 | | | | | | |
| 91 | | | | | | |
| 92 | | | | | | |
| 93 | Mike Toney- | 20,000 | | | 3/15/2011 | |
| 94 | | 45,000 | | | 5/1/2011 | 25,000 |
| 95 | | 70,000 | | | 8/1/2011 | 25,000 |
| 96 | | 82,500 | | | 11/15/2011 | 12,500 |
| 97 | | | | | | |
| 98 | | | | | | |
| 99 | Pam King- | 45,407 | | | 5/1/2008 | |
| 100 | | | | | | |
| 101 | | | | | | |
| 102 | | | | | | |
| 103 | Diamants - | 73,005 | | | 5/1/2008 | |

|     | A       | B      | C | D | E        | F |
|-----|---------|--------|---|---|----------|---|
| 104 |         |        |   |   |          |   |
| 105 |         |        |   |   |          |   |
| 106 |         |        |   |   |          |   |
| 107 | George  | 18,270 |   |   | 5/1/2008 |   |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | TPC Loan Summary | Principal | Interest | Paid Back | Date | Add. Loan |
| 2 | TFLP- | 162,183 | 6,056 | | 12/20/2011 | 35,000 |
| 3 | | 161,440 | 6,758 | 7,500 | 11/1/2012 | |
| 4 | | 159,613 | 673 | 2,500 | 12/3/2012 | |
| 5 | | **160,278** | **665** | | **12/31/2012** | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | DT- | 552,649 | | 10,000 | 12/21/2011 | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | Jerry and Lois Trust- | 239,029 | | | 11/1/2011 | |
| 12 | | 468,989 | 9,960 | | 9/1/2012 | 220,000 |
| 13 | | **474,851** | **5,862** | | **12/31/2012** | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | LT- | 21,938 | | 10,000 | 12/20/2011 | |
| 17 | | 2,167 | 229 | 20,000 | 3/7/2012 | |
| 18 | | 2,257 | 90 | | 12/31/2012 | |
| 19 | | | | | | |
| 20 | Jerry Tarkanian- | 68,451 | | 10,000 | 12/20/2011 | |
| 21 | | 61,018 | 2,567 | 10,000 | 9/25/2012 | |
| 22 | | 54,026 | 508 | 7,500 | 12/3/2012 | |
| 23 | | 54,251 | 225 | | 12/31/2012 | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | Mike Brown- | 25,208 | 208 | | 6/1/2011 | 15,000 |
| 27 | | 31,678 | 1,470 | | 8/1/2012 | 5,000 |
| 28 | | 36,810 | 132 | | 9/1/2012 | 5,000 |
| 29 | | 37,423 | 613 | | 12/31/2012 | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | Pam Tarkanian- | 20,126 | 84 | | 8/1/2011 | 10,000 |
| 34 | | 20,545 | 419 | | 12/31/2012 | |
| 35 | | | | | | |
| 36 | | | | | | |
| 37 | Lois Tarkanian Irr. Trust - | 35,000 | | 5,000 | 11/1/2011 | |
| 38 | | 30,438 | 438 | 5,000 | 2/8/2012 | |
| 39 | | 26,580 | 1,141 | 5,000 | 11/1/2012 | |
| 40 | | 26,801 | 221 | | 12/31/2012 | |
| 41 | | | | | | |
| 42 | | | | | | |
| 43 | TBA | 40,000 | | | 6/30/2012 | |
| 44 | | 90,167 | 167 | | 8/1/2012 | 50,000 |
| 45 | | 111,294 | 1,127 | | 11/1/2012 | 20,000 |
| 46 | | 112,221 | 927 | | 12/31/2012 | |
| 47 | | | | | | |
| 48 | | | | | | |
| 49 | | | | | | |
| 50 | Pete Zopolos- | 83,432 | 456 | | 10/15/2011 | 10,000 |
| 51 | | 99,301 | 869 | | 1/3/2012 | 15,000 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 52 | | 110,129 | 827 | | 3/1/2012 | 10,000 |
| 53 | | 127,423 | 2,294 | | 8/1/2012 | 15,000 |
| 54 | | 149,016 | 1,593 | | 11/1/2012 | 20,000 |
| 55 | | 159,636 | 620 | | 12/1/2012 | 10,000 |
| 56 | | 160,301 | 665 | | 12/31/2012 | |
| 57 | | | | | | |
| 58 | | | | | | |
| 59 | Mike Toney- | 84,305 | 1,032 | | 11/15/2011 | 12,500 |
| 60 | | 84,832 | 527 | | 12/31/2012 | |
| 61 | | | | | | |
| 62 | | | | | | |
| 63 | Pam King- | 45,407 | | | 5/1/2008 | |
| 64 | | | | | | |
| 65 | | | | | | |
| 66 | | | | | | |
| 67 | Diamants - | 73,005 | | | 5/1/2008 | |
| 68 | | | | | | |
| 69 | | | | | | |
| 70 | | | | | | |
| 71 | George | 18,270 | | | 5/1/2008 | |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | TPC Loan Summary- 2013 | Principal | Interest | Paid Back | Date | Add. Loan |
| 2 | Danny Tarkanian | 1,146 | | 1,146 | 1/1/2013 | |
| 3 | | 0 | 15 | 1,161 | 4/1/2013 | |
| 4 | | | | | | |
| 5 | TFLP | 160,278 | | | 1/1/2013 | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | Jerry and Lois Trust- | 474,851 | | | 1/1/2013 | |
| 9 | | 469,319 | 2,968 | 8,500 | 2/14/2013 | |
| 10 | | 470,274 | 1,955 | 1,000 | 10/8/2013 | |
| 11 | | 72,134 | 1,860 | 400,000 | 11/8/2013 | |
| 12 | | 0 | 150 | 72,284 | 11/23/2013 | |
| 13 | | | | | | |
| 14 | JT | 54,251 | | | 1/1/2013 | |
| 15 | | 46,751 | | 7,500 | 1/3/2013 | |
| 16 | | 39,251 | | 7,500 | 1/14/2013 | |
| 17 | | 31,751 | | 7,500 | 2/1/2013 | |
| 18 | | 24,251 | | 7,500 | 3/1/2013 | |
| 19 | | 16,751 | | 7,500 | 4/1/2013 | |
| 20 | | | | | | |
| 21 | LT | 2,257 | | 2,257 | 1/1/2013 | |
| 22 | | 0 | 28 | 2,285 | 4/1/2013 | |
| 23 | | | | | | |
| 24 | Mike Brown- | 37,423 | | | 1/1/2013 | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | Pam Tarkanian- | 20,545 | | | 1/1/2013 | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | Lois Tarkanian Irr. Trust - | 27,967 | | | 1/1/2013 | |
| 31 | | | | 5,000 | 10/1/2013 | |
| 32 | | | | 5,000 | 10/31/2013 | |
| 33 | | | | | | |
| 34 | TBA | 112,221 | | | 1/1/2013 | |
| 35 | | | | | | |
| 36 | | | | | | |
| 37 | Pete Zopolos- | 160,301 | | | 1/1/2013 | |
| 38 | | | | | | |
| 39 | | | | | | |
| 40 | Mike Toney- | 84,832 | | | 1/1/2013 | |
| 41 | | | | | | |
| 42 | | | | | | |
| 43 | Pam Tarkanian | 45,407 | | | 5/1/2008 | |
| 44 | | | | | | |
| 45 | | | | | | |
| 46 | Jodie Diamant | 73,005 | | | 5/1/2008 | |

