CRPRCHRBS13a          4/9/2014 3:03:20 PM    PAGE    2/008      888-294-5658

C3_1632 LNHISTF 15013 04/24/2012

**Bank of America**
**Home Loans**

P.O. Box 5170
Simi Valley, CA 93062-5170

DANNY TARKANIAN
3008 CAMPBELL CIR
LAS VEGAS, NV 89107

**Notice Date:** 04/09/2014

**Loan No.:** Redacted

**Property Address:**
3008 CAMPBELL CIR
LAS VEGAS, NV 89107

## IMPORTANT MESSAGE ABOUT YOUR HOME LOAN

Enclosed is the loan history statement you requested that provides a detailed outline of transactions for the above-referenced loan number. This statement provides a history or information on payments we have received from you, servicing expenses we have paid to third parties, tax and insurance payments paid on your behalf, and any late charges assessed and paid.

## THANK YOU

If you have any questions, please call us at 1-800-437-5760, Monday-Friday 7a.m. to 7p.m. Local Time.

We appreciate the opportunity to serve your home loan needs.




This communication is from Bank of America, N.A., the servicer of your home loan

#7

```
CRPRCHRBS13a                                4/9/2014 3:03:20 PM   PAGE   3/008    888-294-5658
```

**Bank of America**
**Home Loans**

Page 4

Loan Number: Redacted
Statement Period: 08/2005 - 04/2014
Date Prepared: 04/09/2014

Property Address:
3008 CAMPBELL CIR
LAS VEGAS, NV 89107

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Beginning Balance** | | | 647,999.99 | | .00 | | | | .00 |
| 12/10/2005 | INT ESCROW SETUP | 1,181.99 | 12/2008 | .00<br>647,999.99 | .00 | 1,181.99<br>1,181.99 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 12/22/2008 | COUNTY TAX PMT | -1,088.12 | 12/2008 | .00<br>647,999.99 | .00 | -1,088.12<br>93.87 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 12/24/2008 | REGULAR PAYMENT | 3,698.88 | 01/2009 | .00<br>647,999.99 | 3,105.00 | 593.88<br>687.75 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 01/26/2009 | REGULAR PAYMENT | 3,698.88 | 02/2009 | .00<br>647,999.99 | 3,105.00 | 593.88<br>1,281.63 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 02/25/2009 | COUNTY TAX PMT | -1,088.12 | 02/2009 | .00<br>647,999.99 | .00 | -1,088.12<br>193.51 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 03/06/2009 | REGULAR PAYMENT | 3,801.23 | 03/2009 | .00<br>647,999.99 | 3,105.00 | 696.23<br>889.74 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 03/27/2009 | REGULAR PAYMENT | 3,801.23 | 04/2009 | .00<br>647,999.99 | 3,105.00 | 696.23<br>1,585.97 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 04/23/2009 | REGULAR PAYMENT | 3,801.23 | 05/2009 | .00<br>647,999.99 | 3,105.00 | 696.23<br>2,282.20 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 05/15/2009 | REGULAR PAYMENT | 3,801.23 | 06/2009 | .00<br>647,999.99 | 3,105.00 | 696.23<br>2,978.43 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 08/11/2009 | COUNTY TAX PMT | -1,120.75 | 06/2009 | .00<br>647,999.99 | .00 | -1,120.75<br>1,857.68 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 08/12/2009 | REGULAR PAYMENT | 3,801.23 | 07/2009 | .00<br>647,999.99 | 3,105.00 | 696.23<br>2,553.91 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 08/12/2009 | REGULAR PAYMENT | 3,801.23 | 08/2009 | .00<br>647,999.99 | 3,105.00 | 696.23<br>3,250.14 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/08/2009 | REGULAR PAYMENT | 3,801.23 | 09/2009 | .00<br>647,999.99 | 3,105.00 | 696.23<br>3,946.37 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/11/2009 | MISC POSTING | -43.52 | 09/2009 | .00<br>647,999.99 | .00 | -43.52<br>3,902.85 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/11/2009 | ESCROW SHORTAGE | 43.52 | 09/2009 | .00<br>647,999.99 | .00 | 43.52<br>3,946.37 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/29/2009 | HAZARD INS PMT | -2,518.97 | 09/2009 | .00<br>647,999.99 | .00 | -2,518.97<br>1,427.40 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/30/2009 | COUNTY TAX PMT | -1,120.76 | 09/2009 | .00<br>647,999.99 | .00 | -1,120.76<br>306.64 | .00 | .00 | .00<br>.00 | .00<br>.00 |

