REDE Page 2 of 19

## Deposit/Depósito:

(Check One /)
Cheque Uno

☐ Checking/Cuenta de Cheques   ☒ Savings/Ahorros   ☐ Money Market Access   ☐ Command

WELLS FARGO

Account Number /
Número de Cuenta

*Redacted5251    Date/Fecha 7/9/12

Cash/Efectivo

Total Checks
(Include total from other side)
Total de cheques   220000.00

Please print Name /Letra de molde Nombre
DANIEL TARKANIAN

Subtotal

Menus cash received/
Menos efectivo recibido

Please print Street Address City State, Zip Code/Letra del molde Domicilio, Ciudad, Estado, Código Postal

Deposits may not be available for immediate withdrawal See Delayed posting information on reverse *

Es posible que su deposito no esté disponible para su retiro inmediato Ver al reverso información de transferencias atrasadas *

Total $ 220 000.00

Please sign in teller's presence for cash received / Favor de firmar en presencia del cajero por el efectivo recibido  Two forms of ID may be required for cash back transactions./ Se requieren dos tipos de identificación para las transacciones en las que se devuelve efectivo

X

Bank Use Only (When SVT is Not Available)   7L*8975 (08/11)  Intema  12158215

| Customer Id | Exp date | Token Verified (√ / ○) | Approval |
|---|---|---|---|

⑈507696629⑈ ⑆500000377⑆

CASH COUNT/ FILE BANK USE

TOTAL $

TOTAL CHECKS

CHECKS/

AMOUNT/

4183342756

REQUEST 00005660975000000 220000.00
ROLL ECIA  20120709  000001185342756+
JOB ECIA  P  ACCT Redacted    5251
REQUESTOR LLUU
8715672  04/07/2014 Research 8732573

Subpoena Processing Chandler
S3928-020
Phoenix AZ  85038



EXHIBIT DT
8
4-16-14
FENGAD 800-631-6989

REDE Page 3 of 19

**PHOENIX**

Phoenix Life Insurance Company
Hartford, CT 06102-5056

0000002870

U.S. BANK
Miamisburg, OH

Date
07/03/2012

Pay Exactly
ONE HUNDRED TEN THOUSAND AND XX / 100

To the
Order of

J/L TARKANIAN IRRV TRST
DANIEL TARKANIAN TTEE

J/L TARKANIAN IRRV TRST
DANIEL TARKANIAN TTEE
3008 CAMPBELL CIR
LAS VEGAS, NV 89107

Amount
***$110,000.00

Corporate Officer

INSTRUMENT IS VOID IF BACKGROUND IS NOT IN COLOR
NOT VALID AFTER 90 DAYS

⑆000000 2870⑆ ⑉04 220 5038⑉ 130 1 180 200 9 3⑈

Do Not Write, Stamp or Sign Below This Line

REQUEST 00005660975000000 110000.00
ROLL ECIA   20120709 000001185342757+
JOB ECIA  P  ACCT Redacted
REQUESTOR LLUU
8715672  04/07/2014 Research 8732573

Subpoena Processing Chandler
S3928-020
Phoenix AZ  85038

REDE Page 4 of 19

PHOENIX

Phoenix Life Insurance Company
Hartford, CT 06102-5056

55-692 0000002871
422

U.S. BANK
Miamisburg, OH

Date
07/03/2012

Pay Exactly
ONE HUNDRED TEN THOUSAND AND XX / 100

J/L TARKANIAN IRRV TRST
DANIEL TARKANIAN TTEE

To the
Order of

Amount
***$110,000.00

J/L TARKANIAN IRRV TRST
DANIEL TARKANIAN TTEE
3008 CAMPBELL CIR
LAS VEGAS, NV 89107

Corporate Officer

INSTRUMENT IS VOID IF BACKGROUND IS NOT IN COLOR
NOT VALID AFTER 90 DAYS

⑈000000 2871⑈ ⑆042205038⑆ 130118020093⑈

Do Not Write, Stamp or Sign Below This Line

REQUEST 000056660975000000 110000.00
ROLL ECIA   20120709  000001185342758+
JOB ECIA P  ACCT Redacted
REQUESTOR LLUU
8715672  04/07/2014 Research 8732573

Subpoena Processing Chandler
S3928-020
Phoenix  AZ  85038

REDE Page 2 of 11

## Withdrawal

1547    WELLS FARGO

(Check One)    ☐ Checking    ☒ Savings    ☐ Money Market Access    ☐ Commercial

\* Account Number Redacted 5 25~1    Date 7/10/12

Please print Name    Daniel Jarkanian

Please print. Street Address, City, State, Zip Code

I authorize the withdrawal and acknowledge receipt of the amount indicated below.
Please sign in teller's presence  Two forms of ID may be required.

(X) Danny Ink

Two hundred twenty thousand + 00/100 Dollars    $ 220,000 00

Bank Use Only (When SVT is Not Available)

| Customer Id | Exp. date | Token Verified (✓) ☐ | Approval |
|---|---|---|---|

⑈1547⑈ ⑆500000694⑆

REQUEST 00005660973000000 220000.00
ROLL ECIA   20120710  000001185948352
JOB ECIA  P  ACCT Redacted      5251
REQUESTOR LLUU
8715672  04/07/2014 Research 8732571

Subpoena Processing Chandler
S3928-020
Phoenix AZ  85038