REDE Page 29 of 99

# Business Checking

Account number: Redacted6667  ■  July 1, 2012 - July 31, 2012  ■  Page 1 of 4



JAMD LLC
3008 CAMPBELL CIR
LAS VEGAS NV 89107-3214

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

For nine years running, Wells Fargo has loaned more money to small businesses than any other bank.* Let us help you find the right credit solutions for your business. To learn more, talk to a banker, call the number at the top of your statement, or visit us at wellsfargo.com/biz.

*2002-2010 Community Reinvestment Act government data. Equal Housing Lender.

## Account options

A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $38,672.33 |
| Deposits/Credits | 456,577.45 |
| Withdrawals/Debits | - 407,305.88 |
| Ending balance on 7/31 | $87,943.90 |
| Average ledger balance this period | $96,799.15 |

Account number: Redacted6667

JAMD LLC

*Nevada account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.



EXHIBIT
9
DT
4-16-14

Account number: Redacted6667   ■   July 1, 2012 - July 31, 2012   ■   Page 2 of 4


WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------|-------------|-------------------|---------------------|----------------------|
| 7/2 | | Deposit Made In A Branch/Store | 53,745.22 | | |
| 7/2 | | Deposit Made In A Branch/Store | 2,700.00 | | |
| 7/2 | 1121 | Check | | 1,551.33 | 53,586.22 |
| 7/5 | | Stancorp Mortgag Payment 120705 A8040901 Jamd LLC | | 22,926.00 | 70,940.22 |
| 7/6 | | Deposit Made In A Branch/Store | 90,055.22 | | |
| 7/6 | 1125 | Cashed Check | | 7,500.00 | |
| 7/6 | 1123 | Cashed Check | | 7,500.00 | |
| 7/6 | 1124 | Check | | 5,000.00 | 140,695.44 |
| 7/10 | | Deposit Made In A Branch/Store | 225,000.00 | | |
| 7/10 | 1092 | Check | | 741.00 | |
| 7/10 | 1126 | Check | | 3,300.00 | 361,654.44 |
| 7/11 | | Return Item Charge - Paper AZ 120711 | | 5,000.00 | |
| 7/11 | | Cashed/Deposited Item Retn Unpaid Fee | | 12.00 | 356,642.44 |
| 7/12 | | Deposit Made In A Branch/Store | 17,384.55 | | |
| 7/12 | | Bill Pay Bank of Nevada on-Line Xxxxxxxxxx07350 on 07-12 | | 169.61 | |
| 7/12 | | Bill Pay Verizon Wireless on-Line xxxxxxxxx00001 on 07-12 | | 425.36 | |
| 7/12 | | Bill Pay The Hartford on-Line xxxxx13005 on 07-12 | | 642.01 | |
| 7/12 | | Bill Pay Vegas Fire on-Line No Account Number on 07-12 | | 789.00 | |
| 7/12 | | Bill Pay Tke Corp on-Line xx83068 on 07-12 | | 843.45 | |
| 7/12 | | Bill Pay Nevada State Ban on-Line Xxxxxxxxxxxxx79001 on 07-12 | | 7,234.11 | |
| 7/12 | | Bill Pay Nevada State Ban on-Line Xxxxxxxxxxxxx79001 on 07-12 | | 50,000.00 | |
| 7/12 | | Withdrawal Made In A Branch/Store | | 250,000.00 | 63,892.35 |
| 7/16 | 1110 | Check | | 1,000.00 | |
