REDE Page 43 of 63

**Deposit/Depósito:**

(Check One/) ☑ Checking/ ☐ Savings/Ahorros ☐ Money Market Access ☐ Command    WELLS FARGO

Account Number/ Redacted 7640    Date/ 1/12/12    250,000.00    53,755.83

Please print Name / Danny Tarkanian

Total $ 53,755.83
303,755.83

‖⁺ 51436 7021 ‖⁺ ⁑500000377⁑

REQUEST 000056609720000000 303755.83
ROLL ECIA   20120712 000003280701177+
JOB ECIA P ACCT Redacted 7640
REQUESTOR LLUU
8715672  04/07/2014 Research 8732553 HOGAN HISTORICAL: 00000

Subpoena Processing Chandler
S3928-020
Phoenix AZ 85038



EXHIBIT DT
10
4-16-14

REDE Page 80 of 280

**Withdrawal**  4196  WELLS FARGO

(Check One)  ☑ Checking  ☐ Savings  ☐ Money Market Access  ☐ Command

Account Number
* Redacted 6667    Date 7/12/12

Please print Name
JAMD LLC

Please print Street Address, City, State, Zip Code

x Dannye Jark

Two hundred fifty thousand        $ 250,000.00
                                   Dollars

⑈4196⑈ ⑆500000694⑆

---

3280701173

---

REQUEST 00005660977000000 250000.00
ROLL ECIA   20120712 000003280701173
JOB ECIA P ACCT Redacted   6667
REQUESTOR LLUU
8715672  04/07/2014 Research 8732601

Subpoena Processing Chandler
S3928-020
Phoenix AZ 85038

REDE Page 45 of 63

**TARKANIAN FOR CONGRESS**
9008 CAMPBELL CIRCLE
LAS VEGAS, NV 89107-3214

1085

94-177/1224

DATE 7/11/12

PAY TO THE ORDER OF  Danny Tarkanian         $ 53,755.83

Fifty three thousand seven hundred fifty five and 83/100 — DOLLARS

BANK OF NEVADA

FOR Payment of Loans to Campaign         Judith Flynn

⑈00108 5⑈ ⑆ RedactedRedactedRedacted

REQUEST 000056609720000000 53755.83
ROLL ECIA  20120712  0000032807011764
JOB ECIA  P  ACCT Redacted
REQUESTOR LLUU
8715672  04/07/2014 Research 8732553 HOGAN HISTORICAL: 00000

Subpoena Processing Chandler
S3928-020
Phoenix AZ 85038