Page 2 of 2

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|------|-----------|--------|---------|---------|-----|--------|-----------|---|
| VIEWPOINTE | 20120712 | 4197 | 32127074 | Redacted 7640 | 000069 | 300,000.00 | 4610359262 | |

**Withdrawal**    4197    WELLS FARGO

(Check One)    ☑ Checking    ☐ Savings    ☐ Money Market Access    ☐ Command

\* Redacted 7640    Date 7/12/12

Please print Name    Daniel Tarkanian

Please print Street Address, City, State, Zip Code

I authorize this withdrawal and acknowledge receipt of the amount indicated below. Please sign in teller's presence. Two forms of ID may be required.

x Danny Tash

Thru hundred thousand +    $300,000.00    $ 300 000 .00

Bank Use Only (When ATT is Not Available)

| Customer Id | Exp. Date | Taken Verified (Y) J | Approval |
|-------------|-----------|----------------------|----------|

07/12/12 04:05 PM 10  835
02 0077545 0470068
R: 321270742 a:::    Redacted 7640

⑆4197⑈ ⑆500000694⑈

WELLS FARGO BANK NA TEM
2012V12 E0527 PKT 04
▶1221-0527-84
4610359262

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



EXHIBIT DT
11
4-16-14

Page 1 of 2

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | C |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20120712 | 7754501385 | 10700543 | Redacted | 000039 | 300,000.00 | 4610359261 | |

**CASHIER'S CHECK**

7754501385

**Credit Copy**

0077543          11:34
Ofc or AU #        1210(3)

July 12, 2012

PURCHASER          DANIEL TARKANIAN
PURCHASER Account  4363500448
Operator I D       mmo1256          mmo1146

PAY TO THE ORDER OF    ***BANK OF AMERICA***
                       ***RE: DANNY TARKANIAN / PRINCIPAL REDUCTION***

***Three hundred thousand dollars and no cents***                    **$300,000.00**

**PROCESS SAME DAY AS ISSUED**                    VOID IF OVER US $  300 000.00

WELLS FARGO BANK, N.A.
7200 S DURANGO DR                    02  0077545  0480069
LAS VEGAS, NV 89113                  07/12/2012      1:36:38PM        NON-NEGOTIABLE
FOR INQUIRIES CALL (480) 394-3172

⑈7754501385⑈ ⑆518200392⑆4861 505469⑈

WELLS FARGO BANK NA TLM
2012/07/12 EX03   PG1 04
▶1221-0527-8◀
4610359261

Copyright © 2002-06 Wells Fargo & Company. All rights reserved.