REDE Page 197 of 637

**JAMD LLC**

DEPOSIT TICKET
TO BE USED FOR DEPOSIT TRANSACTIONS

DATE 7/27/12

Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

CASH
04-7074/3212 663
Redacted 3067

List Checks Singly

TOTAL ITEMS / OR TOTAL FROM REVERSE

SUB TOTAL ▶

LESS CASH RECEIVED ▶

$ 50000.—

⑆582510393⑆ Redacted 6667⑈

CHECKS LIST SEPARATELY

ADDITIONAL CHECK LISTING SPACE
DOLLARS  CENTS

TOTAL $ | 100's | 50's | 20's | 10's | 5's | 2s | 1's

REQUEST 00005660974000000 50000.00
ROLL ECIA  20120727  0000011838657114
JOB ECIA P ACCT : Redacted 6667
REQUESTOR LLUU
8715672  04/07/2014 Research 8732602

Subpoena Processing Chandler
S3928-020
Phoenix AZ 85038



EXHIBIT DT
12
4-16-14

REDE Page 198 of 637

```
                                                                 1176
TARKANIAN BASKETBALL ACADEMY                              94-7074/3212 663
                                          7/27/12              9875306675
                                          ─────────
                                            Date

Pay to the   JAMD LLC                              $ 50,000.00
Order of _____

fifty thousand and no/100 ─────────────── Dollars

Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For _____          Judith Flynn

⑆321270742⑆  Redacted 6675⑈ 0 1176
```

— 1183865712 —

CREDITED TO ACCOUNT OF
PAYEE
WITH
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.
AU 07454

For Deposit Only

REQUEST 00005660974000000 50000.00
ROLL ECIA   20120727  0000011183865712+
JOB ECIA  P  ACCT  Redacted 6675
REQUESTOR LLUU
8715672  04/07/2014 Research 8732602

Subpoena Processing Chandler
S3928-020
Phoenix AZ 85038

Print Images                                                                 Page 1 of 1

| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---------|------------|-----------|--------|---------|--------|----------------|
| 32127074 | 1185515813 | 08032012 | $50000.00 | Redacted6667 | 2359 | 00010004 |

**Withdrawal / Retiro:**

(Check One / Marque Uno) [✓] Checking/Cuenta de Cheques  [ ] Savings/Ahorros  [ ] Money Market

Account Number / Número de Cuenta: * Redacted 6667

2359    WELLS FARGO

Date: AUG 0 3 2012

Please print Name: JAMD LLC

fifty thousand dollars and no/100 — — — $ 50,000.00 Dollars

⑈2359⑈  ⑆500000694⑇

1185515813



REQUEST 00005660972000000 50000.00
ROLL ECIA  20120803  000001185515815+
JOB ECIA P ACCT Redacted   7640
REQUESTOR LLUU
8715672  04/07/2014 Research 8732553 HOGAN HISTORICAL: 00000

Subpoena Processing Chandler
S3928-020
Phoenix AZ 85038

REDE Page 77 of 100

**Withdrawal/Retiro:**                                                                      2360    WELLS FARGO

(Check One / Marque Uno) ☑ Checking/Cuenta de Cheques ☐ Savings/Ahorros ☐ Money Market Access ☐ Command

Account Number / Numero de Cuenta: * Redacted7640

Date: WARM SPRINGS SUPX 20 OFC LAS VEGAS, NV AU 77545    AUG 03 2012

Please print Name / Letra de molde Nombre: Daniel Tarkanian

Please print Street Address, City, State, Zip Code / Letra de molde. Domicilio, Ciudad, Estado, Código Postal

Signed: Danny Tark

Amount: Fifty thousand dollars    $50,000.00    $50,000.00

08/03/12 08:39AM  825
06 0077545 0180023
RT 321270742 ACCT Redacted7640

⑆2360⑆ ⑈500000694⑈

WELLS FARGO BANK NA TEM
20120803 E0424  PKT 04
▶1221-0527-8◀
4814869077

REQUEST 00005660976000000 50000.00
ROLL ECIA  20120803 000004814869077
JOB ECIA  P ACCT Redacted    7640
REQUESTOR LLUU
8715672 04/07/2014 Research 8732552 HOGAN HISTORICAL: 00000

Subpoena Processing Chandler
S3928-020
Phoenix AZ 85038