Carrie

| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Cr |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20120822 | 1143 | 32127074 | Redacted6667 | 000060 | 50,000.00 | 4816010867 | |



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.



EXHIBIT
13
4-16-14

https://oibservices.wellsfargo.com/OIB/ControllerServlet                    4/1/2014

Carrie

| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---|---|---|---|---|---|---|
| 10700543 | 8515305792 | 08302012 | $50000.00 | Redacted  3 | 7754500380 | 00007559 |



https://oibservices.wellsfargo.com/OIB/PrintImage.jsp                    4/1/2014