**Request**: Please provide copies of the following specific payments: 07/16/2012 $300,000.00, 08/30/2012 $50,000.00 & 09/13/2012 $48701.92.

**Borrower:**  Danny Tarkanian          **Loan:**   22154739

7/16/2012     $300,000.00         Check

```
Account # 022154739
0077545   11-24
Office AU #  1210(8)                      CASHIER'S CHECK          7754501385
Operator I.D.: reno1288    reno2146
                                                                July 12, 2012
PAY TO THE ORDER OF   ***BANK OF AMERICA***
                      ***RE: DANNY TARKANIAN / PRINCIPAL REDUCTION***
   ***Three hundred thousand dollars and no cents***           **$300,000.00**

WELLS FARGO BANK, N.A.                                    VOID IF OVER US $ 300,000.00
7290 S DURANGO DR
LAS VEGAS, NV 89113
FOR INQUIRIES CALL (480) 394-3122      AUTHORIZED SIGNATURE     AUTHORIZED SIGNATURE
memo: Principle Payment Only

"7754501385"  :121000248: 4861 505469"
```

8/30/2012     $50,000.00          Check



```
0077545   11-24
Office AU #  1210(8)          EPW/HRD CASHIER'S CHECK           7754500380
Operator I.D.: reno0672   reno2146
                                                             August 22, 2012
PAY TO THE ORDER OF   ***BANK OF AMERICA ***
                      ***RE: DANIEL TARKANIAN / PRINCIPAL REDUCTION***
   ***Fifty thousand dollars and no cents***                 **$50,000.00**
                                                     Received
                              Loan # 022154739       AUG 27 2012
WELLS FARGO BANK, N.A.                               HRD        VOID IF OVER US $ 50,000.00
7290 S DURANGO DR
LAS VEGAS, NV 89113
FOR INQUIRIES CALL (480) 394-3122                          AUTHORIZED SIGNATURE

"7754500380"  :121000248: 4861 511988"
```



EXHIBIT DT
14
4-16-14

9/13/2012       $48,701.92       Check

