**Nossaman LLP**
Janice Mock (pro hac vice)
jmock@nossaman.com
Allan H. Ickowitz (pro hac vice)
aickowitz@nossaman.com
S. Ashar Ahmed (pro hac vice)
aahmed@nossaman.com
Catherine F. Ngo (pro hac vice)
cngo@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415-398-3600
Facsimile: 415-398-2438

**The Cooper Castle Law Firm LLP**
Aaron M. Waite (NV 007947)
awaite@ccfirm.com
Jason Peck (NV 010183)
jpeck@ccfirm.com
S. Durango Drive
Las Vegas, NV 89113
Telephone: 702-435-4175
Facsimile: 702-877-7424

*Attorneys for Creditor*
*FEDERAL DEPOSIT INSURANCE*
*CORPORATION, as Receiver for*
*LA JOLLA BANK, FSB0*

**Durham Jones & Pinegar**
Timothy S. Cory (NV 1972)
tcory@djplaw.com
Duane H. Gillman
dgillman@djplaw.com
10785 W. Twain Ave., Suite 300
Las Vegas, NV 89135
Telephone: 702-870-6060
Facsimile: 702-870-6090

*Attorneys for Debtor*
*DANIEL GEORGE JOHN TARKANIAN*

**Larson & Zirzow, LLC**
Zachariah Larson, Esq.
zlarson@lzlawnv.com
Matthew C. Zirzow, Esq.
mzirzow@lzlawnv.com
S. Casino Center Blvd. #101
Las Vegas, Nevada 89101

*Attorneys for Debtor*
*AMY MICHELLE TARKANIAN*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE DANIEL GEORGE JOHN TARKANIAN AND AMY MICHELLE TARKANIAN,<br><br>Debtors. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | BK-S-13-20495-MKN<br>Chapter 7<br><br>**STIPULATION TO AUTHENTICATE SPECIFIED EVIDENCE AT THE EVIDENTIARY HEARING ON FDIC-R'S OBJECTION TO CLAIMS OF EXEMPTION BY ALTERNATE DIRECT TESTIMONY AND WAIVER OF 14-DAY NOTICE REQUIREMENT UNDER LOCAL RULE 9017(D)(l)**<br><br>Date:    May 1, 2014 |

SLC_205338.2

))))))))

Time: 9:30 a.m.
Courtroom: 2 (Third Floor)

Before Chief Judge Mike K. Nakagawa
300 Las Vegas Boulevard South
Las Vegas, Nevada

**STIPULATION TO AUTHENTICATE SPECIFIED EVIDENCE AT THE EVIDENTIARY HEARING ON FDIC-R'S OBJECTION TO CLAIMS OF EXEMPTION BY ALTERNATE DIRECT TESTIMONY AND WAIVER OF 14-DAY NOTICE REQUIREMENT UNDER LOCAL RULE 9017(D)(l)**

Creditor, FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for La Jolla Bank, FSB (the "Creditor") by and through its counsel, Janice Mock of Nossaman LLP, and Debtors DANIEL GEORGE JOHN TARKANIAN and AMY MICHELLE TARKANIAN (the "Debtors"), by and through their respective counsel, the law firms of Durham Jones & Pinegar and Larson & Zirzow, LLC, (together, the "Parties), hereby stipulate as follows:

1. Debtors filed their schedule of assets, including Schedule C, "Property Claimed as Exempt," on January 3, 2014. [Dkt. No. 12.]

2. Creditor filed an Objection to Claims of Exemption to object to Debtors' homestead exemption. [Dkt. No. 40.]

3. Pursuant to the Court's minute entry, FDIC-R's Objection to Claims of Exemption will be heard at an evidentiary hearing scheduled for May 1, 2014. [Dkt. No. 88.]

4. Pursuant to Local Rule 9017, if the Parties stipulate and the Court approves the stipulation, alternate direct testimony may be used during trials of contested matters in the form of written declarations and exhibits as a substitute for live testimony. The declarations and exhibits the Parties seek to introduce are described below.

