Nossaman LLP
Janice Mock (pro hac vice)
jmock@nossaman.com
Allan H. Ickowitz (pro hac vice)
aickowitz@nossaman.com
S. Ashar Ahmed (pro hac vice)
aahmed@nossaman.com
Catherine F. Ngo (pro hac vice)
cngo@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2438

The Cooper Castle Law Firm LLP
Aaron M. Waite (NV 7947)
awaite@ccfirm.com
5275 S. Durango Dr.
Las Vegas, NV 89113
Telephone: 702.435.4175
Facsimile: 702.877.7424

Attorneys for Creditor
FEDERAL DEPOSIT INSURANCE CORPORATION,
as Receiver for LA JOLLA BANK, FSB

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE DANIEL GEORGE JOHN TARKANIAN AND AMY MICHELLE TARKANIAN,<br><br>Debtors. | Case No: 13-20495-mkn<br><br>**DECLARATION OF JANICE MOCK IN SUPPORT OF STIPULATION TO AUTHENTICATE SPECIFIED EVIDENCE AT THE EVIDENTIARY HEARING ON FDIC-R'S OBJECTION TO CLAIMS OF EXEMPTION BY ALTERNATE DIRECT TESTIMONY AND WAIVER OF 14-DAY NOTICE REQUIREMENT UNDER LOCAL RULE 9017(D)(1)**<br><br>Date: May 1, 2014<br>Time: 9:30 a.m.<br>Courtroom: 2 (Third Floor)<br><br>Before Chief Judge Mike K. Nakagawa<br>300 Las Vegas Boulevard South<br>Las Vegas, Nevada |

286005_1

Case No. 13-20495-mkn

DECLARATION OF JANICE MOCK IN SUPPORT OF STIPULATION TO AUTHENTICATE SPECIFIED EVIDENCE AT THE EVIDENTIARY HEARING ON FDIC-R'S OBJECTION TO CLAIMS OF EXEMPTION BY ALTERNATE DIRECT TESTIMONY AND WAIVER OF 14-DAY NOTICE REQUIREMENT UNDER LOCAL RULE 9017(d)(1)

I, Janice Mock, declare as follows:

1. I am an attorney at law and a member of the State Bar of California. I am a Partner in the firm of Nossaman LLP, counsel of record in this action for Creditor Federal Deposit Insurance Corporation as Receiver for La Jolla Bank, FSB ("Creditor"). I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, I could and would competently testify as to them. I make this declaration in support of the Stipulation to Authenticate Specified Evidence at the Evidentiary Hearing on FDIC-R's Objection to Claims of Exemption by Alternate Direct Testimony and Waiver of 14-Day Notice Requirement Under Local Rule 9017(d)(1).

2. I subpoenaed business records the Bank of America, N.A. on November 20, 2013. Attached hereto as **Exhibit 1** are true and correct copies of the Custodian Declarations dated December 4, 2013 and April 10, 2014, which declarations accompanied the bank records produced by Bank of America, N.A. in response to the subpoena issued on November 20, 2013.

3. I also subpoenaed business records from Wells Fargo Bank, N.A. on March 31, 2014. Attached hereto as **Exhibit 2** are true and correct copies of the Custodian Declarations and Business Records Declarations dated April 4, 2014, April 7, 2014, and April 17, 2014, which declarations accompanied the bank records produced by Wells Fargo Bank, N.A., in response to the subpoena issued on March 31, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 21st day of April, 2014, in San Francisco, California.

By: _____
Janice Mock

286005_1                               - 1 -                         Case No. 13-20495-mkn
DECLARATION OF JANICE MOCK IN SUPPORT OF STIPULATION TO AUTHENTICATE SPECIFIED EVIDENCE AT THE EVIDENTIARY HEARING ON FDIC-R'S OBJECTION TO CLAIMS OF EXEMPTION BY ALTERNATE DIRECT TESTIMONY AND WAIVER OF 14-DAY NOTICE REQUIREMENT UNDER LOCAL RULE 9017(d)(1)

# EXHIBIT 1

Case 13-20495-mkn    Doc 131    Entered 04/29/14 13:06:10    Page 3 of 14

Bank of America
Legal Order Processing
CA9-705-05-19
P.O. Box 3609
Los Angeles, CA 90051

