# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | § | Case No. 2:13-BK-20495-MKN |
| | § | |
| Daniel John Tarkanian | § | |
| Amy Michelle Tarkanian | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

William A. Leonard, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)       All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)       A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $545,581.93 | Assets Exempt: | $1,224,124.54 |
| Total Distributions to Claimants: | $55,743.16 | Claims Discharged Without Payment: | $36,942,202.80 |
| Total Expenses of Administration: | $63,528.77 | | |

3)       Total gross receipts of $119,271.93 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $119,271.93 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $248,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $63,528.77 | $63,528.77 | $63,528.77 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $35,024,534.86 | $19,113,666.27 | $19,113,666.27 | $55,743.16 |
| **Total Disbursements** | $35,272,534.86 | $19,177,195.04 | $19,177,195.04 | $119,271.93 |

4). This case was originally filed under chapter 7 on 12/19/2013. The case was pending for 28 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/13/2016          By:   /s/ William A. Leonard, Jr.
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| JAMD, LLC (6.3% ownership) | 1129-000 | $16,554.00 |
| Tark, LLC (10% ownership) | 1129-000 | $12,217.93 |
| TPC 2 & 6 Member 1, LLC | 1129-000 | $38,000.00 |
| FDIC Settlement | 1249-000 | $52,500.00 |
| **TOTAL GROSS RECEIPTS** | | $119,271.93 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | 4110-000 | $248,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $248,000.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| William A. Leonard, Jr., Trustee | 2100-000 | NA | $9,213.60 | $9,213.60 | $9,213.60 |
| William A. Leonard, Jr., Trustee | 2200-000 | NA | $71.45 | $71.45 | $71.45 |
| Rabobank, N.A. | 2600-000 | NA | $786.52 | $786.52 | $786.52 |
| SCHWARTZER & McPHERSON LAW FIRM, Attorney for Trustee | 3210-000 | NA | $49,885.00 | $49,885.00 | $49,885.00 |
| SCHWARTZER & McPHERSON LAW FIRM, Attorney for Trustee | 3220-000 | NA | $3,572.20 | $3,572.20 | $3,572.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $63,528.77 | $63,528.77 | $63,528.77 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

UST Form 101-7-TDR (10/1/2010)

NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | $250.00 | $177.24 | $177.24 | $0.52 |
| 2 | FDIC AS RECEIVER OF LA JOLLA BANK, FSB | 7100-000 | $16,995,005.17 | $18,977,740.57 | $18,977,740.57 | $55,346.74 |
| 3 | FLANGAS MCMILLAN LAW GROUP, INC. | 7100-000 | $145,000.00 | $135,748.46 | $135,748.46 | $395.90 |
| | Citicards | 7100-000 | $8,279.69 | $0.00 | $0.00 | $0.00 |
| | Nevada State Bank | 7100-000 | $14,800,000.00 | $0.00 | $0.00 | $0.00 |
| | Stancorp | 7100-000 | $3,076,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $35,024,534.86 | $19,113,666.27 | $19,113,666.27 | $55,743.16 |

**FORM**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1                 Exhibit 8

| | | |
|---|---|---|
| Case No.: | 13-20495-MKN | |
| Case Name: | Tarkanian, Daniel John AND Tarkanian, Amy Michelle | |
| For the Period Ending: | 4/13/2016 | |

| | |
|---|---|
| Trustee Name: | William A. Leonard, Jr. |
| Date Filed (f) or Converted (c): | 12/19/2013 (f) |
| §341(a) Meeting Date: | 01/22/2014 |
| Claims Bar Date: | 08/07/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | 3008 Campbell | $450,000.00 | $202,000.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 12;Imported from Amended Doc#: 158; | | | | | |
| 2 | Cash on hand c | $42.00 | $42.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; Imported from Amended Doc#: 170; Original asset description: Cash on hand | | | | | |
| 3 | Micellaneous Household Goods and Furnishings | $10,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Original asset description: Miscellaneous Household Goods and Furnishings; | | | | | |
| 4 | 1 upright piano | $250.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; | | | | | |
| 5 | Miscellanious children and adult books, no colle | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Original asset description: Miscellaneous children and adult books, no colle; | | | | | |
| 6 | Family Pictures | $50.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; | | | | | |
| 7 | Miscellaneous used wearing apparel for Husband, | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; | | | | | |
| 8 | Wedding Rings | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; | | | | | |
| 9 | Miscellaneous jewelry | $3,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Original asset description: Miscellaneous jewelry; Imported from Amended Doc#: 144; Original asset description: Miscellaneous Jewelry; Imported from Amended Doc#: 158; | | | | | |
| 10 | Shot Gun | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Original asset description: Shotgun; | | | | | |
| 11 | SIG P 32 gun | $150.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; Imported from Amended Doc#: 170 | | | | | |
| 12 | American General Life Insurance Policy | $430.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; | | | | | |
| 13 | American General Life Insurance Policy | $2,580.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; Imported from | | | | | |