|    | A | B | C | D | E | F |
|----|---|---|---|---|---|---|
| 47 |  |  |  |  |  |  |
| 48 |  |  |  |  |  |  |
| 49 | George Tarkanian | 18,270 |  |  | 5/1/2008 |  |
| 50 |  |  |  |  |  |  |
| 51 | Tark, LLC | 635,000 |  |  | 11/7/2013 |  |
| 52 |  |  |  | 35,000 | 12/23/2013 |  |
| 53 |  |  |  |  |  |  |
| 54 |  |  |  |  |  |  |
| 55 |  |  |  |  |  |  |
| 56 | Total |  |  |  |  |  |

# EXHIBIT D

Case 13-20495-mkn    Doc 70    Entered 03/12/14 23:56:26    Page 31 of 33

## Loan History

**Policy Number:** ███████████████

**Insured:** Jerry and Lois Tarkanian

**Owner:** The Jerry and Lois Tarkanian 1992 Irrevocable Trust

**History Duration:** October 26, 2009 to October 29, 2013

| Date | Transaction | Debit | Credit | Balance |
|---|---|---|---|---|
| | Balance as of 10/26/09 | $41,419.30 | | $41,419.30 |
| 26-Oct-09 | Automatic Premium Loan | $14,087.98 | | $55,507.28 |
| 14-Jan-10 | Loan Advance | $20,000.00 | | $75,507.28 |
| 20-Mar-10 | Loan Advance | $200,000.00 | | $275,507.28 |
| 17-Aug-10 | Loan Advance | $100,000.00 | | $375,507.28 |
| 26-Oct-10 | Interest Added | $11,911.44 | | $387,418.72 |
| 26-Oct-10 | Automatic Premium Loan | $16,457.57 | | $403,876.29 |
| 26-Oct-11 | Interest Added | $20,395.75 | | $424,272.04 |
| 26-Oct-12 | Interest Added | $21,425.74 | | $445,697.78 |
| 2-Nov-12 | Repayment | | $20,935.00 | $424,782.78 |
| 26-Oct-13 | Interest Added | $21,258.21 | | $446,020.99 |
| | Interest as of 10/28/13 | $122.21 | | $446,143.20 |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2014, I caused to be served a true and correct copy of

DECLARATION OF DANIEL TARKANIAN IN SUPPORT OF OPPOSITION TO OBJECTION TO

CLAIMS OF EXEMPTION in the following manner:

[X]    **a.    Electronic Service**

Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced documents were electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

[ ]    **b.    United States Mail**

By depositing a copy of the above-referenced documents for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

[ ]    **c.    Personal Service:**

[ ] For a party represented by an attorney, delivery was made by handing the documents to the attorney or by leaving the documents at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents in a conspicuous place in the office.

[ ] For a party, delivery was made by handing the documents to the party or by leaving the documents at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]    **d.    By direct email:**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the documents to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]    **e.    By fax transmission:**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

LV_85416.1

[ ]   f.   **By messenger:**

I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: March 12, 2014

*/s/ Suzanne Alexander*
An employee of Durham Jones & Pinegar

LV_85416.1