**Bank of America**
**Home Loans**

CRPRCHRBS13a                4/9/2014 3:03:20 PM    PAGE    4/008    888-294-5658

Page 5

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/02/2009 | REGULAR PAYMENT | 3,801.23 | 10/2009 | .00<br>647,999.99 | 3,105.00 | 696.23<br>1,002.87 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 10/22/2009 | REGULAR PAYMENT | 3,665.70 | 11/2009 | .00<br>647,999.99 | 3,105.00 | 560.70<br>1,563.57 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 12/11/2009 | REGULAR PAYMENT | 3,665.70 | 12/2009 | .00<br>647,999.99 | 3,105.00 | 560.70<br>2,124.27 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 12/24/2009 | COUNTY TAX PMT | -1,120.76 | 12/2009 | .00<br>647,999.99 | .00 | -1,120.76<br>1,003.51 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 12/30/2009 | REGULAR PAYMENT | 3,665.70 | 01/2010 | .00<br>647,999.99 | 3,105.00 | 560.70<br>1,564.21 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 02/08/2010 | REGULAR PAYMENT | 3,665.70 | 02/2010 | .00<br>647,999.99 | 3,105.00 | 560.70<br>2,124.91 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 02/23/2010 | COUNTY TAX PMT | -1,120.76 | 02/2010 | .00<br>647,999.99 | .00 | -1,120.76<br>1,004.15 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 03/15/2010 | REGULAR PAYMENT | 3,665.70 | 03/2010 | .00<br>647,999.99 | 3,105.00 | 560.70<br>1,564.85 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 04/02/2010 | REGULAR PAYMENT | 3,665.70 | 04/2010 | .00<br>647,999.99 | 3,105.00 | 560.70<br>2,125.55 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 05/10/2010 | REGULAR PAYMENT | 3,665.70 | 05/2010 | .00<br>647,999.99 | 3,105.00 | 560.70<br>2,686.25 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 06/01/2010 | REGULAR PAYMENT | 3,665.70 | 06/2010 | .00<br>647,999.99 | 3,105.00 | 560.70<br>3,246.95 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 07/06/2010 | REGULAR PAYMENT | 3,665.70 | 07/2010 | .00<br>647,999.99 | 3,105.00 | 560.70<br>3,807.65 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 07/30/2010 | REGULAR PAYMENT | 2,113.20 | 08/2010 | .00<br>647,999.99 | 1,552.50 | 560.70<br>4,368.35 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 08/12/2010 | COUNTY TAX PMT | -967.69 | 08/2010 | .00<br>647,999.99 | .00 | -967.69<br>3,400.66 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/10/2010 | REGULAR PAYMENT | 2,113.20 | 09/2010 | .00<br>647,999.99 | 1,552.50 | 560.70<br>3,961.36 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/28/2010 | COUNTY TAX PMT | -967.69 | 09/2010 | .00<br>647,999.99 | .00 | -967.69<br>2,993.67 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/28/2010 | HAZARD INS PMT | -2,785.65 | 09/2010 | .00<br>647,999.99 | .00 | -2,785.65<br>208.02 | .00 | .00 | .00<br>.00 | .00<br>.00 |