| 7/16 | 1118 | Check | | 1,000.00 | |
| 7/16 | 1127 | Check | | 1,000.00 | 60,892.35 |
| 7/17 | | Bill Pay Southwest Gas CO on-Line xxxxxxxx68002 on 07-17 | | 26.03 | |
| 7/17 | | Bill Pay Centurylink on-Line xxxx21260 on 07-17 | | 130.68 | |
| 7/17 | | Bill Pay Republic Service on-Line xxxxxxx06855 on 07-17 | | 151.80 | |
| 7/17 | | Bill Pay Republic Service on-Line xxxxxxx06179 on 07-17 | | 159.45 | |
| 7/17 | | Bill Pay Republic Service on-Line xxxxxxx06179 on 07-17 | | 230.60 | |
| 7/17 | | Bill Pay Lv Bee & Post on-Line 3358 on 07-17 | | 270.00 | |
| 7/17 | | Bill Pay Republic Service on-Line xxxxxxx42634 on 07-17 | | 450.74 | |
| 7/17 | | Bill Pay Vantage Concepts on-Line No Account Number on 07-17 | | 695.60 | |
| 7/17 | | Bill Pay Republic Service on-Line xxxxxxx41014 on 07-17 | | 1,467.34 | |
| 7/17 | | Bill Pay Republic Service on-Line xxxxxxx36254 on 07-17 | | 1,574.55 | |
| 7/17 | | Bill Pay Republic Service on-Line xxxxxxx36255 on 07-17 | | 1,878.39 | 53,847.41 |
| 7/18 | | Deposit Made In A Branch/Store | 2,700.00 | | 56,547.41 |
| 7/27 | | Deposit | 50,000.00 | | |
| 7/27 | | Deposit Made In A Branch/Store | 15,012.46 | | |
| 7/27 | | Bill Pay NV Energy - Sout on-Line Xxxxxxxxxxxxx51666 on 07-27 | | 24.23 | |
| 7/27 | | Bill Pay Centurylink on-Line xxxx37116 on 07-27 | | 51.00 | |
| 7/27 | | Bill Pay NV Energy - Sout on-Line Xxxxxxxxxxxxx74470 on 07-27 | | 89.81 | |
| 7/27 | | Bill Pay NV Energy - Sout on-Line Xxxxxxxxxxxxx98838 on 07-27 | | 419.47 | |
| 7/27 | | Bill Pay Iriis Building on-Line No Account Number on 07-27 | | 1,200.00 | |
| 7/27 | | Bill Pay NV Energy - Sout on-Line Xxxxxxxxxxxxx08881 on 07-27 | | 3,677.67 | |
| 7/27 | | Bill Pay NV Energy - Sout on-Line Xxxxxxxxxxxxx13819 on 07-27 | | 9,588.77 | |
| 7/27 | 1131 | Check | | 7,500.00 | |
| 7/27 | 1133 | Check | | 7,500.00 | 91,500.92 |
| 7/30 | 1128 | Check | | 2,130.70 | |
| 7/30 | 1129 | Check | | 1,018.17 | |
| 7/30 | 1130 | Check | | 411.15 | 87,043.90 |
| Ending balance on 7/31 | | | | | 87,943.90 |
| Totals | | | $456,577.45 | $407,395.08 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

REDE Page 31 of 99



Account number: Redacted 6667    ■ July 1, 2012 – July 31, 2012    ■ Page 3 of 4

## Summary of checks written    (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1092 | 7/10 | 741.00 | 1124 | 7/6 | 5,000.00 | 1129 | 7/30 | 1,018.17 |
| 1110 * | 7/16 | 1,000.00 | 1125 | 7/6 | 7,500.00 | 1130 | 7/30 | 411.15 |
| 1110 * | 7/16 | 1,000.00 | 1126 | 7/10 | 3,300.00 | 1131 | 7/27 | 7,500.00 |
| 1121 * | 7/2 | 1,561.33 | 1127 | 7/18 | 1,000.00 | 1132 | 7/27 | 7,500.00 |
| 1123 * | 7/8 | 7,500.00 | 1128 | 7/30 | 2,136.70 | | | |

* Gap in check sequence.