5. <u>Chicago Title Company Property History Record</u> -- Creditor submitted the Declaration of Janice Mock [Dkt. No. 40-1] in Support of its Objection to Claims of Exemption, which attached a number of exhibits, including the Property Profile and History (pages 1 - 4 of 16) of Exhibit A thereto [Dkt. No. 40-3], a publicly available electronic record from the Chicago Title Company, which reflects the transfer of the real property located at 3008 Campbell Circle,

SLC_205338.2

Las Vegas, Nevada (the "Campbell Property") to the Daniel and Amy Tarkanian Revocable Family Trust in 2006. Copies of pages 1 - 4 of 16 are attached hereto as **Exhibit 1**. Creditor previously properly authenticated Exhibit A [Dkt. No. 40-3] to the Declaration of Janice Mock [Dkt. No. 40-1] in Support of its Objection to Claims of Exemption, which comports with all of the requirements set forth in Local Rule 9017(c).

6. <u>Bank Records</u> -- Creditor seeks to introduce certain bank records identified in the Mock Declaration filed herewith and other bank records that were presented to witnesses during depositions taken during the week of April 14-18, which were obtained pursuant to subpoena and produced by each of the banks' respective custodian of records. These records will be identified as exhibits and lodged with the Court on April 28, 2014, as previously ordered. These records are properly authenticated by the banks' custodial declarations, all of which are attached as Exhibits 1 and 2 to the Mock Declaration filed herewith and which comport with all of the requirements set forth in Local Rule 9017(c).

7. <u>Plat Maps</u> -- Debtor seeks to introduce two plat maps showing the location of the Campbell Property in relation to the property owned by Daniel Tarkanian's parents. These maps were obtained by counsel for Daniel Tarkanian through a search of public records maintained online by the Clark County Assessor's office, as explained in the Declaration of Duane H. Gillman ("Gillman Declaration") filed herewith.

8. To the extent that exhibits and declarations were not submitted in accordance with the deadlines set forth in Local Rule 9017(d)(1), the Parties waive those requirements.

**NOW, THEREFORE,** subject to Court approval, the Parties hereby stipulate and agree:

9. The authentication of the Pages 1 - 4 of 16 of Exhibit A to the Declaration of Janice Mock [Dkt. No. 40-3] may be made by alternate direct testimony at the May 1, 2014 hearing.

10. The authentication of certain bank records identified in the Mock Declaration filed herewith and other bank records that were presented to witnesses during depositions taken during the week of April 14-18 and produced by subpoenaed banks pursuant to the custodial

SLC_205338.2

declarations attached as Exhibits 1 and 2 to the Mock Declaration may be made by alternate direct testimony.

11. The authentication of the Plat Maps, attached as Exhibit A to the Gillman Declaration, may be made by alternate direct testimony at the May 1, 2014 hearing.

12. The Parties agree that the records referenced herein are properly authenticated and that they will submit no evidentiary objections thereto. Therefore, Parties further agree that the custodial declarants, Janice Mock, and Duane H. Gillman do not need to be available for cross-examination on authentication issues during the May 1, 2014 hearing.

**STIPULATED AND AGREED TO BY:**

DATED: April 28, 2014.

NOSSAMAN LLP

By: /s/ Janice Mock
JANICE MOCK, ESQ.
50 California Street, 34th Floor
San Francisco, CA 94111

*Attorneys for Creditor*
*Federal Deposit Insurance Corporation as*
*Receiver for La Jolla Bank, FSB*

DATED: April 29, 2014.

DURHAM JONES & PINEGAR

By: /s/ Duane H. Gillman
DUANE H. GILLMAN, ESQ.
10785 W. Twain Avenue, Suite 200
Las Vegas, NV 89135

*Attorneys for Debtor*
*Daniel George John Tarkanian*

SLC_205338.2

| | |
|---|---|
| 1 | |
| 2 | DATED: April 29, 2014. |

                                **LARSON & ZIRZOW, LLC**

                                By: /s/ Zachariah Larson
                                ZACHARIAH LARSON
                                810 S. Casino Center Blvd., #101
                                Las Vegas, NV  89101

                                *Attorneys for Debtor*
                                *Amy Michelle Tarkanian*

SLC_205338.2

# Exhibit 1

Profile Report  Page 1 of 16
Case 13-20495-mkn   Doc 130   Entered 04/29/14 13:00:40   Page 7 of 10
Case 13-20495-mkn   Doc 40-3   Entered 02/21/14 20:52:43   Page 1 of 16



**3008 CAMPBELL CIR**
**LAS VEGAS, NV 89107-3214**

**Document Contents**

- Profile Cover Sheet
- Property History Page
- Property Comparables (Detailed)
- Property Comparables (Summary)
- Neighborhood
- Plat Map



CHICAGO TITLE COMPANY

**Provided By**
**Cheryl Yanez**
700 Flower Street, Suite 800
Los Angeles, CA 90017
Cheryl.Yanez@ctt.com

**Courtesy of Chicago Title**
**Offered by Chicago Title**
All Information produced is deemed reliable but is not guaranteed.