December 04, 2013

NOSSAMAN, LLP
JANICE MOCK, ESQ.
50 CALIFORNIA ST., 34TH FL
SAN FRANCISCO, CA 94111

RE: Reference # L112113000511
Case: DANIEL TARKANIAN
Name:
Date Served: November 21, 2013

I, Ronald Lainez, declare that I am employed by Bank of America N.A. in the subpoena processing department and the Bank's designated duly authorized Custodian of Records for documents and/or information produced under the referenced legal order. The Bank reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced herein. I certify the authenticity of the records produced herewith and that they were:

- a) Made at or near the time of the occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

- b) Kept in the course of regularly conducted activity.

- c) Made by the regularly conducted activity as a regular practice, by the personnel of the business.

The identity of the records produced is as follows.

- Statements, Deposits, Offsets, Checks in the name of Lois Huter Tarkanian for account number ending in 2786 for the time period of 7/1/07 to 11/18/13

The enclosed records are true copies of bank records in the custodian's possession as described in the referenced legal order. I am familiar with the mode of preparation of the enclosed records and they are prepared as follows:

CHECKS: the checks drawn on the customer's account were presented to the Bank. While processing the item, an image of the front and back of the item was taken in the sequence the item was processed. The Bank stored the image in a secure environment. In response to this subpoena/legal order, the Bank retrieved and produced an image of the check.

STATEMENTS: Each statement was prepared after the closing date of the account cycle as indicated on the statement. The statement reflects debits (from checks, point of sale, ATM and teller withdrawals, fees, etc.) and credits (deposits, etc) to the account during the period covered by the statement.

DEPOSITS: Deposits are processed by the Bank at a central processing center. When the transaction was processed, a microfilm image of the front and back of the item was taken in the sequence the transaction was processed. The Bank stored the microfilm in a secure facility. In response to this subpoena/legal order, the Bank retrieved the microfilm reel and produced an image of the item.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 4 day of December, 2013 in the city of Los Angeles, in the State of CA

Should you need to forward any additional correspondence to us regarding this matter, please direct it to the address noted above. When contacting the Bank regarding this Subpoena, please use the Reference # L112113000511.

Ronald Lainez
SR; Operations Representative
Legal Order Processing
213-580-0701

## DECLARATION OF
## CUSTODIAN OF RECORDS

I, John Campbell, an employee of Bank of America, N.A., hereby declare as follows:

1. The attached materials are furnished pursuant to the subpoena requesting production of documents and records in the possession of Bank of America, N.A.

2. The attached materials are true and correct copies of records prepared in the ordinary course of business, at or near the time of the event or condition recorded, were made by a person with knowledge of the information contained therein, and were kept in the ordinary course of business of Bank of America, N.A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, and this declaration was signed this 10th day of April, in Phoenix, Arizona.

_____
Signature
John Campbell
Print Name

# EXHIBIT 2



Wells Fargo Bank, N.A.
Subpoena Processing Chandler
Po Box 29728 S3928-020
Phoenix, Az 85038
Voice: (480)724-2000

## BUSINESS RECORDS DECLARATION

I, Krista Yu, declare that I am employed by Wells Fargo Bank, N. A. ("Wells Fargo") in the Legal Order Processing Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. The Bank reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

**The records produced are described as follows:**

Case No: 8715672

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Checks/Debits | XXXXXX6667 | 1 | 1 |
| Checks/Debits | XXXXXX7640 | 99 | 99 |
| Checks/Debits | XXXXXX6667 | 279 | 279 |
| Signature Cards | XXXXXX5251 | 4 | 4 |
| Statements | XXXXXX6667 | 98 | 98 |
| Deposits with offsets | XXXXXX5251 | 18 | 18 |
| Statements | XXXXXX5251 | 55 | 55 |
| Deposits with offsets | XXXXXX7640 | 62 | 62 |
| Checks/Debits | XXXXXX7640 | 1 | 1 |
| Checks/Debits | XXXXXX4133 | 0 | 0 |
| Deposits with offsets | XXXXXX4133 | 0 | 0 |
| Signature Cards | XXXXXX7640 | 3 | 3 |
| Statements | XXXXXX4133 | 39 | 39 |
| Certified Checks | XXXXXX6667 | 3 | 3 |
| Checks/Debits | XXXXXX5251 | 10 | 10 |
| Deposits with offsets | XXXXXX6667 | 636 | 636 |
| Deposits with offsets | XXXXXX7640 | 2 | 2 |
| Signature Cards | XXXXXX6667 | 5 | 5 |
| Statements | XXXXXX7640 | 54 | 54 |
| Signature Cards | XXXXXX4133 | 3 | 3 |
| | **Total Copies Delivered:** | | **1,372** |