FORM 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    2                    Exhibit 8

| | |
|---|---|
| Case No.: | 13-20495-MKN |
| Case Name: | Tarkanian, Daniel John AND Tarkanian, Amy Michelle |
| For the Period Ending: | 4/13/2016 |

| | |
|---|---|
| Trustee Name: | William A. Leonard, Jr. |
| Date Filed (f) or Converted (c): | 12/19/2013 (f) |
| §341(a) Meeting Date: | 01/22/2014 |
| Claims Bar Date: | 08/07/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Amended Doc#: 170 | | | | | |
| Ref. # | | | | | | |
| 14 | Childress Interest in Education Fund, John Hanco | $66,768.00 | $66,768.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Original asset description: Childrens Interest in Education Fund, John Hanco; | | | | | |
| 15 | Scottrade Roth IRA (Danny) | $78,478.06 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; Imported from Amended Doc#: 170 | | | | | |
| 16 | Invesco Roth IRA | $46,113.94 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; | | | | | |
| 17 | Invesco Roth IRA | $45,628.14 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; | | | | | |
| 18 | Invesco SEP IRA | $220,989.78 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; | | | | | |
| 19 | American Fund IRA | $173,166.13 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; | | | | | |
| 20 | American Funds IRA | $9,792.67 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; | | | | | |
| 21 | Scotttrade Roth IRA (Amy) | $10,691.05 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Original asset description: Scottrade Roth IRA (Amy); | | | | | |
| 22 | TPC Manager, LLC | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Original asset description: SITO stock- 5000 shares at Tarkanian Basketball;Imported from Amended Doc#: 158; | | | | | |
| 23 | JAMD, LLC (6.3% ownership) | $0.00 | $0.00 | | $16,554.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; | | | | | |
| 24 | Tark, LLC (10% ownership) | Unknown | $0.00 | | $12,217.93 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; | | | | | |
| 25 | TPC 2 & 6, LLC | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; | | | | | |
| 26 | TPC 4, LLC | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:  3        Exhibit 8

| Case No.: | 13-20495-MKN |
|---|---|
| Case Name: | Tarkanian, Daniel John AND Tarkanian, Amy Michelle |
| For the Period Ending: | 4/13/2016 |

| Trustee Name: | William A. Leonard, Jr. |
|---|---|
| Date Filed (f) or Converted (c): | 12/19/2013 (f) |
| §341(a) Meeting Date: | 01/22/2014 |
| Claims Bar Date: | 08/07/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27 | TPC 2 & 6 Member 1, LLC | $0.00 | $0.00 | | $38,000.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; | | | | | |
| 28 | TPC 2 & 6 Member 2, LLC | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; | | | | | |
| 29 | TPC Property Manager, LLC | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; | | | | | |
| 30 | TPC Manager, LLC | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 144; | | | | | |
| 31 | Odyssey Van | $12,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; | | | | | |
| 32 | Dog and Cat | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 115; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; | | | | | |
| 33 | Receivable owing to Daniel Tarkanian from Tarkan | $16,554.00 | $16,554.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Not originally scheduled; Imported from Amended Doc#: 115; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; Imported from Amended Doc#: 170 | | | | | |
| 34 | Receivable owing to Daniel Tarkanian from Tark, | $12,217.93 | $12,217.93 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Not originally scheduled; Imported from Amended Doc#: 144; Imported from Amended Doc#: 158; Imported from Amended Doc#: 170 | | | | | |
| 35 | Miscellaneous Household Goods and Furnishings c (u) | $8,070.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Not originally scheduled; Imported from Amended Doc#: 170 | | | | | |
| 36 | 1 upright piano c (u) | $300.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Not originally scheduled; Imported from Amended Doc#: 170 | | | | | |
| 37 | Wedding Rings c (u) | $8,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Not originally scheduled; Imported from Amended Doc#: 170 | | | | | |
| 38 | Miscellaneous jewelry w (u) | $8,275.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Orig. Asset Memo: Not originally scheduled; Imported from Amended Doc#: 170 | | | | | |

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No:   4                    Exhibit 8

| | |
|---|---|
| **Case No.:** | 13-20495-MKN |
| **Case Name:** | Tarkanian, Daniel John AND Tarkanian, Amy Michelle |
| **For the Period Ending:** | 4/13/2016 |

| | |
|---|---|
| **Trustee Name:** | William A. Leonard, Jr. |
| **Date Filed (f) or Converted (c):** | 12/19/2013 (f) |
| **§341(a) Meeting Date:** | 01/22/2014 |
| **Claims Bar Date:** | 08/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 39   FDIC Settlement                                    (u) | $0.00 | $52,500.00 | | $52,500.00 | FA |

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | $1,184,846.70 | $350,081.93 | | $119,271.93 | $0.00 |

**Major Activities affecting case closing:**

       TRUSTEES DISTRIBUTION REPORT (TDR).