**Bank of America**
**Home Loans**

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/29/2010 | REGULAR PAYMENT | 2,113.20 | 10/2010 | .00 647,999.99 | 1,552.50 | 560.70 768.72 | .00 | .00 | .00 -77.63 | .00 .00 |
| 11/29/2010 | REGULAR PAYMENT | 2,144.47 | 11/2010 | .00 647,999.99 | 1,552.50 | 591.97 1,360.69 | .00 | .00 | .00 -155.26 | .00 .00 |
| 11/29/2010 | REGULAR PAYMENT | 2,175.74 | 12/2010 | .00 647,999.99 | 1,552.50 | 591.97 1,952.66 | .00 | .00 | 31.27 -123.99 | .00 .00 |
| 12/02/2010 | Waive/Adj LateChg | 77.63 | 12/2010 | .00 647,999.99 | .00 | .00 1,952.66 | .00 | .00 | 77.63 -46.36 | .00 .00 |
| 12/02/2010 | Waive/Adj LateChg | 46.36 | 12/2010 | .00 647,999.99 | .00 | .00 1,952.66 | .00 | .00 | 46.36 .00 | .00 .00 |
| 12/21/2010 | COUNTY TAX PMT | -967.69 | 12/2010 | .00 647,999.99 | .00 | -967.69 984.97 | .00 | .00 | .00 .00 | .00 .00 |
| 01/19/2011 | REGULAR PAYMENT | 2,144.47 | 01/2011 | .00 647,999.99 | 1,552.50 | 591.97 1,576.94 | .00 | .00 | .00 -77.63 | .00 .00 |
| 02/04/2011 | PAYMENT REVERSAL | -2,144.47 | 12/2010 | .00 647,999.99 | -1,552.50 | -591.97 984.97 | .00 | .00 | .00 .00 | .00 .00 |
| 02/04/2011 | REGULAR PAYMENT | 2,076.97 | 01/2011 | .00 647,999.99 | 1,552.50 | 524.47 1,509.44 | .00 | .00 | .00 .00 | .00 .00 |
| 02/04/2011 | REGULAR PAYMENT | 2,144.47 | 02/2011 | .00 647,999.99 | 1,485.00 | 659.47 2,168.91 | .00 | .00 | .00 .00 | .00 .00 |
| 02/24/2011 | COUNTY TAX PMT | -967.69 | 02/2011 | .00 647,999.99 | .00 | -967.69 1,201.22 | .00 | .00 | .00 .00 | .00 .00 |
| 03/04/2011 | REGULAR PAYMENT | 2,076.97 | 03/2011 | .00 647,999.99 | 1,485.00 | 591.97 1,793.19 | .00 | .00 | .00 .00 | .00 .00 |
| 03/28/2011 | REGULAR PAYMENT | 2,076.97 | 04/2011 | .00 647,999.99 | 1,485.00 | 591.97 2,385.16 | .00 | .00 | .00 .00 | .00 .00 |
| 04/29/2011 | REGULAR PAYMENT | 2,076.97 | 05/2011 | .00 647,999.99 | 1,485.00 | 591.97 2,977.13 | .00 | .00 | .00 .00 | .00 .00 |
| 05/25/2011 | REGULAR PAYMENT | 2,076.97 | 06/2011 | .00 647,999.99 | 1,485.00 | 591.97 3,569.10 | .00 | .00 | .00 .00 | .00 .00 |
| 06/30/2011 | REGULAR PAYMENT | 2,076.97 | 07/2011 | .00 647,999.99 | 1,485.00 | 591.97 4,161.07 | .00 | .00 | .00 .00 | .00 .00 |
| 07/28/2011 | COUNTY TAX PMT | -1,220.64 | 07/2011 | .00 647,999.99 | .00 | -1,220.64 2,940.43 | .00 | .00 | .00 .00 | .00 .00 |

CRPRCHRBS13a        4/9/2014 3:03:20 PM    PAGE    6/008    888-294-5658

**Bank of America**
**Home Loans**

Page 7

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/04/2011 | REGULAR PAYMENT | 2,009.47 | 08/2011 | .00<br>647,999.99 | 1,417.50 | 591.97<br>3,532.40 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/09/2011 | REGULAR PAYMENT | 2,009.47 | 09/2011 | .00<br>647,999.99 | 1,417.50 | 591.97<br>4,124.37 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/20/2011 | HAZARD INS PMT | -1,967.47 | 09/2011 | .00<br>647,999.99 | .00 | -1,967.47<br>2,156.90 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/21/2011 | COUNTY TAX PMT | -1,218.28 | 09/2011 | .00<br>647,999.99 | .00 | -1,218.28<br>938.62 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/30/2011 | OVERAGE REFUND | -276.44 | 09/2011 | .00<br>647,999.99 | .00 | -276.44<br>662.18 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 10/05/2011 | REGULAR PAYMENT | 2,009.47 | 10/2011 | .00<br>647,999.99 | 1,417.50 | 591.97<br>1,254.15 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 11/03/2011 | REGULAR PAYMENT | 1,960.38 | 11/2011 | .00<br>647,999.99 | 1,417.50 | 542.88<br>1,797.03 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 11/30/2011 | REGULAR PAYMENT | 1,960.38 | 12/2011 | .00<br>647,999.99 | 1,417.50 | 542.88<br>2,339.91 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 12/15/2011 | COUNTY TAX PMT | -1,218.30 | 12/2011 | .00<br>647,999.99 | .00 | -1,218.30<br>1,121.61 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 12/23/2011 | REGULAR PAYMENT | 1,960.38 | 01/2012 | .00<br>647,999.99 | 1,417.50 | 542.88<br>1,664.49 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 02/08/2012 | REGULAR PAYMENT | 2,095.38 | 02/2012 | .00<br>647,999.99 | 1,552.50 | 542.88<br>2,207.37 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 02/22/2012 | COUNTY TAX PMT | -1,218.30 | 02/2012 | .00<br>647,999.99 | .00 | -1,218.30<br>989.07 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 02/27/2012 | REGULAR PAYMENT | 2,095.38 | 03/2012 | .00<br>647,999.99 | 1,552.50 | 542.88<br>1,531.95 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 04/11/2012 | REGULAR PAYMENT | 2,095.38 | 04/2012 | .00<br>647,999.99 | 1,552.50 | 542.88<br>2,074.83 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 05/10/2012 | REGULAR PAYMENT | 2,095.38 | 05/2012 | .00<br>647,999.99 | 1,552.50 | 542.88<br>2,617.71 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 06/08/2012 | REGULAR PAYMENT | 2,095.38 | 06/2012 | .00<br>647,999.99 | 1,552.50 | 542.88<br>3,160.59 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 06/29/2012 | REGULAR PAYMENT | 2,095.38 | 07/2012 | .00<br>647,999.99 | 1,552.50 | 542.88<br>3,703.47 | .00 | .00 | .00<br>.00 | .00<br>.00 |

**Bank of America**
**Home Loans**

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/16/2012 | MISC. POSTING | 300,000.00 | 07/2012 | 300,000.00<br>347,999.99 | .00 | .00<br>3,703.47 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 07/18/2012 | REGULAR PAYMENT | 1,762.88 | 08/2012 | .47<br>347,599.52 | 1,219.53 | 542.88<br>4,246.35 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 07/18/2012 | MISC. POSTING | 400.00 | 07/2012 | 400.00<br>347,599.99 | .00 | .00<br>3,703.47 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 07/30/2012 | COUNTY TAX PMT | -917.16 | 08/2012 | .00<br>347,599.52 | .00 | -917.16<br>3,329.19 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 08/01/2012 | REGULAR PAYMENT | 1,411.88 | 09/2012 | .00<br>347,599.52 | 869.00 | 542.88<br>3,872.07 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 08/30/2012 | MISC. POSTING | 50,000.00 | 09/2012 | 50,000.00<br>297,599.52 | .00 | .00<br>3,872.07 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/06/2012 | REGULAR PAYMENT | 1,286.88 | 10/2012 | .27<br>297,474.25 | 743.73 | 542.88<br>4,414.95 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/06/2012 | MISC. POSTING | 125.00 | 09/2012 | 125.00<br>297,474.52 | .00 | .00<br>3,872.07 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/13/2012 | REGULAR PAYMENT | 1,298.08 | 11/2012 | 121.76<br>248,650.57 | 621.93 | 554.39<br>4,969.34 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/13/2012 | MISC. POSTING | 48,701.92 | 10/2012 | 48,701.92<br>248,772.33 | .00 | .00<br>4,414.95 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/18/2012 | HAZARD INS PMT | -1,967.47 | 11/2012 | .00<br>248,650.57 | .00 | -1,967.47<br>3,001.87 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 09/24/2012 | COUNTY TAX PMT | -915.41 | 11/2012 | .00<br>248,650.57 | .00 | -915.41<br>2,086.46 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 12/05/2012 | COUNTY TAX PMT | -915.41 | 11/2012 | .00<br>248,650.57 | .00 | -915.41<br>1,171.05 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 12/14/2012 | REGULAR PAYMENT | 1,176.02 | 12/2012 | .00<br>248,650.57 | 621.63 | 554.39<br>1,725.44 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 01/07/2013 | REGULAR PAYMENT | 1,176.02 | 01/2013 | .00<br>248,650.57 | 621.63 | 554.39<br>2,279.83 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 02/08/2013 | REGULAR PAYMENT | 1,124.21 | 02/2013 | .00<br>248,650.57 | 569.82 | 554.39<br>2,834.22 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 02/12/2013 | COUNTY TAX PMT | -915.41 | 02/2013 | .00<br>248,650.57 | .00 | -915.41<br>1,918.81 | .00 | .00 | .00<br>.00 | .00<br>.00 |

CRPRCHRBS13a    4/9/2014 3:03:20 PM    PAGE    8/008    888-294-5658

**Bank of America**
Home Loans

Page 9

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/2013 | REGULAR PAYMENT | 1,124.21 | 03/2013 | .00<br>248,650.57 | 569.82 | 554.39<br>2,473.20 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 04/09/2013 | REGULAR PAYMENT | 1,124.00 | 04/2013 | .00<br>248,650.57 | 569.82 | 554.18<br>3,027.38 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 04/26/2013 | REGULAR PAYMENT | 1,124.21 | 05/2013 | .00<br>248,650.57 | 569.82 | 554.39<br>3,581.77 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 05/10/2013 | REGULAR PAYMENT | 1,124.21 | 06/2013 | .00<br>248,650.57 | 569.82 | 554.39<br>4,136.16 | .00 | .00 | .00<br>.00 | .00<br>.00 |
| 07/16/2013 | Assessed Late Chg | 28.49 | 07/2013 | .00<br>248,650.57 | .00 | .00<br>4,136.16 | .00 | .00 | .00<br>-28.49 | .00<br>.00 |
| 07/30/2013 | COUNTY TAX PMT | -945.49 | 08/2013 | .00<br>248,650.57 | .00 | -945.49<br>3,190.67 | .00 | .00 | .00<br>-28.49 | .00<br>.00 |
| 08/05/2013 | REGULAR PAYMENT | 1,124.21 | 07/2013 | .00<br>248,650.57 | 569.82 | 554.39<br>3,745.06 | .00 | .00 | .00<br>-28.49 | .00<br>.00 |
| 08/05/2013 | REGULAR PAYMENT | 1,098.52 | 08/2013 | .00<br>248,650.57 | 543.92 | 554.60<br>4,299.66 | .00 | .00 | .00<br>-28.49 | .00<br>.00 |
| 08/05/2013 | MISC. POSTING | 28.28 | 08/2013 | .00<br>248,650.57 | .00 | .00<br>4,299.66 | .00 | .00 | 28.28<br>-.21 | .00<br>.00 |
| 08/27/2013 | REGULAR PAYMENT | 1,098.31 | 09/2013 | .00<br>248,650.57 | 543.92 | 554.39<br>4,854.05 | .00 | .00 | .00<br>-.21 | .00<br>.00 |
| 09/17/2013 | HAZARD INS PMT | -2,136.06 | 09/2013 | .00<br>248,650.57 | .00 | -2,136.06<br>2,717.99 | .00 | .00 | .00<br>-.21 | .00<br>.00 |
| 09/23/2013 | REGULAR PAYMENT | 1,098.31 | 10/2013 | .00<br>248,650.57 | 543.92 | 554.39<br>3,272.38 | .00 | .00 | .00<br>-.21 | .00<br>.00 |
| 09/26/2013 | COUNTY TAX PMT | -942.87 | 10/2013 | .00<br>248,650.57 | .00 | -942.87<br>2,329.51 | .00 | .00 | .00<br>-.21 | .00<br>.00 |
| 09/27/2013 | OVERAGE REFUND | -1,357.58 | 10/2013 | .00<br>248,650.57 | .00 | -1,357.58<br>971.93 | .00 | .00 | .00<br>-.21 | .00<br>.00 |
| 10/22/2013 | REGULAR PAYMENT | 1,029.57 | 11/2013 | .00<br>248,650.57 | 543.92 | 485.65<br>1,457.58 | .00 | .00 | .00<br>-.21 | .00<br>.00 |
| 11/13/2013 | REGULAR PAYMENT | 1,031.86 | 12/2013 | .00<br>248,650.57 | 543.92 | 487.94<br>1,945.52 | .00 | .00 | .00<br>-.21 | .00<br>.00 |
| 11/26/2013 | COUNTY TAX PMT | -942.87 | 12/2013 | .00<br>248,650.57 | .00 | -942.87<br>1,002.65 | .00 | .00 | .00<br>-.21 | .00<br>.00 |