## Account transaction fees summary



| Service charge description | Units used | Units Included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---------------------------|-----------|----------------|--------------|-------------------------------------|--------------------------|
| Paid and Deposited Items | 41 | 150 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

# ✓ IMPORTANT ACCOUNT INFORMATION

In an effort to communicate urgent account information as quickly as possible, we are changing the way we deliver account notices to Online Banking customers for whom we have a valid email address. Starting in September, we will send an email alert notifying you of an overdraft or insufficient funds notice in your secure online mailbox. These email alerts arrive up to three (3) days faster than paper notices, so you can resolve the situation more quickly and avoid additional fees. If you want to continue to receive notices by mail, please sign on to Online Banking, and go to "Delivery Preferences" and select "Online & U.S. Mail" next to Account Notices, or contact us at 1-800-956-4442.

Account number: Redacted5667  ▪ July 1, 2012 - July 31, 2012  ▪ Page 4 of 4



**WELLS FARGO**

### General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your          $ _____
register or transfers into               $ _____
your account which are not               $ _____
shown on your statement.             + $ _____
. . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | Total amount $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

REDE Page 187 of 637

## Deposit / Depósito:

(Check One /
Único Uno)    ☒ Checking / Cuenta de Cheques    ☐ Savings / Ahorros    ☐ Money Market Access    ☐ Command

**WELLS FARGO**

Account Number /
Número de Cuenta

\* Redacted 6667    Date / Fecha  7/10/12

Cash / Efectivo

Total Checks
(please mail from other seal)
Total de cheques    225000.00

Please print Name / Letra de molde  nombre

Subtotal    225,000.00

JamP, LLC

Please print  Street Address, City, State, Zip Code / Letra del molde, Dirección, Ciudad, Estado, Código Postal

Deposits may not be available
for immediate withdrawal /
See Delayed posting
information
on reverse \*

Minus cash received /
Menos efectivo recibido

Es posible que no
deposite no esté disponible
para su retiro inmediato
Ver al reverso información
de transferencias atrasadas \*\*

Total $  225,000.00

Please sign in teller's presence for cash received / Favor de firmar en presencia del cajero por el
efectivo recibido. Two forms of ID may be required for cash back transactions. / Se requieren
dos tipos de identificación para las transacciones en las que se devuelve efectivo.

X

Bank Use Only (When SVT is Not Available)    TLR5473 (08/11)  #mms  12207058

| Customer Id | Exp. date | Token Verified (✓) ☐ | Approval |
|---|---|---|---|

⑈5144 20846⑈ ⑈500000 377⑈

TOTAL CHECKS

⑈165040351⑈

REQUEST 00005660974000000 225000.00
ROLL ECIA  20120710 000001185948351+
JOB ECIA P ACCT Redacted    6667
REQUESTOR LLUU
8715672 04/07/2014 Research 8732602

Subpoena Processing Chandler
S3928-020
Phoenix  AZ  85038

REDE Page 188 of 637

**Withdrawal**                                                                    1547    WELLS FARGO

(Check One)   ☐ Checking   ☒ Savings   ☐ Money Market Access   ☐ Comp...

*        Redacted 5251

Account Number

Date   7/10/12

Please print Name   Daniel Jarkanian

Please print Street Address, City, State, Zip Code

I authorize this withdrawal and acknowledge receipt of the amount indicated below.
Please sign in teller's presence. Two forms of ID may be required.

(x) Danny Tark

Two hundred twenty thousand + 00/100 Dollars    $   220,000.00

Bank Use Only (When SVT is Not Available)

| Customer Id | Exp. date | Token Verified (✓) ☐ | Approval |
| --- | --- | --- | --- |

I"1547I"  I:500000694I:

REQUEST 00005660974000000 220000.00
ROLL ECIA  20120710 0000011859483521
JOB ECIA  P  ACCT :Redacted  5251
REQUESTOR LLUU
8715672  04/07/2014 Research 8732602

Subpoena Processing Chandler
S3928-020
Phoenix  AZ  85038