### Profile Report                                                                                              Chicago Title

|  |  |
|---|---|
| **Primary Owner:** | TARKANIAN DANIEL & A REV FAM TR; TARKANIAN DANIEL J & AMY M TRS |
| **Secondary Owner:** |  |
| **Mail Address:** | 3008 CAMPBELL CIR<br>LAS VEGAS, NV 89107-3214 |
| **Site Address:** | 3008 CAMPBELL CIR<br>LAS VEGAS, NV 89107-3214 |
| **APN:** | 139-32-212-004 |
| **Housing Tract Number:** |  |
| **Lot Number:** |  |
| **Legal Description:** | **District:** LV<br>**Subdivision:** RANCHO NEVADA EST UNIT 4<br>**Map Ref:** PB B0015 P0046<br>**Sec / Twnship / Range:** PART OF SE4 NW4 S32 T20S R61E<br>**Legal Brief Description:** DIST:LV CITY:LAS VEGAS SUBD:RANCHO NEVADA EST UNIT 4 SEC/TWN/RNG/MER:PART OF SE4 NW4 S32 T20S R61E PLAT BOOK 15 PAGE 46 LOT 4 BLOCK 1 & VAC RD MAP REF:PB B0015 P0046<br>**City / Muni / Twp:** LAS VEGAS |

#### Property Details

| | | | | | |
|---|---|---|---|---|---|
| **Bedrooms:** | 6 | **Year Built:** | 1976 | **Square Feet:** | 4,234 |
| **Bathrooms:** | 5 | **Garage:** | Attached 2 | **Lot Size:** | 23,522 SF |
| **Total Rooms:** | 10 | **Fireplace:** | 2 | **Number of Units:** | 0 |
| **Zoning:** |  | **Pool:** | H | **Use Code:** | Single Family Residential |
| **No of Stories:** | 1 | | | | |
| **Building Style:** |  | | | | |

#### Sale Information

| | | | | | |
|---|---|---|---|---|---|
| **Transfer Date:** | 05/08/2006 | **Seller:** | TARKANIAN, DANIEL J; TARKANIAN, AMY M | | |
| **Transfer Value:** | $0.00 | **Document#:** |  | **Cost/Sq Feet:** | |
| **Title Company:** | NONE AVAILABLE | | | | |

#### Assessment and Taxes

| | | | | | |
|---|---|---|---|---|---|
| **Assessed Value:** | $134,750.00 | **Percent Improvement:** | 73.51% | **Homeowner Exemption:** | |
| **Land Value:** | $35,700.00 | **Tax Amount:** | $4,875.52 | **Tax Rate Area:** | 200 |
| **Improvement Value:** | $99,050.00 | **Tax Account ID:** |  | **Tax Status:** | Current |
| **Market Improvement Value:** |  | **Market Land Value:** |  | **Market Value:** | |
| **Tax Year:** | 2011 | | | | |

**Courtesy of Chicago Title**
**Offered by Chicago Title**
All Information produced is deemed reliable but is not guaranteed.



 Property History                                                                 Chicago Title

**TARKANIAN DANIEL & A REV FAM TR; TARKANIAN DANIEL J & AMY M TRS**
**3008 CAMPBELL CIR, LAS VEGAS, NV 89107-3214**
**APN: 139-32-212-004   CLARK COUNTY**

### Prior Transfer - 05/08/2006

| | | | |
|---|---|---|---|
| **Recording Date:** | 05/08/2006 | **Document#:** | BK-PG: 20060508-0002143 |
| **Price:** | $0.00 | **Document Type:** | Intrafamily Transfer or Dissolution |
| **First TD:** | $0.00 | **Type of Sale:** | Transfer Tax on doc. indicated as EXEMPT |
| **Lender Name:** | | | |
| **Buyer Name:** | TARKANIAN, DANIEL J; TARKANIAN, AMY M | **Buyer Vesting:** | Revocable Trust |
| **Seller Name:** | TARKANIAN, DANIEL J; TARKANIAN, AMY M | | |
| **Legal Description:** | Lot Number: 4<br>Block: 1<br>Subdivision: RANCHO NEVADA ESTATES UNIT 4<br>Map Ref: MB15 PG46 | | |

### Prior Transfer - 05/08/2006

| | | | |
|---|---|---|---|
| **Recording Date:** | 05/08/2006 | **Document#:** | BK-PG: 20060508-0002142 |
| **Price:** | $0.00 | **Document Type:** | Intrafamily Transfer or Dissolution |
| **First TD:** | $0.00 | **Type of Sale:** | Transfer Tax on doc. indicated as EXEMPT |
| **Lender Name:** | | | |
| **Buyer Name:** | TARKANIAN, DANIEL J; TARKANIAN, AMY M | **Buyer Vesting:** | Community Property(Marital Community) |
| **Seller Name:** | TARKANIAN, DANNY | | |
| **Legal Description:** | Lot Number: 4<br>Block: 1<br>Subdivision: RANCHO NEVADA ESTATES UNIT 4<br>Map Ref: MB15 PG46 | | |

### Prior Transfer - 06/10/2005

| | | | |
|---|---|---|---|
| **Recording Date:** | 06/10/2005 | **Document#:** | BK-PG: 20050610-0003855 |
| **Price:** | $810,000.00 | **Document Type:** | BS |
| **First TD:** | $648,000.00 | **Type of Sale:** | Full Amount on Deed |
| **First TD Doc:** | 20050610/0003857 | | |
| **Lender Name:** | GREENPOINT MORTGAGE FUNDING INC | | |
| **Buyer Name:** | TARKANIAN, DANNY | **Buyer Vesting:** | Married Man as his sole and separate property |
| **Seller Name:** | PETERSEN, MELISSA F | | |
| **Legal Description:** | Lot Number: 4<br>Block: 1<br>Subdivision: RANCHO NEVADA ESTATES UNIT 4<br>Map Ref: MB15 PG46 | | |
| **Adjustable Rate Index:** | Libor | | |
| **Rate Change Frequency:** | Six months or Semi-annually | | |

Courtesy of Chicago Title
Offered by Chicago Title
All Information produced is deemed reliable but is not guaranteed.



## Property History

 Chicago Title

### Prior Transfer - 06/10/2005

| | | | |
|---|---|---|---|
| **Recording Date:** | 06/10/2005 | **Document#:** | BK-PG: 20050610-0003856 |
| **Price:** | $0.00 | **Document Type:** | Intrafamily Transfer or Dissolution |
| **First TD:** | $0.00 | **Type of Sale:** | Transfer Tax on doc. indicated as EXEMPT |
| **Lender Name:** | | | |
| **Buyer Name:** | TARKANIAN, DANNY | **Buyer Vesting:** | Married Man as his sole and separate property |
| **Seller Name:** | TARKANIAN, AMY | | |
| **Legal Description:** | Lot Number: 4<br>Block: 1<br>Subdivision: RANCHO NEVADA ESTATES UNIT 4<br>Map Ref: MB15 PG46 | | |

### Prior Transfer - 04/13/2004

| | | | |
|---|---|---|---|
| **Recording Date:** | 04/13/2004 | **Document#:** | BK-PG: 20040413-0003309 |
| **Price:** | $430,000.00 | **Document Type:** | BS |
| **First TD:** | $330,000.00 | **Type of Sale:** | Full Amount on Deed |
| **First TD Doc:** | 20040413/0003310 | | |
| **Lender Name:** | RELIANCE MORTGAGE | | |
| **Buyer Name:** | PETERSEN, MELISSA F | **Buyer Vesting:** | N/A |
| **Seller Name:** | JOHNSTON, BERRY E; JOHNSTON, JOANN | | |
| **Legal Description:** | Lot Number: 4<br>Block: 1<br>Subdivision: RANCHO NEVADA ESTATE<br>Unit: 4<br>Map Ref: MB15 PG46 | | |

**Courtesy of Chicago Title**
**Offered by Chicago Title**
All Information produced is deemed reliable but is not guaranteed.