Case No: 8715672; Agency Case No: 1320495MKN

Page 1 of 2

I declare under penalty of perjury under the law(s) of the state of Nevada that the foregoing is true and correct according to my knowledge and belief. Executed on this 4th day of April, 2014, in the City of Chandler, State of Arizona.

*K. [signature]*

Subpoena Processing Representative  (480)724-2000

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments for compliance.



Legal Order Processing
P.O. BOX 29728   MAC# S3928-020
Phoenix, AZ 85038-9728
Voice: (480) 724-2000

Page 1 of 2

## DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

| Re: Subpoena | Our Reference #: 8715672 |
|---|---|
| Agency Case #: 13-20495-mkn | Date Served: 03/31/2014 |
| Banking Entity: Wells Fargo Bank, N.A.   (the "Bank") | |

I, **Johanna Emrhein**, declare that I am employed by Wells Fargo Bank, N. A., in the Subpoena Processing Department and the Bank's designated duly authorized Custodian of Records for documents and/or information produced under the above referenced legal order. The Bank reserves its right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced herein. I certify the authenticity of the records produced herewith and that they were:

A)   Made at or near the time of the occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

B)   Kept in the course of regularly conducted activity.

C)   Made by the regularly conducted activity as a regular practice, by the personnel of the business.

**The identities of the records produced herewith are as follows:**

| ☐ Signature Card(s) | ☐ Statement(s) | ☒ Cashiers' Check(s) |
|---|---|---|
| ☒ Deposit(s)/Credit(s) | ☐ Check(s)/Withdrawal(s) | ☐ Wire Transfer(s) |

☐ Other:

**Records necessary for compliance may have been limited as indicated below:**

☐   The Bank **does not possess any of the records** as described in the above referenced legal order.

☐   The enclosed records are true copies of bank records. This constitutes **final** production, unless notified otherwise.

☒   The enclosed records are true copies of bank records. This submission constitutes **only part** of the records in the custodian's possession as described in the above referenced legal order.

  ☐   The Bank has received notification that **no further production is required.** File closed.

☐   Compliance with the above referenced legal order was **limited to the following** through agreement with the requesting party:

☐   The Bank is **unable to provide the following records** as described in the above referenced legal order:

Microfilm copies of requested transactions may be missing for the following reasons: Item(s) not on film, Film fogged, blank, black, damaged, destroyed or not available, item(s) piggy-backed on film, electronic transaction(s), or other reasons that may prevent the Bank from completing a thorough search of records. The Bank, generally and routinely, destroys records in accordance with its standards for records retention and destruction. The Bank's Legal Group will direct compliance for various types of loan information, and other non-depository information subject to the above referenced legal order.

\\DTCHYB-AZTM012\C_LPG_Users\U310292\My Documents\Forms\Declaration.docx
Rev 08/12



Legal Order Processing
P.O. BOX 29728  MAC# S3928-020
Phoenix, AZ 85038-9728
Voice: (480) 724-2000

Page 2 of 2

**Our Reference #: 8715672**

I am familiar with the **mode of preparation** of the enclosed records. They were prepared as follows:

- ☐ Signature Card(s):  The customer(s) whose name appears on the signature card/account application and agreement form submitted the form to the Bank requesting checking and/or savings account(s).  The customer(s) submitted personal and financial information which were relied upon by the Bank.  The customer(s) signed the form.  The Bank opened the savings and/or checking account(s) listed on the signature card.  The signature card was stored at and retrieved from the Bank's designated retention site(s).

- ☒ Check(s):  The check(s) drawn on the customer(s) account(s) were presented to the Bank and paid.  During the process of paying the check(s), a microfilm image of the front and back of the check(s) is taken in the sequence the check(s) is processed by the Bank.  The microfilm/fiche is then stored in the Bank's secured facilities.  In response to this legal order, the Bank retrieved the microfilm reel/fiche and produced an image of the check(s).

- ☒ Withdrawal Slip(s)/Deposit(s):  The withdrawal(s) (as evidenced by a withdrawal slip) made by customer at a teller window and all deposits made either at a teller window or through an ATM are processed by the Bank at designated central processing centers.  When the transaction is processed, a microfilm/fiche image of the front and back of the item is taken in the sequence the item is processed by the Bank.  The microfilm/fiche is then stored in the Bank's secured facilities.  In response to this legal order, the Bank retrieved the microfilm reel/fiche and produced an image of the withdrawal slip(s)/deposit(s).

- ☐ Statement(s): Each monthly statement was prepared immediately after the closing date of the monthly account cycle as indicated on the statement(s).  The statement(s) accurately reflects all debit entries (checks, point of sale, ATM, teller withdrawals, fees, etc.) and credits (deposits, etc.) which occurred on the account(s) during the monthly account cycle.

- ☐ Other:  Original records were prepared or received at or near the time of their creation and were stored by the Bank in the ordinary course of business.  Upon receipt of this subpoena, we searched and retrieved the original records and prepared a true and correct copy using generally accepted photocopying techniques.

I declare under penalty of perjury under the law(s) of the state of Arizona that the foregoing is true and correct according to my knowledge and belief. Executed on this 4th day of April, 2014, in the City of Chandler, State of Arizona.

_Johanna Enshein_
Subpoena Processing Representative  (480) 724-2000

Microfilm copies of requested transactions may be missing for the following reasons: Item(s) not on film, Film fogged, blank, black, damaged, destroyed or not available, item(s) piggy-backed on film, electronic transaction(s), or other reasons that may prevent the Bank from completing a thorough search of records. The Bank, generally and routinely, destroys records in accordance with its standards for records retention and destruction. The Bank's Legal Group will direct compliance for various types of loan information, and other non-depository information subject to the above referenced legal order.

\\DTCHYB-AZTM012\C_LPG_Users\U310292\My Documents\Forms\Declaration.docx
Rev 08/12



**REDACTED**

Wells Fargo Bank, N.A.
Subpoena Processing Chandler
Po Box 29728 S3928-020
Phoenix, Az 85038
Voice: (480)724-2000

## BUSINESS RECORDS DECLARATION

I, Lori Blaisdell, declare that I am employed by Wells Fargo Bank, N. A. ("Wells Fargo") in the Legal Order Processing Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. The Bank reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A)  Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)  It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

**The records produced are described as follows:**

Case No: 8715672

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Checks/Debits | XXXXXX5537 | 52 | 52 |
| Checks/Debits | XXXXXX6675 | 368 | 368 |
| Checks/Debits | XXXXXX3974 | 0 | 0 |
| We were unable to locate copies of debits relating to account XXX 3974 during the specified timeframe. | | | |
| | | **Total Copies Delivered:** | **420** |

I declare under penalty of perjury under the law(s) of the state of Nevada that the foregoing is true and correct according to my knowledge and belief. Executed on this 7th day of April, 2014, in the City of Chandler, State of Arizona.

*Lori Blaisdell* (signature)

Subpoena Processing Representative  (480)724-2000

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments for compliance.



Legal Order Processing
P.O. BOX 29728  MAC# S3928-020
Phoenix, AZ 85038-9728
Voice: (480) 724-2000

Page 1 of 2

## DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

| Re: Legal Order | Our Reference #: 8715672 |
|---|---|
| Agency Case #: 1320495MKN | Date Served: 03/31/14 |
| Banking Entity: Wells Fargo Bank, N.A.    (the "Bank") | |

I, **Terry Holland**, declare that I am employed by Wells Fargo Bank, N. A., in the Subpoena Processing Department and the Bank's designated duly authorized Custodian of Records for documents and/or information produced under the above referenced legal order. The Bank reserves its right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced herein. I certify the authenticity of the records produced herewith and that they were:

A)  Made at or near the time of the occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

B)  Kept in the course of regularly conducted activity.

C)  Made by the regularly conducted activity as a regular practice, by the personnel of the business.

**The identities of the records produced herewith are as follows:**

| ☐ Signature Card(s) | ☐ Statement(s) | ☐ Cashiers' Check(s) |
|---|---|---|
| ☒ Deposit(s)/Credit(s) | ☐ Check(s)/Withdrawal(s) | ☐ Wire Transfer(s) |
| ☐ Other: | | |

**Records necessary for compliance may have been limited as indicated below:**

☐  The Bank **does not possess any of the records** as described in the above referenced legal order.

☒  The enclosed records are true copies of bank records. This constitutes **final** production, unless notified otherwise.

☐  The enclosed records are true copies of bank records. This submission constitutes **only part** of the records in the custodian's possession as described in the above referenced legal order.

　　☐  The Bank has received notification that **no further production is required.** File closed.

☐  Compliance with the above referenced legal order was **limited to the following** through agreement with the requesting party:

☐  The Bank is **unable to provide the following records** as described in the above referenced legal order:

Microfilm copies of requested transactions may be missing for the following reasons: Item(s) not on film, Film fogged, blank, black, damaged, destroyed or not available, item(s) piggy-backed on film, electronic transaction(s), or other reasons that may prevent the Bank from completing a thorough search of records. The Bank, generally and routinely, destroys records in accordance with its standards for records retention and destruction. The Bank's Legal Group will direct compliance for various types of loan information, and other non-depository information subject to the above referenced legal order.

H \Declarations\declaration 2014 doc
Rev 08/12



Legal Order Processing
P.O. BOX 29728   MAC# S3928-020
Phoenix, AZ 85038-9728
Voice: (480) 724-2000

Page 2 of 2

**Our Reference #: 8715672**

I am familiar with the **mode of preparation** of the enclosed records. They were prepared as follows:

☐ Signature Card(s): The customer(s) whose name appears on the signature card/account application and agreement form submitted the form to the Bank requesting checking and/or savings account(s). The customer(s) submitted personal and financial information which were relied upon by the Bank. The customer(s) signed the form. The Bank opened the savings and/or checking account(s) listed on the signature card. The signature card was stored at and retrieved from the Bank's designated retention site(s).

☐ Check(s): The check(s) drawn on the customer(s) account(s) were presented to the Bank and paid. During the process of paying the check(s), a microfilm image of the front and back of the check(s) is taken in the sequence the check(s) is processed by the Bank. The microfilm/fiche is then stored in the Bank's secured facilities. In response to this legal order, the Bank retrieved the microfilm reel/fiche and produced an image of the check(s).

☒ Withdrawal Slip(s)/Deposit(s): The withdrawal(s) (as evidenced by a withdrawal slip) made by customer at a teller window and all deposits made either at a teller window or through an ATM are processed by the Bank at designated central processing centers. When the transaction is processed, a microfilm/fiche image of the front and back of the item is taken in the sequence the item is processed by the Bank. The microfilm/fiche is then stored in the Bank's secured facilities. In response to this legal order, the Bank retrieved the microfilm reel/fiche and produced an image of the withdrawal slip(s)/deposit(s).

☐ Statement(s): Each monthly statement was prepared immediately after the closing date of the monthly account cycle as indicated on the statement(s). The statement(s) accurately reflects all debit entries (checks, point of sale, ATM, teller withdrawals, fees, etc.) and credits (deposits, etc.) which occurred on the account(s) during the monthly account cycle.

☐ Other: Original records were prepared or received at or near the time of their creation and were stored by the Bank in the ordinary course of business. Upon receipt of this subpoena, we searched and retrieved the original records and prepared a true and correct copy using generally accepted photocopying techniques.

I declare under penalty of perjury under the law(s) of the state of Nevada that the foregoing is true and correct according to my knowledge and belief. Executed on this 17th day of April, 2014, in the City of Chandler, State of Arizona.

_____
Subpoena Processing Representative  (480) 724-2027

Microfilm copies of requested transactions may be missing for the following reasons: Item(s) not on film, Film fogged, blank, black, damaged, destroyed or not available, item(s) piggy-backed on film, electronic transaction(s), or other reasons that may prevent the Bank from completing a thorough search of records. The Bank, generally and routinely, destroys records in accordance with its standards for records retention and destruction. The Bank's Legal Group will direct compliance for various types of loan information, and other non-depository information subject to the above referenced legal order.

H \Declarations\declaration 2014 doc
Rev. 08/12