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2015 | **Current Projected Date Of Final Report (TFR):** 10/14/2015 | /s/ WILLIAM A. LEONARD, JR. |
| | | WILLIAM A. LEONARD, JR. |

FORM 2

Page No: 1                Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 13-20495-MKN | Trustee Name: | William A. Leonard, Jr. |
| Case Name: | Tarkanian, Daniel John AND Tarkanian, Amy Michelle | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***5865 | Checking Acct #: | ******7466 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 12/19/2013 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/13/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/03/2015 | (23) | TARKANIAN BASKETBALL ACADEMY | Per Order Dkt 279 | 1129-000 | $16,554.00 | | $16,554.00 |
| 03/03/2015 | (24) | TARK, LLC | Per order Dkt 278 | 1129-000 | $12,217.93 | | $28,771.93 |
| 03/03/2015 | (27) | DANIEL AND AMY TARKANIAN | Per ORder Dkt 280 | 1129-000 | $38,000.00 | | $66,771.93 |
| 03/17/2015 | (23) | Tarkanian Basketball | check was returned for deposit 100001-2 | 1129-000 | ($16,554.00) | | $50,217.93 |
| 03/25/2015 | (23) | TARKANIAN BASKETBALL ACADEMY, INC | Payment in Full for returned check | 1129-000 | $16,554.00 | | $66,771.93 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $79.29 | $66,692.64 |
| 04/09/2015 | (39) | FDIC | FDIC Settlement Docket#289 | 1249-000 | $52,500.00 | | $119,192.64 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $148.78 | $119,043.86 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $165.51 | $118,878.35 |
| 06/25/2015 | 101 | SCHWARTZER & McPHERSON LAW FIRM | ATTORNEY FEES Docket#307 | 3210-000 | | $49,885.00 | $68,993.35 |
| 06/25/2015 | 102 | SCHWARTZER & McPHERSON LAW FIRM | ATTORNEY EXPENSES Docket#307 | 3220-000 | | $3,572.20 | $65,421.15 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $182.38 | $65,238.77 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $120.02 | $65,118.75 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $90.54 | $65,028.21 |
| 01/05/2016 | 103 | William A. Leonard, Jr. | Dividend paid 100.00% on $9,213.60, Trustee Compensation;  Reference: | 2100-000 | | $9,213.60 | $55,814.61 |
| 01/05/2016 | 104 | William A. Leonard, Jr. | Dividend paid 100.00% on $71.45, Trustee Expenses; Reference: | 2200-000 | | $71.45 | $55,743.16 |
| 01/05/2016 | 105 | FDIC AS RECEIVER OF LA JOLLA BANK, FSB | Dividend paid   0.29% on $18,977,740.57; Claim# 2; Filed: $18,977,740.57; Reference: | 7100-000 | | $55,346.74 | $396.42 |
| 01/05/2016 | 106 | FLANGAS MCMILLAN LAW GROUP, INC. | Dividend paid   0.29% on $135,748.46; Claim# 3; Filed: $135,748.46; Reference: | 7100-000 | | $395.90 | $0.52 |
| 01/05/2016 | 107 | Clerk, U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | $0.52 | $0.00 |
| | | | **SUBTOTALS** | | $119,271.93 | $119,271.93 | |

Page No: 2          Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| Case No. | 13-20495-MKN | | Trustee Name: | William A. Leonard, Jr. |
| Case Name: | Tarkanian, Daniel John AND Tarkanian, Amy Michelle | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***5865 | | Checking Acct #: | ******7466 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 12/19/2013 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/13/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | **TOTALS:** | | | $119,271.93 | $119,271.93 | $0.00 |
| | | **Less: Bank transfers/CDs** | | | $0.00 | $0.00 | |
| | | **Subtotal** | | | $119,271.93 | $119,271.93 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $119,271.93 | $119,271.93 | |

| For the period of **12/19/2013** to **4/13/2016** | | For the entire history of the account between **03/03/2015** to **4/13/2016** | |
|---|---|---|---|
| Total Compensable Receipts: | $119,271.93 | Total Compensable Receipts: | $119,271.93 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $119,271.93 | Total Comp/Non Comp Receipts: | $119,271.93 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $119,271.93 | Total Compensable Disbursements: | $119,271.93 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $119,271.93 | Total Comp/Non Comp Disbursements: | $119,271.93 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 13-20495-MKN | |
| Case Name: | Tarkanian, Daniel John AND Tarkanian, Amy Michelle | |
| Primary Taxpayer ID #: | **-***5865 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/19/2013 | |
| For Period Ending: | 4/13/2016 | |

| | |
|---|---|
| Trustee Name: | William A. Leonard, Jr. |
| Bank Name: | Rabobank, N.A. |
| Checking Acct #: | ******7466 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $119,271.93 | $119,271.93 | $0.00 |

| **For the period of 12/19/2013 to 4/13/2016** | | **For the entire history of the case between 12/19/2013 to 4/13/2016** | |
|---|---|---|---|
| Total Compensable Receipts: | $119,271.93 | Total Compensable Receipts: | $119,271.93 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $119,271.93 | Total Comp/Non Comp Receipts: | $119,271.93 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $119,271.93 | Total Compensable Disbursements: | $119,271.93 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $119,271.93 | Total Comp/Non Comp Disbursements: | $119,271.93 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |